

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102
Phone: 415.522.2035

RICHARD W. WIEKING
CLERK OF COURT

January 10, 2008

David P. Barton
Folger Levin & Kahn
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111

**Re:    ENTERCOM SACRAMENTO  v. AMERICAN HOME ASSURANCE**
C07-06493 (JCS)

Dear Counsel:

This matter has been randomly assigned to United States Magistrate Judge Joseph C. Spero for all purposes including trial.

The magistrate judges of this district have been designated to conduct any and all proceedings in a civil case including a jury or nonjury trial and to order the entry of a final judgment, upon the consent of all parties.

A review of  our records discloses that the Consent to Proceed Before a United States Magistrate Judge or Declination to Proceed before a Magistrate Judge and Request for Reassignment to a United States District Judge  has not been filed in this case.  All parties are requested to complete **one** of the attached forms documenting either consent or request for reassignment and e-file it with the Court by **January 24, 2008.**  These forms can be found on the Court's website at www.cand.uscourts.gov.

Sincerely,

RICHARD W. WIEKING

*Karen L. Hom*

By: Karen L.Hom
Deputy Clerk

Attachments

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ENTERCOM SACRAMENTO, ET AL.,                    No.  C 07-06493 JCS

                    Plaintiff(s),              **CONSENT TO PROCEED BEFORE A**
                                               **UNITED STATES MAGISTRATE JUDGE**

          v.

AMERICAN HOME ASSURANCE,

                    Defendant(s).
_____/

          CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

          In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party

in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate

Judge conduct any and all further proceedings in the case, including trial, and order the entry of a

final judgment. Appeal from the judgment shall be taken directly to the United States Court of

Appeals for the Ninth Circuit


Dated: _____        _____
                                               Signature

                                               Counsel for _____
                                               (Name or party or indicate "pro se")

2

1
2
3
4                    UNITED STATES DISTRICT COURT
5                   NORTHERN DISTRICT OF CALIFORNIA
6
7    ENTERCOM SACRAMENTO, ET AL.,              No.  C 07-06493 JCS
8              Plaintiff(s),
                                               **DECLINATION TO PROCEED BEFORE**
9         v.                                   **A MAGISTRATE JUDGE**
                                                              **AND**
10   AMERICAN HOME ASSURANCE,                  **REQUEST FOR REASSIGNMENT TO A**
                                               **UNITED STATES DISTRICT JUDGE**
11             Defendant(s).
12   _____/
13
14        REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

15        The undersigned party in the above-captioned civil matter hereby declines to consent to the

16   assignment of this case to a United States Magistrate Judge for trial and disposition and hereby

17   requests the reassignment of this case to a United States District Judge.

18
19
20   Dated: _____       _____
21                                             Signature
22                                             Counsel for _____
23                                             (Name or party or indicate "pro se")
24
25
26
27
28

3