UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ENTERCOM SACRAMENTO, ET AL.,            No. C 07-06493 JCS

    Plaintiff(s),                              **CONSENT TO PROCEED BEFORE A
                                          UNITED STATES MAGISTRATE JUDGE**

v.

AMERICAN HOME ASSURANCE,

    Defendant(s).
_____/

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit

Dated: January 15, 2008

Signature: [signature]

Counsel for Plaintiffs
(Name or party or indicate "pro se")

2