# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

ENTERCOM SACRAMENTO, LLC, a Delaware
Limited Liability Corporation;
ENTERCOM COMMUNICATIONS CORP., a
Pennsylvania Corporation; and
JOHN GEARY, an individual,

          Plaintiffs,
V.

AMERICAN HOME ASSURANCE COMPANY, a
New York Corporation,

          Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CV 07 6493 JCS

TO: (Name and address of defendant)

AMERICAN HOME ASSURANCE COMPANY, 70 Pine Street, New York, NY 10270

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

FOLGER LEVIN & KAHN, LLP
Michael A. Kahn (CSB No. 057432)
Douglas W. Sullivan (CSB No. 088136)
David P. Barton (CSB No. 221549)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111

an answer to the complaint which is herewith served upon you, within   20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE DEC ? 8 2007

MARY ANN BUCKLEY

(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint/was made by me [1] and (see Attachment 1) | DATE January 9, 2008 |
| Name of SERVER Sean Hanlon | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

[X] Served Personally upon the Defendant. Place where served:
Corporation Service Company, Agent for Service of Process for American Home Assurance Company
2730 Gateway Oaks Drive
Sacramento, CA 95833

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

[ ] Returned unexecuted:

[ ] Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   January 9, 2008
                    Date

Signature of Server

SpinCycle Legal Services
760 Bryant Street, 2nd Floor
San Francisco, CA 94107
(415) 487-0400

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

*Entercom Sacramento, LLC, et al. v. American Home Assurance Company*
U.S. District Court, Northern District of California
Case No. CV 07 6493

Attachment 1 – Return of Service

Order Setting Initial Case Management Conference and ADR Deadlines (with attached Standing Order, Notice of Rule Discontinuing Service by Mail, and Contents of Joint Case Management Statement)

Notice of Assignment of Case to a United States Magistrate Judge for Trial (with attached Consent to Proceed Before a United States Magistrate Judge, and Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge)

Welcome to the U.S. District Court – Guidelines (with attached list of Judges/Magistrate Judges, and Drop Box Filing Procedures)

ECF Registration Information Handout

54007\2009\582854.1