UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ENTERCOM SACRAMENTO, et al.

Plaintiff(s),

v.

AMERICAN HOME ASSURANCE

Defendant(s).

No. C 07-06493 JCS

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: January 23, 2008

Signature _____

Counsel for  Defendant American Home
(Plaintiff, Defendant, or indicate "pro se")