1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   SUSAN KOEHLER SULLIVAN    Bar No. 156418
2  susan.sullivan@sdma.com
   CALVIN S. WHANG    Bar No. 215945
3  calvin.whang@sdma.com
   801 South Figueroa Street, 19th Floor
4  Los Angeles, California  90017-5556
   Telephone:    (213) 426-6900
5  Facsimile:    (213) 426-6921

6  Attorneys for Defendant
   AMERICAN HOME ASSURANCE COMPANY

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| ENTERCOM SACRAMENTO, LLC, a Delaware Limited Liability Corporation; ENTERCOM COMMUNICATIONS CORP., a Pennsylvania Corporation; and JOHN GEARY, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HOME ASSURANCE COMPANY, a New York Corporation,<br><br>Defendant. | CASE NO. C07-06493<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANT AMERICAN HOME ASSURANCE COMPANY TO RESPOND TO THE COMPLAINT**<br><br>Complaint Filed December 28, 2007 |

19    This Stipulation is made by and between Plaintiffs Entercom Sacramento, LLC, Entercom

20 Communications Corp., and John Geary (the "Plaintiffs"), by and through their counsel Folger,

21 Levin & Kahn LLP, and Defendant American Home Assurance Company ("Defendant"), by and

22 through its counsel Sedgwick, Detert, Moran & Arnold LLP.

23    WHEREAS, Plaintiffs filed the complaint on or about December 28, 2007;

24    WHEREAS, the Plaintiffs served the complaint on Defendant on or about January 9,

25 2007; and

26    WHEREAS, the Plaintiffs have agreed to Defendants' request for a thirty (30) day

27 extension of time to respond to the complaint.

28

**IT IS HEREBY STIPULATED** that Defendant shall have until and including February 28, 2008, to respond to the Plaintiffs' complaint.

DATED: 1/24/08

FOLGER, LEVIN & KAHN LLP

By: _____
Michael A. Kahn
Douglas W. Sullivan
David P. Barton
Attorneys for Plaintiffs
ENTERCOM SACRAMENTO, LLC, ENTERCOM COMMUNICATIONS CORP. and JOHN GEARY

DATED: 1/24/08

SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
Susan Koehler Sullivan
Calvin S. Whang
Attorneys for Defendant
AMERICAN HOME ASSURANCE COMPANY