1  FOLGER LEVIN & KAHN LLP
   Michael A. Kahn (CSB No. 057432, mkahn@flk.com)
2  Douglas W. Sullivan (CSB No. 088136, dsullivan@flk.com)
   David P. Barton (CSB No. 221549, dbarton@flk.com)
3  Embarcadero Center West
   275 Battery Street, 23rd Floor
4  San Francisco, CA  94111
   Telephone: (415) 986-2800
5  Facsimile: (415) 986-2827

6  Attorneys for Plaintiffs ENTERCOM
   SACRAMENTO, LLC, ENTERCOM
7  COMMUNICATIONS CORP., and
   JOHN GEARY
8

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12

| | |
|---|---|
| 13  ENTERCOM SACRAMENTO, LLC, a California Limited Liability Corporation; 14  ENTERCOM COMMUNICATIONS CORP., a Pennsylvania Corporation; 15  JOHN GEARY, an individual, and on behalf of themselves and all other persons 16  and entities similarly situated, 17              Plaintiffs, 18     v. 19  AMERICAN HOME ASSURANCE COMPANY, a New York Corporation, 20              Defendant. 21 | Case No. CV 07 6493 JCS  **PROOF OF SERVICE**  Date: _____ Time: _____ a.m. Courtroom: _____ Judge:     Honorable Jeffrey S. White  Complaint Filed:   December 28, 2007 |

22      I, Kim Harris, state:

23      My business address is Embarcadero Center West, 275 Battery Street, 23rd Floor, San
24  Francisco, California  94111.  I am over the age of eighteen years and not a party to this action.

25      On the date set forth below, I served the foregoing document(s) described as:

26      **ORDER SETTING CASE MANAGEMENT CONFERENCE
        AND REQUIRING JOINT CASE MANAGEMENT
27      CONFERENCE STATEMENT**

28  on the following person(s) in this action:

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

PROOF OF SERVICE; CASE NO. CV 07 6493 JSW

Susan Koehler Sullivan
Sedgwick, Detert, Moran & Arnold LLP
801 South Figueroa Street, 18th Floor
Los Angeles, CA 90017-5556
Fax: (213) 426-6921
E-Mail: susan.sullivan@sdma.com

☒ <u>BY FIRST CLASS MAIL</u>: I am employed in the City and County of San Francisco where the mailing occurred. I enclosed the document(s) identified above in a sealed envelope or package addressed to the person(s) listed above, with postage fully paid. I placed the envelope or package for collection and mailing, following our ordinary business practice. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.

☐ <u>BY MESSENGER SERVICE</u>: I served the document(s) identified above by placing them in an envelope or package addressed to the person(s) listed above and providing them to a professional messenger service for service. A declaration of personal service by the messenger is attached.

☐ <u>BY OVERNIGHT DELIVERY</u>: I enclosed the document(s) identified above in a sealed envelope or package addressed to the person(s) listed above, in an envelope or package designated by the overnight delivery carrier with delivery fees paid or provided for. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier, or by delivering to a courier or driver authorized by the overnight delivery carrier to receive documents.

☐ <u>BY FACSIMILE</u>: Based on an agreement of the parties to accept service by facsimile transmission, I faxed the document(s) identified above to the person(s) at the fax number(s) listed above. The transmission was reported complete and without error. I have attached a copy of the transmission report that was issued by the facsimile machine.

☐ <u>BY ELECTRONIC MAIL</u>: Based on a court order or an agreement of the parties to accept service by electronic mail, I caused the document(s) identified above to be transmitted electronically to the person(s) at the e-mail address(es) listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on January 29, 2008, at San Francisco, California.

Kim Harris

54007\2009\585796.1