FOLGER LEVIN & KAHN LLP
Michael A. Kahn (CSB No. 057432, mkahn@flk.com)
Douglas W. Sullivan (CSB No. 088136, dsullivan@flk.com)
David P. Barton (CSB No. 221549, dbarton@flk.com)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

Attorneys for Plaintiffs ENTERCOM SACRAMENTO, LLC, ENTERCOM COMMUNICATIONS CORP and JOHN GEARY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ENTERCOM SACRAMENTO, LLC, a California Limited Liability Corporation; ENTERCOM COMMUNICATIONS CORP., a Pennsylvania Corporation; and JOHN GEARY, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HOME ASSURANCE COMPANY, a New York Corporation,<br><br>Defendant. | Case No. CV 07 6493 JSW<br><br>**CERTIFICATE OF INTERESTED PARTIES (CIVIL L.R. 3-16 AND F.R.C.P. 7.1)**<br><br>Judge: Honorable Jeffrey S. White<br><br>Complaint Filed: December 28, 2007 |

    Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

    1.    Plaintiff Entercom Sacramento, LLC

    2.    Plaintiff Entercom Communications Corp.

3. Plaintiff John Geary

4. Defendant American Home Assurance Company

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned discloses that Plaintiff Entercom Sacramento, LLC is a wholly-owned subsidiary of Entercom Radio, LLC, which, in turn, is a wholly-owned subsidiary of Plaintiff Entercom Communications Corp. Entercom Communications Corp. has no parent corporations. No publicly-held corporation owns ten percent or more of Entercom Communications Corp.'s stock.

Dated: Jan. 31, 2008

FOLGER LEVIN & KAHN LLP

David P. Barton
Attorneys for Plaintiffs
ENTERCOM SACRAMENTO, LLC, ENTERCOM COMMUNICATIONS CORP., and JOHN GEARY

54007\2009\585739.1

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

-2-

CERTIFICATE OF INTERESTED PARTIES