FOLGER LEVIN & KAHN LLP
Michael A. Kahn (CSB No. 057432, mkahn@flk.com)
Douglas W. Sullivan (CSB No. 088136, dsullivan@flk.com)
David P. Barton (CSB No. 221549, dbarton@flk.com)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

Attorneys for Plaintiffs ENTERCOM SACRAMENTO, LLC, ENTERCOM COMMUNICATIONS CORP. and JOHN GEARY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ENTERCOM SACRAMENTO, LLC, a California Limited Liability Corporation; ENTERCOM COMMUNICATIONS CORP., a Pennsylvania Corporation; and JOHN GEARY, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HOME ASSURANCE COMPANY, a New York Corporation,<br><br>Defendant. | Case No. CV 07 6493 JSW<br><br>**EVIDENCE AND DECLARATIONS IN SUPPORT OF MOTION OF PLAINTIFFS FOR SUMMARY ADJUDICATION OF ISSUES WITHOUT CONTROVERSY IN THE FIRST, SECOND AND THIRD CLAIMS FOR RELIEF**<br><br>Date:          April 11, 2008<br>Time:         9:00 a.m.<br>Courtroom: 2, 17th Flr.<br>Judge:        Honorable Jeffrey S. White<br><br>Complaint Filed:   December 28, 2007 |

Plaintiffs Entercom Sacramento, LLC, Entercom Communications Corp. and John Geary ("Plaintiffs" or "the Entercom Parties") submit the following evidence in support of the Motion of Plaintiffs for Summary Adjudication of Issues Without Controversy in the First, Second and Third Claims for Relief:

1. Exhibit 1 – Declaration of Michael E. Dash, Jr., which also authenticates Exhibits 5-7 and 10-15, below.

2. Exhibit 2 – Declaration of Douglas W. Sullivan, which also authenticates Exhibits 8-9 and 16-22, below.

3. Exhibit 3 – Declaration of Carmela Masi.

4. Exhibit 4 – Declaration of Dr. Juan Carlos Ayus.

5. Exhibit 5 – Vigilant Insurance Company, a member of the Chubb Group of Insurance Companies ("Chubb"), Insurance Policy No. 3579-67-25 PHL.

6. Exhibit 6 – American Home Assurance Company ("American Home") Insurance Policy No. BE 6849213.

7. Exhibit 7 – Complaint in *William A. Strange, et al. v. Entercom Sacramento, LLC, et al.*, Superior Court of California, Sacramento County Case No. 07AS00377 (the "*Strange* lawsuit").

8. Exhibit 8 – August 31, 2006 e-mail from Carmela Masi, with attached General Contest Guidelines (Depo. Ex. 30 in the *Strange* lawsuit), together with excerpts from Ms. Masi's deposition authenticating the exhibit.

9. Exhibit 9 – "Contest Seminar Presentation" that was Depo. Ex. 5 in the *Strange* lawsuit, together with excerpts from Ms. Masi's deposition authenticating the exhibit.

10. Exhibit 10 – Sacramento County Coroner Final Report of Investigation (dated June 10, 2007).

11. Exhibit 11 – March 2, 2007 letter from Chubb.

12. Exhibit 12 – March 22, 2007 letter of American Home.

13. Exhibit 13 – July 12, 2007 letter, with attached Offer of Compromise, from the *Strange* Plaintiffs' counsel in the *Strange* lawsuit.

14. Exhibit 14 – August 17, 2007 letter from American Home's counsel (with privileged communications relating to the *Strange* lawsuit redacted).

15. Exhibit 15 – September 4, 2007 letter from American Home's counsel.

16. Exhibit 16 – Excerpts from the deposition of Carmela Masi in the *Strange* lawsuit.

17. Exhibit 17 – Excerpts from the deposition of Robin Pechota Ray in the *Strange* lawsuit.

18. Exhibit 18 – Excerpts from the deposition of Steve Weed in the *Strange* lawsuit.

19. Exhibit 19 – Excerpts from the deposition of Ronald Mendoza in the *Strange* lawsuit.

20. Exhibit 20 – Excerpts from the deposition of Trish Sweet in the *Strange* lawsuit.

21. Exhibit 21 – Excerpts from the deposition of William Strange in the *Strange* lawsuit.

22. Exhibit 22 – Excerpts from the deposition of John Geary in the *Strange* lawsuit.

23. Exhibit 23 – Excerpts from the deposition of Nina Hulst in the *Strange* lawsuit.

Dated: February 21, 2008

FOLGER LEVIN & KAHN LLP

Douglas W. Sullivan
Attorneys for Plaintiffs ENTERCOM SACRAMENTO, LLC, ENTERCOM COMMUNICATIONS CORP. and JOHN GEARY

54007\2009\585415.1

-2-     EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY ADJUDICATION OF ISSUES; CASE NO. CV 07 6493 JSW