# EXHIBIT 1

1   FOLGER LEVIN & KAHN LLP
    Michael A. Kahn (CSB No. 057432, mkahn@flk.com)
2   Douglas W. Sullivan (CSB No. 088136, dsullivan@flk.com)
    David P. Barton (CSB No. 221549, dbarton@flk.com)
3   Embarcadero Center West
    275 Battery Street, 23rd Floor
4   San Francisco, CA 94111
    Telephone: (415) 986-2800
5   Facsimile: (415) 986-2827

6   Attorneys for Plaintiffs ENTERCOM
    SACRAMENTO, LLC, ENTERCOM
7   COMMUNICATIONS CORP. and
    JOHN GEARY

8

9               UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12

13  ENTERCOM SACRAMENTO, LLC, a        Case No. CV 07 6493 JSW
    Delaware Limited Liability Corporation;
14  ENTERCOM COMMUNICATIONS            **DECLARATION OF MICHAEL E. DASH,**
    CORP., a Pennsylvania Corporation; and  **JR. IN SUPPORT OF MOTION OF**
15  JOHN GEARY, an individual,          **PLAINTIFFS FOR SUMMARY**
                                        **ADJUDICATION OF ISSUES WITHOUT**
16              Plaintiffs,             **CONTROVERSY IN THE FIRST, SECOND**
                                        **AND THIRD CLAIMS FOR RELIEF**
17      v.
                                        Date:       April 11, 2008
18  AMERICAN HOME ASSURANCE            Time:       9:00 a.m.
    COMPANY, a New York Corporation,   Courtroom:  2, 17th Flr.
19                                      Judge:      Honorable Jeffrey S. White
                Defendant.
20
                                        Complaint Filed:   December 28, 2007
21

22

23

24

25

26

27

28

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

DECL. OF MICHAEL E. DASH IN SUPPORT OF
PLAINTIFFS' MOTION FOR SUMMARY
ADJUDICATION; CASE NO. CV 07 6493 JSW

1    I, Michael E. Dash, Jr., declare as follows:

2        1.    I am an Associate Counsel for Entercom Communications Corp. I make this

3    declaration in support of this motion for summary adjudication of Plaintiffs Entercom

4    Communications Corp., Entercom Sacramento, LLC and John Geary (hereinafter "Plaintiffs" or

5    "the Entercom Parties"). I have personal and first-hand knowledge of the matters set forth in this

6    declaration and could and would competently testify thereto under oath if called upon to do so.

7        2.    I have been in the Legal Department of Entercom Communications Corp. since

8    May 2006. In that capacity, I have become familiar with the corporate organization of Entercom

9    Communications Corp. and its direct and indirect subsidiaries (including Entercom Sacramento,

10    LLC). In my capacity as Associate Counsel, I have also become familiar with the primary and

11    excess insurance policies that Entercom Communications Corp. (as the named insured) purchased

12    covering the time period March 7, 2006 to March 7, 2007.

13        3.    In my position as Associate Counsel, I have also had responsibility for overseeing

14    litigation brought against Entercom Communications Corp. and its subsidiaries, including the

15    lawsuit brought against the Entercom Parties, entitled *"William A. Strange, individually and as*

16    *Guardian ad Litem for Ryland Strange and Jorie Strange, minors, et al. v. Entercom Sacramento,*

17    *LLC, et al.*, Case No. 07AS00377 ("the *Strange* lawsuit"). As part of overseeing the *Strange*

18    lawsuit, I have had communications with representatives of the primary and excess carriers, and

19    am familiar with the communications between the insurers and their representatives and the

20    Entercom Parties and their representatives. As part of the oversight of the *Strange* lawsuit, I am

21    also familiar with the legal bills and the payments for legal services rendered in the defense of the

22    lawsuit.

23        4.    Exhibit 5 is a true copy of a primary insurance policy ("the Chubb Primary

24    Policy"), Policy No. 3579-67-25 PHL, effective from March 7, 2006 to March 7, 2008, issued by

25    Vigilant Insurance Company, a member of the Chubb Group of Insurance Companies (hereinafter

26    "Chubb"). As reflected on pages 1, 6 and 8 of the Chubb Primary Policy, each of the Entercom

27    Parties, including Entercom Communications Corp. (as the named insured), Entercom

28    Sacramento, LLC (as an indirect subsidiary that is wholly owned by Entercom Communications

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

DECL. OF MICHAEL E. DASH IN SUPPORT OF
PLAINTIFFS' MOTION FOR SUMMARY
ADJUDICATION; CASE NO. CV 07 6493 JSW

1    Corp.), and John Geary (as the Vice President and Market Manager of Entercom Sacramento,

2    LLC), is an insured under the terms of the Chubb Primary Policy. The Chubb Primary Policy has

3    policy limits of $1 million per occurrence, which is in addition to any costs of defense covered by

4    Chubb.

5        5.    Exhibit 6 is a true copy (with premium information redacted from the declarations

6    page) of an excess insurance policy ("the Excess Policy"), Policy No. BE 6849213, effective from

7    March 7, 2006 to March 7, 2007 issued by Defendant American Home Assurance Company

8    (hereinafter "American Home"). Each of the Entercom Parties is an insured under the terms of

9    the Excess Policy as reflected in the declarations page, Endorsement No. 7 at page 5, Section R.2,

10   and at page 18, Section M.2.d. The Excess Policy has policy limits of $25 million per

11   occurrence.

12       6.    As Associate Counsel with the Legal Department of Entercom Communications

13   Corp., I am aware that the premiums for the Chubb Primary Policy and the Excess Policy were

14   paid.

15       7.    Following the death of Jennifer Strange, which is the subject of the *Strange*

16   lawsuit, the Entercom Parties obtained a copy of the Sacramento County Coroner Final Report of

17   Investigation (dated June 10, 2007), a true copy of which is Exhibit 10.

18       8.    The Complaint in the *Strange* lawsuit was filed on January 25, 2007, and a true

19   copy of the Complaint is Exhibit 7. Chubb and American Home were notified of the lawsuit, and

20   provided with a copy of the Complaint.

21       9.    By letter of March 2, 2007 (a true copy of which is Exhibit 11), Chubb confirmed

22   its acceptance of the tender and its duty to defend the *Strange* lawsuit, without any reservation of

23   rights relating to coverage. Chubb has never sent a reservation of rights letter related to the

24   *Strange* lawsuit. After accepting the tender of defense, Chubb has spent hundreds of thousands of

25   dollars in defending the Entercom Parties in the *Strange* lawsuit.

26       10.   After tender of the *Strange* lawsuit, American Home appointed a claims

27   representative named Leonard Romeo. On March 7, 2007, I spoke with Mr. Romeo who advised

28   that while American Home would soon issue a reservation of rights letter, that letter should not be

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

DECL. OF MICHAEL E. DASH IN SUPPORT OF
PLAINTIFFS' MOTION FOR SUMMARY
ADJUDICATION; CASE NO. CV 07 6493 JSW

1    taken as a sign that American Home was taking an adversarial position over coverage.

2    Mr. Romeo further advised that he would seek to settle the *Strange* lawsuit with the Stranges'

3    counsel, with whom he had dealt previously on at least one other case. By letter of March 22,

4    2007 (true copy of which is Exhibit 12), American Home formally acknowledged the tender of

5    defense and advised that American Home was handling the *Strange* lawsuit under a reservation of

6    rights.

7        11.    Between March, 2007 and July, 2007, I had various conversations with American

8    Home's claims representative (Mr. Romeo). In the course of those conversations, Mr. Romeo

9    advised that he would be meeting with the Stranges' counsel (Mr. Roger Dreyer) to discuss

10   settlement. Mr. Romeo also advised that he had in fact met with the Stranges' counsel

11   (Mr. Dreyer) in a meeting in Las Vegas to discuss settlement. The settlement discussions

12   between Mr. Romeo and the Stranges' counsel occurred in private, without the participation of

13   the Entercom Parties or their counsel.

14       12.    On July 11, 2007, Mr. Romeo advised in a meeting that I attended that any

15   settlement of the *Strange* lawsuit would be with "my [American Home's] money," and that

16   American Home would pay "100% of any settlement." On July 11, 2007, Mr. Romeo also

17   advised that it was not his practice, or the practice of others at AIG when handling American

18   Home claims, to consult with defense counsel concerning the reasonableness of any settlements.

19   Mr. Romeo had made similar comments to me previously.

20       13.    Prior to July 12, 2007, there had been significant discovery in the *Strange* lawsuit,

21   including productions of documents by the Entercom Parties and the Strange Plaintiffs, responses

22   to numerous interrogatories by the Entercom Parties and other thirty (30) depositions. Based on

23   my interactions with Mr. Romeo as the claims representative for American Home and with

24   counsel appointed by American Home to assist in the defense, I am aware that the discovery

25   responses, the documents produced and the transcripts of the depositions were available to

26   American Home.

27       14.    On July 12, 2007, the Stranges' counsel served the Entercom Parties with an

28   "Offer to Compromise" together with a cover letter (hereinafter "the Settlement Demand"), a true

DECL. OF MICHAEL E. DASII IN SUPPORT OF
PLAINTIFFS' MOTION FOR SUMMARY
ADJUDICATION; CASE NO. CV 07 6493 JSW

1    copy of which is Exhibit 13.  The Settlement Demand makes clear that it was for $13 million and

2    was open for thirty (30) days.  On July 13, 2007, the Settlement Demand was forwarded to

3    Mr. Romeo, as the claims representative for American Home.  The Settlement Demand was also

4    forwarded to the Chubb claims representative.  The next week, Entercom reminded both Chubb

5    and American Home of the Settlement Demand and sought a response from the insurers.

6         15.    On July 24, 2007, Chubb responded to the Settlement Demand, agreeing to

7    contribute its policy limits of $1 million towards settlement.

8         16.    Not having obtained a response from American Home to the Settlement Demand,

9    on August 6, 2007, counsel for the Entercom Parties sent an e-mail requesting American Home to

10   respond to the Settlement Demand.  In making this request, American Home's claims

11   representative (Mr. Romeo) was advised that counsel for the Entercom Parties was prepared to

12   meet or have a conference call if necessary.  As the Associate Counsel for Entercom

13   Communications Corp. with oversight over the *Strange* lawsuit for the Entercom Parties, I relied

14   on American Home to timely acknowledge and respond to the Settlement Demand, in particular

15   since Mr. Romeo had previously insisted that he be involved in the settlement discussions.

16        17.    At no time prior to the expiration of the Settlement Demand (which was expressly

17   open for thirty (30) days) did the Entercom Parties receive any substantive oral or written

18   response to the Settlement Demand from American Home.  Had American Home responded, I

19   would have been made aware of the response.  Instead, by letter of August 17, 2007 (a true copy

20   of which is Exhibit 14, redacted to eliminate privileged information relating to the *Strange*

21   lawsuit), American Home responded, suggesting that the death of Jennifer Strange was not an

22   "occurrence" (as that term is used in the Excess Policy) so as to trigger coverage.  The August 17,

23   2007 letter was authored by Mr. Patrick Fredette (identified as coverage counsel for American

24   Home).  Prior to receipt of the August 17, 2007 letter, I (and to my knowledge no one else

25   representing the Entercom Parties) had spoken with Mr. Fredette or been advised that

26   Mr. Fredette had any involvement with the *Strange* lawsuit or any issues relating to coverage

27   under the *Strange* lawsuit.  In August, 2007, I was also advised that Mr. Romeo would no longer

28   be the claims representative handling the *Strange* lawsuit for American Home.

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

DECL. OF MICHAEL E. DASH IN SUPPORT OF
PLAINTIFFS' MOTION FOR SUMMARY
ADJUDICATION; CASE NO. CV 07 6493 JSW

1        18.    American Home did not offer any explanation for not responding to the Entercom

2    Parties prior to the expiration of the Settlement Demand.  Nor did American Home offer an

3    explanation for not meeting to discuss the Settlement Demand with counsel for the Entercom

4    Parties before it expired.  Nor did American Home describe what investigation American Home

5    had conducted in reaching the positions expressed in the August 17 letter.

6        19.    Thereafter, American Home was asked by counsel for the Entercom Parties to

7    confirm that American Home was disclaiming coverage and that the Entercom Parties could

8    control settle negotiations and seek to settle the *Strange* lawsuit on its own.  By letter of

9    September 4, 2007 (a true copy of which is Exhibit 15), counsel for American Home advised that

10   "American Home has not declined coverage," but rather was "proceeding under a reservation of

11   rights."  In the letter, American Home also advised that it "has not and will not waive any

12   provision under the policy, including the voluntary payments provision."

13       20.    Thereafter, in September, 2007, I was part of a conference call with counsel for

14   American Home (Mr. Fredette).  In that conference, it was requested that American Home itself

15   take action to try to settle the *Strange* lawsuit or to allow the Entercom Parties to do so.

16   American Home's counsel (Mr. Fredette) advised that American Home would not take action on

17   its own to settle the *Strange* lawsuit and that it was American Home's position that the death of

18   Ms. Strange was not an "occurrence" so as to trigger coverage under the Excess Policy.

19   Mr. Fredette also advised that American Home would not waive any policy provision (including

20   the "no voluntary payment" provision under the Policy) in the event that that Entercom Parties

21   tried to settle the *Strange* lawsuit on their own.  Since the August 17 letter, American Home has

22   failed and refused to take action on its own to try to settle the *Strange* lawsuit.

23       Under penalty of perjury under the laws of the State of California and the United States of

24   America, I declare that the foregoing is true and correct.

25   Executed this 20th day of February, 2008 at Bala Cynwyd, Pennsylvania.

26

27       Michael E. Dash, Jr.

28   54007\2009\584772.2

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

DECL. OF MICHAEL E. DASH IN SUPPORT OF
PLAINTIFFS' MOTION FOR SUMMARY
ADJUDICATION; CASE NO. CV 07 6493 JSW

# EXHIBIT 2

1    FOLGER LEVIN & KAHN LLP
     Michael A. Kahn (CSB No. 057432, mkahn@flk.com)
2    Douglas W. Sullivan (CSB No. 088136, dsullivan@flk.com)
     David P. Barton (CSB No. 221549, dbarton@flk.com)
3    Embarcadero Center West
     275 Battery Street, 23rd Floor
4    San Francisco, CA  94111
     Telephone: (415) 986-2800
5    Facsimile: (415) 986-2827

6    Attorneys for Plaintiffs ENTERCOM
     SACRAMENTO, LLC, ENTERCOM
7    COMMUNICATIONS CORP. and
     JOHN GEARY

8

9                      UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12

13   ENTERCOM SACRAMENTO, LLC, a          Case No. CV 07 6493 JSW
     Delaware Limited Liability Corporation;
14   ENTERCOM COMMUNICATIONS            **DECLARATION OF DOUGLAS W.**
     CORP., a Pennsylvania Corporation; and   **SULLIVAN IN SUPPORT OF MOTION OF**
15   JOHN GEARY, an individual,          **PLAINTIFFS FOR SUMMARY**
                                         **ADJUDICATION OF ISSUES WITHOUT**
16              Plaintiffs,              **CONTROVERSY IN THE FIRST, SECOND**
                                         **AND THIRD CLAIMS FOR RELIEF**
17        v.
                                         Date:        April 11, 2008
18   AMERICAN HOME ASSURANCE             Time:        9:00 a.m.
     COMPANY, a New York Corporation,    Courtroom:  2, 17th Flr.
19                                       Judge:       Honorable Jeffrey S. White
                Defendant.
20                                       Complaint Filed:    December 28, 2007

21

22

23

24

25

26

27

28

1    I, Douglas W. Sullivan, declare as follows:

2        1.    I am a partner with the law firm of Folger Levin & Kahn LLP, counsel for Plaintiffs

3    Entercom Sacramento, LLC, Entercom Communications Corp. and John Geary (hereinafter

4    "Plaintiffs" or "the Entercom Parties") in this case and in the case of *William A. Strange, et al. v.*

5    *Entercom Sacramento, LLC et al.*, Superior Court of California, Sacramento County Case No.

6    07AS00377 (the "*Strange* lawsuit"). I make this declaration in support of the Entercom Parties'

7    motion for summary adjudication. I have personal and first-hand knowledge of the facts set forth

8    in this declaration and could and would competently testify thereto under oath if called upon to do

9    so.

10        2.    Exhibit 8 is a true and correct copy of an August 31, 2006 email with attached

11    General Contest Guidelines that was marked in the *Strange* lawsuit as Deposition Ex. 30, together

12    with true and correct excerpts from the deposition of Carmela Masi authenticating the exhibit.

13        3.    Exhibit 9 is a true and correct copy of a "Contest Seminar Presentation" that was

14    marked as Deposition Ex. 5 in the *Strange* lawsuit, together with true and correct excerpts from

15    the deposition of Carmela Masi authenticating the exhibit.

16        4.    Exhibit 16 is a true and correct copy of excerpts from the deposition in the *Strange*

17    lawsuit of Carmela Masi, Associate Counsel who works with the Legal Department of Entercom

18    Communications Corp.

19        5.    Exhibit 17 is a true and correct copy of excerpts from the deposition in the *Strange*

20    lawsuit of Robin Pechota Ray, former promotions director at Entercom Sacramento, LLC.

21        6.    Exhibit 18 is a true and correct copy of excerpts from the deposition in the *Strange*

22    lawsuit of Steve Weed, former program director and station manager for KDND.

23        7.    Exhibit 19 is a true and correct copy of excerpts from the deposition in the *Strange*

24    lawsuit of Ronald Mendoza, a contestant in the January 12, 2007 KDND "Hold Your Wee for a

25    Wii" Contest.

26        8.    Exhibit 20 is a true and correct copy of excerpts from the deposition in the *Strange*

27    lawsuit of Patricia Sweet, a former employee of Entercom Sacramento, LLC who was a disk

28    jockey (on air talent) for KDND.

-1-        DECL. OF DOUGLAS W. SULLIVAN IN SUPPORT OF
PLAINTIFFS' MOTION FOR SUMMARY
ADJUDICATION; CASE NO. CV 07 6493 JSW

1      9.      Exhibit 21 is a true and correct copy of excerpts from the deposition in the *Strange*

2    lawsuit of William Strange, a plaintiff in the *Strange* lawsuit.

3      10.      Exhibit 22 is a true and correct copy of excerpts from the deposition in the *Strange*

4    lawsuit of John Geary, Vice President and Market Manager for Entercom Sacramento, LLC.

5      11.      Exhibit 23 is a true and correct copy of excerpts from the deposition in the *Strange*

6    lawsuit of Nina Hulst, the mother of Jennifer Strange.

7           Under penalty of perjury under the laws of the State of California and the United States of

8    America, I declare that the foregoing is true and correct.

9           Executed this 20th day of February , 2008 at San Francisco , California.

10

11

12                                                         Douglas W. Sullivan

54007\2009\585086.1

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 3

FOLGER LEVIN & KAHN LLP
Michael A. Kahn (CSB No. 057432, mkahn@flk.com)
Douglas W. Sullivan (CSB No. 088136, dsullivan@flk.com)
David P. Barton (CSB No. 221549, dbarton@flk.com)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

Attorneys for Plaintiffs ENTERCOM
SACRAMENTO, LLC, ENTERCOM
COMMUNICATIONS CORP. and
JOHN GEARY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ENTERCOM SACRAMENTO, LLC, a Delaware Limited Liability Corporation; ENTERCOM COMMUNICATIONS CORP., a Pennsylvania Corporation; and JOHN GEARY, an individual,<br><br>        Plaintiffs,<br><br>   v.<br><br>AMERICAN HOME ASSURANCE COMPANY, a New York Corporation,<br><br>        Defendant. | Case No. CV 07 6493 JSW<br><br>**DECLARATION OF CARMELA MASI IN SUPPORT OF MOTION OF PLAINTIFFS FOR SUMMARY ADJUDICATION OF ISSUES WITHOUT CONTROVERSY IN THE FIRST, SECOND AND THIRD CLAIMS FOR RELIEF**<br><br>Date:      April 11, 2008<br>Time:     9:00 a.m.<br>Courtroom: 2, 17th Flr.<br>Judge:    Honorable Jeffrey S. White<br><br>Complaint Filed:  December 28, 2007 |

1

2

### DECLARATION OF CARMELA MASI

3        I, Carmela Masi, declare as follows:

4        1.    I am an attorney employed by Entercom Boston LLC, and I have worked for the

5    Legal Department of Entercom Communications Corp. as Associate Counsel since 2001.  I have

6    personal and first-hand knowledge of the facts set forth in this declaration and could and would

7    competently testify thereto under oath if called upon to do so.

8        2.    As an attorney working for the Legal Department of Entercom Communications

9    Corp., I provide legal advice to subsidiaries of Entercom Communications Corp. who own and

10    operate radio stations in various markets throughout the United States.  One of the subsidiaries of

11    Entercom Communications Corp. that was assigned to me (including in 2006 and 2007) for

12    handling of legal issues was Entercom Sacramento, LLC, which owns six radio stations,

13    including KDND (FM Radio 107.9), in the Sacramento, California area.

14        3.    As part of my responsibilities, I provide legal advice to Entercom Sacramento,

15    LLC concerning, among other things, promotions and contests when they are submitted to the

16    Legal Department of Entercom Communications Corp. for review.  As I described in my

17    deposition, on September 6, 2007 in the "*William A. Strange, individually and as Guardian ad*

18    *Litem for Ryland Strange and Jorie Strange, minors, et al. v. Entercom Sacramento, LLC, et al.*,

19    Case No. 07AS00377 ("the *Strange* lawsuit"), contests (other than "simple" contests, such as

20    calling in to the station to win tickets to a concert) were to be submitted to the Legal Department

21    for review.  The Contest entitled "Hold Your Wee for a Wii" ('the Contest') that was hosted by

22    KDND on January 12, 2007 was not submitted to me, as the representative of Entercom

23    Communications Corp.'s Legal Department, for review.  I was the attorney to whom the Contest

24    was to be submitted, and I would have been aware if the Contest had been submitted to the Legal

25    Department for review (which it was not).  The promotions director for KDND, Robin Pechota

26    Ray, had responsibility for submitting the Contest (including the rules she prepared for the

27    Contest) to me for review, but she did not do so.  As a result, I did not know about the Contest

28    until after the Contest was over and after learning of the death of Jennifer Strange, and the Legal

1 Department was not involved with the Contest.  Because the Legal Department was not involved,

2 Entercom Communications Corp. (the parent company of Entercom Sacramento, LLC) did not

3 have any involvement with the Contest before it was over.

4  Under penalty of perjury under the laws of the State of California and the United States of

5 America, I declare that the foregoing is true and correct.

6  Executed on _February 15_ , 2008, at _Boston_ , Massachusetts.

7

8

9          Carmela Masi

10

54007\2009\584921.1

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 4

1    FOLGER LEVIN & KAHN LLP
     Michael A. Kahn (CSB No. 057432, mkahn@flk.com)
2    Douglas W. Sullivan (CSB No. 088136, dsullivan@flk.com)
     David P. Barton (CSB No. 221549, dbarton@flk.com)
3    Embarcadero Center West
     275 Battery Street, 23rd Floor
4    San Francisco, CA  94111
     Telephone: (415) 986-2800
5    Facsimile: (415) 986-2827

6    Attorneys for Plaintiffs ENTERCOM
     SACRAMENTO, LLC, ENTERCOM
7    COMMUNICATIONS CORP. and
     JOHN GEARY

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12

13   ENTERCOM SACRAMENTO, LLC, a          Case No. CV 07 6493 JSW
     Delaware Limited Liability Corporation;
14   ENTERCOM COMMUNICATIONS            **DECLARATION OF JUAN CARLOS**
     CORP., a Pennsylvania Corporation; and   **AYUS, M.D. IN SUPPORT OF MOTION**
15   JOHN GEARY, an individual,            **OF PLAINTIFFS FOR SUMMARY**
                                          **ADJUDICATION OF ISSUES WITHOUT**
16              Plaintiffs,               **CONTROVERSY IN THE FIRST, SECOND**
                                          **AND THIRD CLAIMS FOR RELIEF**
17        v.

18   AMERICAN HOME ASSURANCE            Date:       April 11, 2008
     COMPANY, a New York Corporation,    Time:       9:00 a.m.
19                                        Courtroom:  2, 17th Flr.
                Defendant.               Judge:      Honorable Jeffrey S. White
20

21                                       Complaint Filed:   December 28, 2007

22

23

24

25

26

27

28

FOLGER LEVIN &                                   DECLARATION OF JUAN CARLOS AYUS, M.D. IN
   KAHN LLP                                      SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY
ATTORNEYS AT LAW                                 ADJUDICATION; CASE NO. CV 07 6493 JCS

1    I, Juan Carlos Ayus, M.D., declare:

2        1.    I have personal and first-hand knowledge of the following, and if called as a

3    witness, I could and would testify competently thereto under oath.

4        2.    I received my medical degree in 1967. I subsequently did Residencies in Internal

5    Medicine and Fellowships in Nephrology, including one at the University of California, San

6    Francisco Renal Center from 1975 to 1977. From 1977 to 2007, I held teaching positions at

7    Baylor College of Medicine, Houston, Texas and at the University of Texas, Heath Sciences

8    Center, at San Antonio, Texas. At the present time, I am President and Director of Research of

9    Renal Consultants of Houston.

10        3.    I have performed research regarding "hyponatremia" (a complex medical condition

11    explained below) and its potential varied impacts on the human brain and body since my

12    fellowship at the University of California, San Francisco, in 1975. I have given presentations at

13    medical conferences on hyponatremia since 1981. I first published a peer-reviewed article on

14    hyponatremia in 1982 in the American Journal of Medicine. Since then, I have written numerous

15    articles and chapters dealing with hyponatremia, its complicating factors, and its potential

16    consequences. I continue to teach on all these issues. My statements in paragraphs 9 to 12 are

17    based upon my research and constitute my professional opinions.

18        4.    A copy of my Curriculum Vitae is attached hereto. It includes a list of my

19    publications and presentations.

20        5.    I have been qualified as an expert on hyponatremia a number of times, most

21    recently in March of 2007 in Superior Court of California, in and for the County of San Diego, in

22    *Wolf v. Accardi, M.D., et al.*, Case No. GIN-041909.

23        6.    For background related to this case, I have reviewed the Complaint in *William A.

24    Strange et al. v. Entercom Sacramento, LLC, et al.*, Sacramento County Superior Court, Case

25    No. 07AS00377. The Complaint alleges that Jennifer Strange died following her participation in

26    a contest called "Hold Your Wee for a Wii."

27        7.    I have also reviewed the Sacramento County Coroner's Final Report of

28    Investigation, dated June 10, 2007 ("Coroner's Report"), including the Laboratory Report from

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

-2-

DECLARATION OF JUAN CARLOS AYUS, M.D. IN
SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY
ADJUDICATION; CASE NO. CV 07 6493 JCS

1   the University of California, Davis Medical Center Clinical Laboratory ("Lab Report"). The

2   Coroner's Report lists the "Manner of Death" as "Accident." The "AUTOPSY FINDINGS"

3   include findings of "1.a. Hyponatremia"; "b. Mild brain swelling"; "c. Marked pulmonary

4   edema"; "d. Generalized visceral congestion"; and " e. Empty gastrointestinal tract with history of

5   vomiting and diarrhea preceding death." ( Coroner's Report, Cover page and page 1.) "Edema"

6   is the excessive accumulation of fluid in tissues or organs and causes swelling. (Thus the

7   swelling of the brain is indicative of a mild cerebral edema.) The Coroner's Report also notes

8   Jennifer Strange's age as "28," her gender as "Female," her height as 69" and her weight as

9   "131 lbs." (Coroner's Report page 1.) The Coroner's "Internal Examination" notes that, "The

10  right lung weighs 640gm and the left lung 660gm," and that "A large amount of white frothy fluid

11  exudes from the bronchi." (Coroner's Report p.3.) The Coroner's "Gross Examination" of the

12  decedent's brain notes, "Unfixed brain weight: 1540 grams." It also notes, "The brain appears

13  swollen....The ventricles mildly compressed...."

14      8.    The Lab Report for the "BCP FLUID" analysis notes, "SODIUM FLUID" at

15  "121 mEq/L." This is essentially a measure of the sodium level in Jennifer Strange's blood. The

16  Lab Report for her urine osmolality analysis notes "467 mOsm/kg."

17      9.    The electrolyte disturbance "hyponatremia" exists in humans when the sodium

18  concentration in the blood plasma in the circulatory system falls below a threshold level of

19  approximately 135 mEq/L. Untreated hyponatremia can in turn lead to cerebral edema and as a

20  result to increased inter-cranial pressure and, as result of that, in turn to non-cardiogenic

21  pulmonary edema, potentially leading to coma or death. "ADH" (the anti-diuretic hormone

22  "vasopressin") plays a critical role in whether one develops hyponatremia. ADH causes retention

23  of water. Under normal conditions, when a person drinks a large amount of water, the brain's

24  osmoreceptors will reduce the secretion of ADH, so that more water will be eliminated by the

25  kidneys and the sodium concentration in the blood plasma will remain in an acceptable range. If,

26  however, the brain does not properly reduce ADH secretion, and there are elevated ADH levels, a

27  crisis can occur because water is retained in the blood plasma and not properly eliminated. If the

28  brain does not reduce ADH secretion in response to hyponatremia, hyponatremia will lead to

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

-3-

DECLARATION OF JUAN CARLOS AYUS, M.D. IN
SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY
ADJUDICATION; CASE NO. CV 07 6493 JCS

1  cerebral edema and the cerebral edema will cause increased inter-cranial pressure, which will in

2  turn cause non-cardiogenic pulmonary edema.  If not treated, this can lead to death.

3        10.     Several factors may inhibit the brain's ability to respond to hyponatremia.

4  Estrogen impairs the brain's adaptive response to hyponotremia, in part because estrogen impairs

5  the exit of sodium from brain cells.  Estrogen levels vary from person to person.  A woman's

6  estrogen level will also vary with age; and at any given age, a given woman's own estrogen level

7  will vary with the time of the month, as her estrogen level rises and falls in a cycle. Hypoxia also

8  inhibits the brain's ability to adapt to hyponatremia.  Additionally, research shows that nausea is

9  itself a stimulus for the release of ADH.

10        11.     Whether hyponatremia develops in a person is dependent not just on how much

11  fluid they intake, but on a number of factors, including, among others, the person's weight, the

12  person's body mass, the person's blood volume, the sodium content in the person's blood plasma

13  and circulatory system, the amount and timing of water (or other liquid) the person intakes, how

14  the person's brain regulates his or her ADH level, the person's gender, the person's age, the

15  person's estrogen level, and the person's ADH level.

16        12.     There is no post mortem test for ADH levels.  However, the fact that Jennifer

17  Strange's urine osmolality was 467 mOsm/kg indicates that her ADH level must have been

18  elevated.  Had her ADH level been suppressed, her urine osmolality would have been under 100

19  mOsm/kg.  Thus, Jennifer Strange's urine osmolality indicates that her kidneys did not eliminate

20  the excess water in her body as rapidly as they would have had her ADH level been suppressed.

21       I declare under penalty of perjury under the laws of the State of California and the United

22  States of America that the foregoing is true and correct.

23       Executed this 21 day of February, in Houston, Texas.

24

25                              Juan Carlos Ayus, M.D.

26

27  54007\2009\584905.1

28

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

-4-

1

# CURRICULUM VITAE

## GENERAL BIOGRAPHICAL INFORMATION

| | | |
|---|---|---|
| **Name:** | JUAN CARLOS AYUS | |
| **Date and Place of Birth:** | February 25, 1941<br>Buenos Aires, Argentina | |
| **Visa Status:** | United States Citizen | |
| **Undergraduate Education:** | Bachelor's Degree<br>National College #17<br>Buenos Aires, Argentina | 1959 |
| **Medical or Graduate Education:** | M.D.<br>University of Buenos Aires<br>School of Medicine | 1967 |
| **Postgraduate Training:** | Residency in Internal Medicine<br>Medical Research Institute<br>University of Buenos Aires<br>Buenos Aires, Argentina | 1968 to<br>1971 |
| | Fellowship in Nephrology<br>Medical Research Institute<br>University of Buenos Aires<br>Buenos Aires, Argentina | 1971 to<br>1972 |
| | Straight Intern in Medicine<br>The Memorial Hospital<br>University of Massachusetts<br>Worcester, Massachusetts | 1973 to<br>1974 |
| | Residency in Internal Medicine<br>Hennepin County Medical Center<br>University of Minnesota<br>Minneapolis, Minnesota | 1974 to<br>1975 |
| | Fellowship in Nephrology<br>University of California<br>Renal Center<br>San Francisco General Hospital<br>San Francisco, California | 1975 to<br>1977 |

## FACULTY POSITION(S)

| | | |
|---|---|---|
| Clinical Professor of Medicine | University of Texas Health Science Center at San Antonio | 2002 to Present |
| Voluntary Professor of Medicine | University of Miami School of Medicine | 2002 to Present |
| Clinical Professor of Medicine | Baylor College of Medicine Houston, Texas | 1989 to 2001 |
| Clinical Associate Professor of Medicine | Baylor College of Medicine Houston, Texas | 1984 to 1989 |
| Assistant Professor of Medicine | Baylor College of Medicine Houston, Texas | 1977 to 1984 |
| Instructor, Department of Medicine | University of Buenos Aires Buenos Aires, Argentina | 1971 to 1972 |

## TEACHING INFORMATION
### Courses Taught and Special Lectures:

**A. Medical Students**

| | | |
|---|---|---|
| Lecture to Core Medical Students (1 lecture/mo.) | Ben Taub General Hospital Houston, Texas | 1977-2001 |
| Physical Diagnosis Course (7 sections/yr.) | Baylor College of Medicine Houston, Texas | 1977-2000 |
| Annual Course on Renal Diseases (1 seminar/wk.) | University of Califomia School of Medicine San Francisco, California | 1975-1977 |
| Lecture to Core Medical Students (1 seminar weekly, 24 wks./yr.) | University of Buenos Aires School of Medicine | 1968-1972 |

**B. Fellows and Residents**

| | | |
|---|---|---|
| Renal Lectures (average 5 per year) | Renal Service, University of Texas Health Science Center San Antonio - Texas | 2002-2006 |
| Renal Physiology Reading Assignments (preceptor in 5 meetings) | Renal Service, Baylor College of Medicine - Houston, Texas | 1977-2001 |
| Internal Medicine Teaching Conference (2 conferences/yr.) | Ben Taub General Hospital Houston, Texas | 1977-2001 |

3

| | | |
|---|---|---|
| Physician Assistant Program<br>Clinical Medicine Course<br>(1 conference/yr.) | Renal Service, Baylor College<br>of Medicine - Houston, Texas | 1978-1984 |

**C. Clinical Service**

| | | |
|---|---|---|
| Attending Physician<br>Renal Service 3 mo./yr | University Hospital<br>San Antonio, Texas | 2002-2006 |
| Attending Physician<br>Internal Medicine 1 mo./yr. | Ben Taub General Hospital<br>Houston, Texas | 1977-2001 |
| Attending Physician<br>Renal Service 3 mo./yr. | Ben Taub General Hospital<br>Houston, Texas | 1977-2001 |
| Attending Physician<br>Renal Service 2 mo./yr. | V.A. Medical Center<br>Houston, Texas | 1983-1987 |

**D. Post Graduate Educational Courses**

| | |
|---|---|
| Member of the MKSAP 14 Nephrology Committee<br>American College of Physicians | 2004-06 |
| Director of the First Course in<br>Acid-Base and Electrolyte Disorder<br>Organized by the Argentine Society<br>of Nephrology, Critical Care, and<br>Emergency Medicine | 2004 |
| Chair of the Electrolyte Symposium<br>XLI Congress of European<br>Renal Association of Nephrology | 2004 |
| Chair of the CEM on<br>Acid-Base and Electrolyte Disorder<br>Thirteenth Latin American Congress of Nephrology | 2004 |
| Director of the Second Course in<br>Electrolyte and Acid-Base<br>Organized by the Spanish Society<br>of Nephrology | 2003 |
| Chair of the Literature Review:<br>The Year in Nephrology: Renal Parenchymal Diseases and<br>Fluids & Electrolytes<br>Organized by the American Society of Nephrology | 2003 |
| Chair of the Spanish Up-to-Date in<br>Nephrology<br>Organized by the American Society of Nephrology | 2003 |

| | |
|---|---|
| Chair of the Electrolyte Disorders Course<br>Organized by the Argentinean Society of Nephrology | 2003 |
| Co-Chair of the Challenging Cases in<br>Fluid and Electrolyte Management<br>Organized by the National Kidney Foundation | 2003 |
| Chair of the Spanish Up-to-Date in<br>Nephrology<br>Organized by the National Kidney Foundation | 2002 |
| Chair of the Challenging Cases in<br>Fluid and Electrolyte Management<br>Organized by the National Kidney Foundation | 2002 |
| Chair of the Electrolyte Disorders Course<br>Organized by the Chilean Society of Nephrology | 2002 |
| Director of the Up-to-Date in<br>Nephrology<br>Organized by the National<br>Kidney Foundation, U.S.A. | 2001 |
| Chair of the Spanish Up-to-Date in<br>Nephrology<br>Organized by the International and<br>American Society of Nephrology | 2001 |
| Chairman of the Section of<br>Acid-Base and Electrolyte Disorders<br>For the ASN/ISN World Congress of Nephrology | 2001 |
| Chairman CEM on<br>Electrolyte Disorders<br>European Congress of Nephrology | 1999 |
| Chair Critical Care Symposium<br>XIV International Congress of<br>Nephrology | 1999 |
| Chairman CME on<br>Electrolyte Disorders<br>XIV International Congress of<br>Nephrology | 1999 |

5

| | | |
|---|---|---|
| Director of the First Course in Electrolyte and Acid-Base Organized by the Argentine Society of Critical Care | | 1997 |
| Director of the First Course in Electrolyte and Acid-Base Organized by the Spanish Society of Nephrology | | 1995 |

## MEDICAL AND SERVICE INFORMATION

| | | |
|---|---|---|
| Medical Director San Antonio, Texas | Texas Diabetes Institute Dialysis Service University of Texas Health Science Center at San Antonio | 2002-2006 |
| Medical Director Houston, Texas | Astro Dialysis Center | 1996-1998 |
| Medical Director Houston, Texas | West Houston Dialysis Center | 1996-1998 |
| Associate Medical Director | Gulf Coast Nephrology Center Houston, Texas | 1990-1995 |
| Attending | Nephrology Service University Hospital University of Texas Health Science Center at San Antonio | 2002-Present |
| Attending | Internal Medicine Service The Methodist Hospital Houston, Texas | 1992-2004 |
| Associate | Internal Medicine Service The Methodist Hospital Houston, Texas | 1990-1992 |
| Director Nephrology | Zimmerman Medical Center Department Houston, Texas | 1985-1990 |
| Assistant | Internal Medicine Service Ben Taub General Hospital Houston, Texas | 1977-1993 |

6

| Attending | Internal Medicine Service<br>Ben Taub General Hospital<br>Houston, Texas | 1993-Present |
| Assistant | Internal Medicine Service<br>The Methodist Hospital<br>Houston, Texas | 1977-1990 |
| Chief, Renal Service | Ben Taub General Hospital<br>Houston, Texas | 1977-1984 |
| Chief, Intensive Care Unit | Ferroviario Hospital<br>Bahia Blanca, Argentina | 1972-1973 |

**AWARDS**

National Kidney Foundation                1976 to
Research Fellow                                       1977

**BOARD CERTIFICATIONS**

| E.C.F.M.G., No. 165251-8 | 1972 |
| F. L. E. X. | 1974 |
| American Board of Internal Medicine | 1976 |
| American Board of Nephrology | 1978 |
| American Board of Internal Medicine (Recertification) | 1987 |
| American Board of Nephrology (Recertification) | 2001 |

**MEDICAL LICENSES**

California
Texas

**NATIONAL SCIENTIFIC PARTICIPATION**

A.  Journal Editorial Boards:

Associate Editor Nefrologia Latinoamericana
Editorial Board, Journal of the Argentine Society of Nephrlogy

B.  Review Panels:

American Society of Nephrology
American Journal of Medicine
American Journal of Physiology
Annals of Internal Medicine
Archives of Internal Medicine
Chest
JAMA

J. Am. Soc. Nephrol
Journal of Clinical Investigation
Journal of Critical Illness
Journal of Laboratory and Clinical Medicine
Kidney International
Mineral and Electrolyte Metabolism
Nephrology, Dialysis and Transplantation

C. Professional Societies:

| | |
|---|---|
| Member, American College of Physicians | 1977 |
| Member, American Society of Nephrology | 1978 |
| Member, International Society of Nephrology | 1978 |
| Member, Latin American Society of Nephrology | 1978 |
| Fellow, American College of Physicians | 1979 |
| Member, Southern Society for Clinical Investigation | 1983 |
| Member, American Physiological Society | 1984 |
| Member, Argentine Society of Nephrology | 1992 |
| Member, Paraguayan Society of Nephrology | 1993 |

D. Honors:

| | |
|---|---|
| Honorary Member, Chilean Society of Internal Medicine | 1981 |
| Honorary Member, Fundacion de Investigaciones Metabolicas, Buenos Aires, Argentina | 1992 |
| Distinguished Professor, University of Cordoba, Argentina | 1993 |
| Secretary-Treasurer, Latin American Society of Nephrology | 1994 |
| Councellor of the Executive Comittee Ibero-American Society of Nephrology | 1994 |
| Vice-President, Latin-American Society of Nephrology | 1996 |
| Founding Member Argentine Society of Critical Care | 1996 |
| Gold Insignia Spanish Society of Nephrology | 1999 |
| John R. Richardson Memorial Lecture, University of Miami | 2002 |
| Honorary Member, Department of Nephrology, University Hospital, Gregorio Marañon, Madrid, Spain | 2002 |
| Honorary Member, IberoAmericana Community of Nephrology | 2002 |

## LISTING IN REFERENCE BOOKS

Guide to America's Top Physicians (2003, 2004-05)
Who's Who in the Medical Sciences Education (2005)
Who's Who in the World (18th, 20th, 21st, 22nd, 23rd, & 24th Eds.)
Who's Who in America (56th, 57th, 58th, 59th, 60th & 61st Eds.)
Who's Who in the South and Southwest United States
Who's Who in Medicine and Healthcare (4th & 5th Eds.)

8

Who's Who in Science & Technology (6th Ed.)
Who's Who in Science & Engineering (6th, 7th, 8th & 9th Eds.)

## INVITED PRESENTATIONS - NATIONALLY AND INTERNATIONALLY

1.  New Concepts in Hyponatremia. Latin-American Meeting of American College of Physicians. Santiago, Chile. May 1981.

2.  Adaptation of the Brain to Hyponatremia. University of Buenos Aires, Argentina. May 1981.

3.  Therapy of Hyponatremic States. Pennsylvania Society of Nephrology. Pittsburgh, Pennsylvania. October 1987.

4.  Therapy of Hyponatremic States. XIth International Congress of Nephrology. Tokyo, Japan. July 1990.

5.  Cardiac Function in Uremia. Argentine Society of Nephrology. Buenos Aires, Argentina. November 1990.

6.  Peptide Hormones and Hyponatremic Encephalopathy, Clinical Studies. Winter Neuropeptide Conference. Breckenridge, Colorado. February 1991.

7.  Brain Damage and Hyponatremia. Department of Neurology, University of Texas. Houston,Texas. April 1991.

8.  Postoperative Hyponatremia Current Concepts. Womans Hospital. Houston, Texas. July 1991 .

9.  Mechanisms of Brain Damage in Hyponatremia: VIII Latin-American Congress of Nephrology. Quito, Ecuador. October 1991.

10. Disorders of Sodium Balance. Fourth Annual Kidney Foundation Symposium. Houston,Texas. Februrary 1992.

11. Mechanisms of Brain Damage in Hyponatremia. VIII Argentine Congress of Nephrology. Mar del Plata, Argentina. June 1992.

12. Hyponatremia and Hypernatremia in Hepato-Renal Syndrome. VIII Argentine Congress of Nephrology. Mar del Plata, Argentina. June 1992.

13. Hyponatremia in Children. III Latin-American Congress of Pediatric Nephrology. Buenos Aires, Argentina. June 1992.

14. Peptide Hormones and Brain Damage. Neuroscience Research Division. University of California, San Francisco. August 1993

15. Divalent Cations in Renal Failure. I Hispano-Americano Congress of Nephrology. Barcelona, Spain. October 1992.

16.    Current Concepts Of Hyponatremic Encephalopathy. Hospital Neker, Paris, France. October 1992.

17.    The Effect of Age and Gender in Postoperative Hyponatremia. St.Lukes Hospital, Houston, Texas. November1992.

18.    Prevention and Management of electrolytes disorders in Chronic Renal Failure. First International Symposium in Prevention of Chronic Renal Failure. Cochabamba, Bolivia. March 1993

19.    Cardiac function in Uremia. First International Symposium on prevention of Chronic Renal Failure. Cochabamba, Bolivia. March 1993.

20.    Post Operative Hyponatremia. Houston Northwest Medical Center, Houston, Texas. April 1993.

21.    Mechanisms of Brain Damage in Hyponatremia. University of Cuyo, Argentina. May 1993.

22.    Cardiac function in Uremia. University of Cordoba, Argentina. May 1993.

23.    Current Concepts of Hyponatremic Encephalopathy. Argentine Society of Nephrology, Buenos Aires, Argentina. May 1993.

24.    Current Concepts of Hyponatremic Encephalopathy. University of Cordoba, Argentina. May 1993.

25.    Brain Damage in Hyponatremia. I Paraguayan Congress of Nephrology. Asuncion, Paraguay. September 1993.

26.    Therapy of Hyponatremic States. I Paraguayan Congress of Nephrology. Asuncion, Paraguay. September 1993.

27.    Mechanisms of Brain Damage in Hyponatremia: IV Venezuelan Congress of Nephrology. Barcelona, Venezuela. September 1993.

28.    Metabolic Consequences of Hyperosmolar States: IV Venezuelan Congress of Nephrology. Barcelona, Venezuela. September 1993.

29.    Hyponatremia and Neurologic Damage. XXIV Spanish Congress of Nephrology. La Coruna, Spain. October 1993.

30.    Hyponatremic Brain Damage. XXXXIII National Kidney Foundation Meeting. Boston, Massachusetts. November 1993.

31.    Hyponatremic Brain Damage, Kidney Club. Norfolk, Virginia. December 1993.

32.     Current Concepts of Hyponatremic Encephalopathy. Canarian Society of Nephrology. Las Palmas, Spain. April 1994.

33.     Cardiac Function in Uremia. Canarian Society of Nephrology. Las Palmas, Spain. April 1994.

34.     Cardiac Function in Hemodialysis. IX Argentine Congress of Nephrology. Carlos Paz, Argentina. April 1994.

35.     Metabolic Consequences of Hyperosmolar States. IX Argentine Congress of Nephrology. Carlos Paz, Argentina. April 1994.

36.     Brain Damage in Hyponatremia. Visiting Professor. University of Noreste, Corrientes, Argentina. April 1994.

37.     The Dilemma in the Management of Hyponatremia: Visiting Professor, University of Minnesota, Minneapolis. June 1994.

38.     The Effect of Age, Gender, and Vasopressin on the Mechanism of Brain Damage in Hyponatremic Encephalopathy. Kidney Club. Minneapolis, Minnesota. June 1994.

39.     Management of Hyponatremia and Hypernatremia. IX Latin-American Congress of Nephrology. San Juan, Puerto Rico. October 1994.

40.     Brain Damage in Hyponatremia: Visiting Professor, University of Miami, Florida. April 1995.

41.     Electrolytes Complications in Transplant Patients. Latin-American Congress of Transplantation. Havana, Cuba. April 1995.

42.     Diagnosis and Management of the Dysnatremias. Spanish Society of Nephrology, Madrid, Spain. May 1995.

43.     Management of the Dysnatremias. XIIIth International Congress of Nephrology. Madrid, Spain. July 1995.

44.     Management of the Infectious Complication in Dialysis Patients. XIIIth International Congress of Nephrology. Madrid, Spain. July 1995.

45.     Brain Damage in Hyponatremia. Visiting Professor Fundacion Jimenez Diaz. Madrid, Spain. January 1996.

46.     Management of the Dysnatremias. Visiting Professor Ecuatoriana Society of Nephrology. Quito, Ecuador. March 1996.

47.     Hyperosmolar Syndromes. Argentine Society of Nephrology. Buenos Aires, Argentina. May 1996.

48.   Post Operative Hyponatremia, Current Concepts. V Central American Congress of Nephrology. Panama City, Panama. May 1996.

49.   Current Concepts of Hyponatremic Encephalopathy. X Argentine Congress of Critical Care. Buenos Aires, Argentina. August 1996.

50.   Complications of Vascular Access on Dialysis Patients. X Latin-American Congress of Nephrology. Santiago, Chile. September 1996.

51.   The Nephrologist In The I.C.U. X Latin-American Congress of Nephrology. Santiago, Chile. September 1996.

52.   Cardiac Function in Uremia. V Venezulan Congress of Nephrology. Maracay, Venezula. October 1996.

53.   Infectious Complications in Dialysis Patients. V Venezuelan Congress of Nephrology. Maracay, Venezula. October 1996.

54.   Infectious Complications of the Vascular Access on Dialysis Patients. X Argentinean Congress of Nephrology. Bariloche, Argentina. October 1996.

55.   Cardiac Abnormalities in Uremia. European Symposium on Cardiac Function in Uremia. Palmela, Portugal. November 1996.

56.   Hyponatremia Current Concepts. Berliner Dialyseseminar. Berlin, Germany. December 1996.

57.   Cardiac Calcifications in Uremia. II Symposium on Vitamin D and Bone Disease. Oviedo, Spain. March 1997.

58.   Water Abnormalities in Critical Care. III Ibero Congress of Nephrology. Lisbon, Portugal. March 1997.

59.   Metabolic Consequences of Hypernatremia. XXV Spanish Congress of Nephrology. Cordoba, Spain. April 1997.

60.   Clinical Aspects of Vascular Access on Dialysis Patients. XXV Spanish Congress of Nephrology. Cordoba, Spain. April 1997.

61.   Current Concepts of Hyponatremic Encephalopathy. Mexican Society of Nephrology. Mexico City, Mexico. May 1997.

62.   Infectious Complications in Dialysis Patients. Mexican Society of Nephrology. Mexico City, Mexico. May 1997.

63.   Clinical Aspects of Vascular Access on Dialysis Patients. Santa Fe Society of Nephrology. Rosario, Argentina. September 1997.

12

64.    Increase Dialysis Dose Lowers Mortality on Hemodialysis Patients. Tucuman Society of Nephrology. Tucuman, Argentina. September 1997.

65.    Current Concepts of Hyponatremic Encephalopathy. Argentine Society of Critical Care. Tucuman, Argentina. September 1997.

66.    Morbidity and Mortality of Hemodialysis Patients. Santa Fe Society of Nephrology. Rosario, Argentina. September1997.

67.    Complications of Hemodialysis Access: Tucuman Society of Nephrology. Tucuman, Argentina. September 1997.

68.    Hyponatremic Encephalopathy. X Colombian Congress of Nephrology. Medellin, Colombia. October 1997.

69.    New Concepts on the Treatment of A.R. F. in the Critical Care Patient. Colombian Congress of Nephrology. Medellin, Colombia. October 1997.

70.    Current Concepts of Hyponatremic Encephalopathy. American College of Chest Physicians. New Orleans. October 1997.

71.    Diagnosis and Treatment of Dysnatremias. VI Arab Congress of Nephrology and Transplantation. Beirut, Lebanon. November 1997.

72.    Metabolic Consequences of Hypernatremia. V Peruvian Congress of Nephrology. Lima, Peru. December 1997.

73.    Hyponatremia Current Concepts. Kidney Disease in Primary Care. Ohio State University, Columbus, Ohio. April 1998.

74.    Morbidity and mortality of Hemodialysis Patients. Parana Society of Nephrology. Parana, Argentina. April 1998.

75.    Clinical Aspects of Vascular Access on Dialysis Patients. VI Cental American Congress of Nephrology. Santo Domingo, Dominican Republic. July 1998.

76.    Hypernatremia Current Concepts. VI Central American Congress of Nephrology. Santo Domingo, Dominican Republic. July 1998.

77.    Hypo and Hypernatremia: Pathogenesis and Diagnosis. Board Review Course and Update. The American Society of Nephrology. San Francisco, California. September 1998.

78.    Dysnatremias and the CNS: Theoretical and Practical Issues. Board Review Course and Update. The American Society of Nephrology. San Francisco, California. September 1998.

13

79.    Workshop: Hypo and Hypernatremia Case Discussions. Board Review Course and Update, The American Society of Nephrology. San Francisco, California. September 1998.

80.    Hypernatremia Current Concepts, XI Argentine Congress of Nephrology. Mendoza, Argentina. September 1998.

81.    Chair Critical Care Symposium, Lecture Effect of Gender, Hypoxia in Hyponatremic Brain Damage: XIV International Congress of Nephrology. Buenos Aires, Argentina. May 1999.

82.    Chair CME on Electrolyte Disorder, XIV International Congress of Nephrology. Buenos Aires, Argentina. May 1999.

83.    Hypo and Hypernatremia: Pathogenesis and Diagnosis. Board Review Course and Update, The American Society of Nephrology. San Francisco, California. September 1999.

84.    Dysnatremias and the CNS: Theoretical and Practical Issues. Board Review Course and Update, The American Society of Nephrology. San Francisco, California. September 1999.

85.    Workshop: Hypo and Hypernatremia Case Discussions. Board Review Course and Update, The American Society of Nephrology. San Francisco, California. September 1999.

86.    Current Concepts of Hyponatremia. European Congress of Nephrology. Madrid, Spain. September 1999.

87.    Chairman CEM on Electrolyte Disorders. European Congress of Nephrology. Madrid, Spain. September 1999.

88.    Complications of Hemodialysis Access. XXX Spanish Congress of Nephrology. Valencia, Spain. October 1999.

89.    Current Concepts of Hyponatremic Encephalopathy. XXX Spanish Congress of Nephrology. Valencia, Spain. October 1999.

90.    Hyponatremia, Current Concepts. American Society of Nephrology Review Board. Miami, Florida. November 1999.

91.    The Effect of Dialysis Dosage on Morbidity and Mortality in Hemodialysis Patients. Second International Conference of Kidney and Hypertension. Madrid, Spain. February 2000.

92.    Complications of the Vascular Access on Dialysis Patients. Visiting Professor, University of Puerto Rico. San Juan, Puerto Rico. March 2000.

14

93.    Hyponatremia, Current Concepts. Visiting Professor, University of Puerto Rico. San Juan, Puerto Rico. March 2000.

94.    Hypernatremia, Current Concepts. Visiting Professor, University of Puerto Rico. San Juan, Puerto Rico. March 2000.

95.    The Effect of Dialysis Dosage on Morbidity and Mortality in Hemodialysis Patients. VII Peruvian Congress of Nephrology. Lima, Peru.  April 2000.

96.    Disorders of Water Metabolism in Critical Care Patients. VII Central American Congress of Nephrology. Managua, Nicaragua. July 2000.

97.    Hyponatremia, Current Concepts. Visiting Professor, III Guatemalan National Congress of Internal Medicine. Guatemala. October 2000.

98.    Mortality and Dialysis Dose. XII Argentine Congress of Nephrology. Buenos Aires, Argentina. October 2000.

99.    Disorders of Water Metabolism. XII Argentine Congress of Nephrology. Buenos Aires, Argentina. October 2000.

100.    Silent Infection in Clotted Hemodialysis Access Grafts. XIII Berlin Dialysis Seminar. Berlin, Germany. December 2000.

101.    Hyponatremia, Current Concepts.    Visiting Professor. University of Monterrey. Monterrey, Mexico. February 2001.

102.    Hyponatremia, Current Concepts. Visiting Professor. University of Texas Health Science Center at San Antonio. San Antonio, Texas. March 2001.

103.    Hyponatremia, Current Concepts. Clinical Nephrology Meeting, National Kidney Foundation. Orlando, Florida. April 2001.

104.    Infectious Complications of the Vascular Access on Dialysis Patients. Clinical Nephrology Meeting, National Kidney Foundation. Orlando, Florida. April 2001.

105.    Hyponatremia, Current Concepts.  Visiting Professor. Mexican Institute of Nephrology Research. Mexico City, Mexico. June 2001.

106.    Dialysis Dose: Is It Really Important?, Current Concepts.  Visiting Professor. Mexican Institute of Nephrology Research. Mexico City, Mexico. June 2001.

107.    Cardiovascular Complications of Transplant, Current Concepts.  Visiting Professor. XVIth Latin American Congress of Transplantation. Punta Cana, Santo Domingo. June 2001.

108.    Dysnatremias and the CNS. Visiting Professor. University of Texas Health Science Center at San Antonio. San Antonio, Texas. July 2001.

15

109. Therapy of Hyponatremic States. II Paraguayan Congress of Nephrology. Asuncion, Paraguay. August 2001.

110. Infectious Complications of the Vascular Access. II Paraguayan Congress of Nephrology. Asuncion, Paraguay. August 2001.

111. The Effect of Dialysis Dosage on Morbidity and Mortality in Hemodialysis Patients. II Paraguayan Congress of Nephrology. Asuncion, Paraguay. August 2001.

112. Infectious Complications of the Vascular Access on Dialysis Patients. XXXI Spanish Congress of Nephrology. Zaragoza, Spain. September 2001.

113. Hyponatremia: Role of Hypoxia in Brain Damage. American Society of Nephrology. San Francisco. October 2001.

114. Role of Graft Vascular Access Silent Infection in Anemia Resistance. 1st International Conference: New Insights in End-Stage Renal Disease. Madrid, Spain. November 2001.

115. Current Concepts of Hyponatremic Encephalopathy. Medical Grand Rounds, University of Miami, Miami. January 2002.

116. Can We Increase Dialysis Survival By Increasing Dialysis Dose? The Sixteenth Annual John R. Richardson Memorial Lecture. Kidney Foundation of South Florida, Miami. January 2002.

117. Chronic Graft Infection and Inflammation in Uremia. Renal Grand Rounds. University of Miami, Miami. January 2002.

118. Cardiovascular Risk Factors Associated with Cardiac and Valvular Calcifications in Dialysis Patients. Third International Conference in Kidney and Hypertension. Madrid, Spain. February 2002.

119. Dysnatremias Pathogenesis and Treatment. Spanish Society of Nephrology. Madrid, Spain. April 2002.

120. Dysnatremias Pathogenesis and Treatment. XII Latin American Congress of Nephrology. San Jose, Costa Rica. May 2002.

121. Dysnatremias Case Interactive. National Kidney Foundation Meeting. Chicago. May 2002.

122. Chronic Graft Infection and Inflammation in Uremia. XVI Portuguese Congress of Nephrology. Estoril, Portugal. June 2002.

123. Cardiac Calcifications in Uremia. IV International Symposium in Advances in Renal Osteodystrophy. Oviedo, Spain. June 2002.

124. Chronic Inflammation and Uremia. Chilean National Congress of Nephrology. Pucon, Chile. October 2002.

125. Current Concepts in Hyponatremia. XXXII Congress of Spanish Society of Nephrology. Bilbao, Spain. October 2002.

126. The Vascular Access in the Diabetic Patient: How to Prevent Complications. ISN International Symposium On Diabetes and the Kidney. Tucuman, Argentina. April 2003.

127. Chronic Inflammation and Uremia. Argentinean Congress of Nephrology. Tucuman, Argentina. April 2003.

128. Dysnatremias Case Interactive. National Kidney Foundation Meeting. Dallas. April 2003.

129. State of the Art Lecture. Hypernatremia: Current Concepts. Second Argentine Congress of Pediatric Nephrology. Buenos Aires, Argentina. June 2003.

130. State of the Art Lecture. Daily Dialysis. Fifth National Meeting of Quality in Dialysis. Argentine Society of Nephrology. Mendoza, Argentina. November 2003.

131. Infectious Complications of the Vascular Access in Dialysis Patients. Fifth National Meeting of Quality in Dialysis. Argentine Society of Nephrology. Mendoza, Argentina. November 2003.

132. Hyponatremia and Critical Care. Meeting of the American Society of Nephrology. San Diego. November 2003.

133. Dialysis Access Infections: A Novel Course of Chronic Inflammation in Hemodialysis Patients. 15th Clinical Conference ESRD Network #12. Kansas City. January 2004.

134. The role of EPO resistance as a surrogate marker for the chronic inflammatory status in dialysis patients. IV International Conference Hypertension and the Kidney. Madrid. Spain. February 2004.

135. Infection in Hemodialysis: The Importance of the Non-Functioning AV Graft. XIII Latin American Congress of Nephrology and Hypertension. Punta del Este, Uruguay. April 2004.

136. Hyponatremia: Current Concepts. XIII Latin American Congress of Nephrology and Hypertension. Punta del Este, Uruguay. April 2004.

137. Role of the Nephrologist in the Management of the Vascular Access. XIII Latin American Congress of Nephrology and Hypertension. Punta del Este, Uruguay. April 2004.

138. The Effects of Silent AV Graft Infection in EPO-resistant Anemia. XLI Congress of European Renal Association of Nephrology. Lisbon, Portugal. May 2004.

139. Daily Dialysis in the Treatment of Refractory Hyperphosphatemia and Hyperparathyroidism. XLI Congress of European Renal Association of Nephrology. Lisbon, Portugal. May 2004.

140.    Electrolyte Disorders in the ICU. Third International Course on Critical Care Nephrology. Vicenza, Italy. June 2004.

141.    Dysnatremias. Clinica Modelo de Moron. 60th Anniversary. Buenos Aires, Argentina. August 2004.

142.    Current Concepts of Hyponatremic Encephalopathy-Why Are People Still Dying? Visiting Professor. Harbor-UCLA Medical Center. October 2004.

143.    Chronic Inflammation and EPO-Resistant. Visiting Professor. Harbor-UCLA Medical Center. October 2004.

144.    Hyponatremic Encephalopathy: Mechanism and Treatment. 27th American College of Physicians. Regional Meeting. Panama City, Panama. January 2005.

145.    Metabolic Consequences of Hypernatremia. 27th American College of Physicians. Regional Meeting. Panama City, Panama. January 2005.

146.    Hyponatremic Encephalopathy in Marathon Runners.    International Hyponatremia Consensus Symposium 2005. Cape Town, South Africa. March 2005.

147.    Abnormalities of Calcium and Phosphorous Metabolism. Continuing Medical Education Course. 14th Congress of the Argentine Society of Nephrology. Iguazu, Misiones, Argentina. April 2005.

148.    State of the Art Lecture. Mortality in Hemodialysis: Can We Improve It? The Texas Diabetes Institute Experience. 14th Congress of the Argentine Society of Nephrology. Iguazu, Misiones, Argentina. April 2005.

149.    Electrolyte Imbalance and Clinical Practice. Continuing Medical Education Course. 14th Congress of the Argentine Society of Nephrology. Iguazu, Misiones, Argentina. April 2005.

150.    Use of Daily Dialysis and High Doses of Vitamin D in the Treatment of Severe Hyperparathyroidism. 14th Congress of the Argentine Society of Nephrology. Iguazu, Misiones, Argentina. April 2005.

151.    Dysnatremias. Internal Medicine 2005: Comprehensive Review and Update. Harvard Medical School. Massachusetts. June 2005.

152.    Left Ventricular Hypertrophy in Dialysis Patients. Vitamin D Symposium. Harvard Medical School. Massachusetts. October 2005.

153.    Use of Paracalcitol on Control of Severe Hyperparathyroidism. Colombia Society of Nephrology. Panama. February 2006.

154.    Effects of Short Daily Dialysis versus Conventional Hemodialysis on Left Ventricular Hypertrophy and inflammatory markers. 5th International Conference on Hypertension and the Kidney. Madrid, Spain. February 2006.

155.   Hyperphosphatemia control beyond phosphate binders. 1st International Meeting of Nephrology. Cordoba, Argentina. April 2006.

156.   Role of vitamin D in cardiovascular dysfunction in patients with ESRD. 1st International Meeting of Nephrology. Cordoba, Argentina. April 2006.

157.   Post-operative hyponatremia: Why are patients still dying? Grand Rounds. Visiting Professor. Cleveland Clinic, Florida. May 2006.

158.   The role of daily dialysis on the control of blood pressure and left ventricular hypertrophy. Satellite Symposium of Hypertension In The Aged. University of Salamanca, Spain. June 2006.

159.   Use of vitamin D and its role in cardiac function. Symposium on Hypertension. Zamora, Spain. June 2006.

160.   Dysnatremias: Current Concepts. Internal Medicine Comprehensive Review and Update. Harvard Medical School. Massachusetts. June 2006.

161.   Dysnatremias: Current Concepts. State of the Art Lecture. University of Antioquia. Medellin, Colombia. July 2006.

162.   Dysnatremias: Current Concepts. State of the Art Lecture. 9th Venezuelan Congress on Nephrology. Caracas, Venezuela. September 2006.

163.   Cardiovascular effects of vitamin D. 5th IberoAmerican Congress of Nephrology. Madrid, Spain. October 2006.

164.   Alteration of water metabolism. 5th IberoAmerican Congress of Nephrology. Madrid, Spain. October 2006.

165.   Cardiovascular effects of vitamin D in dialysis patients. 55th Congress of the Mexican Institute of Clinical Investigation. Ixtapa, Mexico. December 2006.

## PUBLICATIONS

1.   Pomato, A.T., Zellicoff, R., and Ayus. J.C. Primary liver carcinoma: Importance of paraneoplastic syndrome. La Prensa Medica Argentina 57:484-490,1970.

2.   Humphreys, M.H., Ayus, J.C. Role of hemodynamic changes in the increased cation excretion after acute unilateral nephrectomy in the anesthetized dog. J. Clin. Invest. 61:90-596, 1978.

3.   Olivero, J., Ayus. J.C. Rhabdomyolysis and acute myoglobinuric renal failure. Complications of inferior vena cava ligation. Arch. Int. Med. 138:1548-1549, 1978.

4.   Ogburn, H.M., Ayus J.C. . Eknoyan G.Pericarditis in renal failure. Therapeutic considerations. Dialysis and Transplantation 7:1133-1138, 1978.

5.       Olivero, J., <u>Ayus, J.C.</u> Renal emphysema. Urology 12:725, 1978.

6.       Ayus,J.C., Eneas, J.F., Tong, T.G. Benowitz, N.L., Schoenfeld, P.Y., Hadley, K.L., Becker,C.E.,and Humphreys, M.H. Peritoneal clearance and total body elimination of vancomycin during chronic intermittent peritoneal dialysis. Clin. Nephr. 11:129-132, 1979.

7.       Madias, N.E., <u>Ayus, J.C.</u> and Adrogue, H.J. Increased anion gap in metabolic alkalosis. The role of plasma-protein equivalency. New Engl. J. Med. 300:1421-1423, 1979.

8.       Terman, D.S., Buffaloe, G., Cook, G., Sullivan, M., Mattioli, C., Tilquist, R., and <u>Ayus, J.C.</u> Extracorporeal immunoadsorption: Initial experience in human systemic lupus erythematosus. The Lancet: October 20:824-826,1979.

9.       <u>Ayus, J.C.</u>, Olivero, J.J., and Adrogue, H.J. Alkalemia associated with renal failure. Correction by hemodiallysiswithlow-bicarbonate dialysate. Arch. Int. Med. 140:513-515, 1980.

10.      <u>Ayus, J.C.</u>, Eknoyan, G. Effect of unilateral nephrectomy and its accompanying hemodynamic changes in calcium and phosphate excretion in the dog. Phosphate and Minerals in Health Disease, Advances in Experimental Medicine and Biology 128:159-166, 1980.

11.      Humphreys, M.H., <u>Ayus, J.C.</u>, and Stanton, C.J., Jr. Prevention by vagotomy or atropine administration of the hemodynamic changes occurring after acute unilateral nephrectomy of the dog. Cir. Res. 46:575-580,1980.

12.      Olivero, J.J., <u>Ayus, J.C.</u>, and Eknoyan, G. Nephrotic syndrome developing after bee stings. South Med. J. 74:82-83, 1981.

13.      <u>Ayus. J. C.</u>, Frommer, J. P., and Young, J. B. Cardiac and circulatory abnormalities in uremia. Seminars in Nephrology 1:112-123, 1981.

14.      Terman, D.S., Young, J.B., Shearer, W.T., and <u>Ayus, J.C.</u>, Preliminary observations of the effects of breast adenocarcinoma and plasma perfused over immobilized protein A. New Engl. J. Med.305:1195-1199, 1981.

15.      <u>Ayus, J.C.</u>, Olivero, J.J., and Frommer, J.P. Rapid correction of severe hyponatremia with hypertonic saline solution. Am. J. Med. 72:43-48,1982. *(Selected in the 1983 YearBook of Medicine)*

16.      <u>Ayus, J.C.</u>, Humphreys, M.H. Hemodynamic and renal functional changes after acute unilateral nephrectomy in the dog. Role of carotid sinus baroreceptors. Am. J. Physiol. (Renal Fluid Electrolyte Physiol.) 11:181-189,1982.

17.      Eknoyan, G., Quinibi, W.Y., Grissom, R.T., Tuma, S.N., and <u>Ayus, J.C.</u>, Renal papillary necrosis -an update. Medicine 61:55-73, 1982.

20

18.    Frommer, J.P., Ayus, J.C., Acute ethylene glycol intoxication. Am. J. Nephr. 2:1-5, 1982.

19.    Frommer, J. P., Olivero, J.J., and Ayus, J.C., Hemodialysis with a high bicarbonate containing dialysate in the treatment of acute ethylene glycol intoxication. Dialy. and Transpl. 11:1108-1111, 1982.

20.    Ayus, J.C., Frommer, J.P., Eknoyan, G., and Suki, W.N. Renal handling of divalent cation and phosphate during water immersion in the awake dog. Regulation of phosphate and mineral metabolism. Adv. Exptl. Med. Biol. 151:103-109,1982.

21.    Terman, D.S., Young, J.B., Shearer, W.T., Ayus, J.C., Plasma perfused over immobilized protein A for breast cancer. New Engl. J. Med. 306:935-922.

22.    Young, J.B., Ayus, J.C., Physiologic responses in humans with breast adenocarcinoma after plasma perfusion over immobilized protein A from staphylococcus aureus. Am. J. Med. 75:278 288, 1982.

23.    Ayus, J.C., Olivero, J.J., Frommer, J.P. Correction of hyponatremia and central Pontine myelinolysis. Am. J. Med. 73:882-937,1983.

24.    Krothapalli, R.K., Senekjian, H.O., and Ayus, J.C., Efficacy of intravenous vancomycin in the treatment of gram positive peritonitis in chronic peritoneal dialysis. Am. J. Med. 75:345-348, 1983.

25.    Ayus, J.C., Frommer, J.P., Eknoyan, G., and Suki, W.N. Effects of head-out water immersion on the urinary excretion of phosphate calcium and magnesium in the awake dog. Mineral and electrolyte Metabolism10:67-72,1984.

26.    Frommer, J. P., Young, J.B., and Ayus, J.C., Asymptomatic pericardial effusion in uremic patients: Effect of long-term dialysis. Nephron 39:296-301,1985.

27.    Frommer, J. P., Ayus, J.C., Effect of minor surgery on urinary flow and electrolyte excretion in the awake dog. Mineral and Electrolyte Metabolism. 11:91 -96, 1985.

28.    Ayus, J.C., Krothapalli, R.K., and Armstrong, D.L. Rapid correction of severe hyponatremia in the rat: "Histopathological changes in the brain". Am. J. Physiol. (Renal Fluid Electrolyte Physiol.) 17:F71 1 -F719, 1985.

29.    Ayus, J.C., Krothapalli, R.K., and Arieff, A.I. Changing concepts in the treatment of severe symptomatic hyponatremia: Rapid correction and the possible relation to central pontine myelinolysis. Am. J. Med. 78-897-901,1985. *(Selected in the 1985 YearBook of Medicine; Among the top 1% of all cited papers in medicine – named a classic paper by ISI)*

30.    Ayus, J.C., Diuretic-Induced hyponatremia. Arch. Intern. Med., 146:1295-1296,1986.

31.    Ayus, J.C., Krothapaili, R.K., Therapy of hyponatremia. New Engl. J. Med., 315:1351-1356, 1986.

32.    Ayus, J.C., Krothapalli, R.K., and Arieff, A.I. Treatment of symptomatic hyponatremia and its relation to brain damage: A prospective study. New Engl. J. Med. 317:1190-1195, 1987. *(Selected in the1989 YearBook of Medicine and Critical Care; Among the top 1% of all cited papers in medicine – named a classic paper by ISI)*

33.    Ayus, J.C., Krothapalli, RK, and Arieff, A.I. Correction of hyponatremia and its relation to brain damage. New Engl. J. Med. 318:1335-1337,1987.

34.    Ayus, J.C., Krothapalli, R.K., Effect of bicarbonate administration on cardiac function. Am. J.Med. 87:5-6,1989.

35.    Ayus, J.C., Krothapalli, R.K., Armstrong, D.L., and Norton, J. Symptomatic hyponatremia in rats:effect of treatment on mortality and brain lesions. Am. J. Physiol. 257 (Renal Fluid Electrolyte Physiol. 26) F18-F22,1989.

36.    Ayus, J.C., Krothapalli, R.K., Ethanol and the nervous system. N. Engl. J. Med. 322:407-408, 1990.

37.    Brennan, S., Ayus, J.C., Acute versus chronic hypernatremia: How fast to correct ECF volume. Journal of Critical Illness 5(4):330-333,1990.

38.    Ayus, J.C., Arieff, A. I. Symptomatic hyponatremia: Making the diagnosis rapidly. The Journal of Critical Illness 5: (8) 846-856,1990.

39.    Ayus, J.C., Arieff, A.I. Symptomatic hyponatremia: Correcting sodium deficits safely. The Journal of Critical Illness 5: (9) 905-918,1990.

40.    Arieff, A.I., Ayus, J.C., Treatment of symptomatic hyponatremia: Neither haste nor waste.Critical Care Medicine: 19: 748-751,1991.

41.    Subramanian, D., Ayus, J.C., Severe symptomatic hyponatremia associated with Lisinopril therapy: The Am. J. Med. Scien. 303:177-179, 1992.

42.    Arieff, A.I., Ayus, J.C., Hyponatremia and death or permanent brain damage in healthy children. Brit. Med. J. 304:1218-1222,1992

43.    Ayus, J.C., Wheeler,J.M. and Arieff, A.I. Postoperative Hyponatremic Encepalophathy in Menstruant Women: Ann. Intern. Med. 117:891-897,1992. *(Selected in the 1994 YearBook of Medicine; Among the top 1% of all cited papers in medicine – named a classic paper by ISI)*

44.    Arieff, A.I., Ayus, J.C., Pathogenesis of Hyponatremic Encepalopathy Current Concepts: Chest: 103:607-610, 1993.

45.    Ayus, J.C., Arieff, A.I., Pathogenesis and Prevention of Hyponatremic Encepalopathy: Endocrinol. Metabo. Clin.N.Amer: 22: 425-446, 1993.

46.    Arieff, A. I., Ayus, J.C., Endometrial Ablation Complicated by Fatal Hyponatremic Encephalopathy J.A.M.A.: 270:1230-1232, 1993.

47.   Wexler, Z.L., <u>Ayus, J.C.</u>, Hypoxic and Ischemic Hypoxia Exacerbate Brain Injury Associated with Metabolic Encephalopathy in Laboratory Animals: J. Clin. Invest: 93: 256-264, 1994.

48.   <u>Ayus, J.C.</u>, Arieff, A.I., Pulmonary Complications of Hyponatremic Encephalopathy: Non cardiogenic Pulmonary Edema and Hypercapnic Respiratory Failure: Chest 107, 517-522,1995.

49.   Arieff A.I., Kozniewsla E., Roberts T.P.L, Vexler Z.S., <u>Ayus, J.C.</u>, Effects of age, gender, and Vasopressin on Brain Adaptation and Mortality in rats with hyponatremic encephalopathy: Am.J. Physiol. (Regulatory, Integrative and comp) 37, R1 143-R1 152,1995.

50.   <u>Ayus, J.C.</u>, Varon J., and Fraser C.L.. Pathogenesis and Management of Hyponatremic Encephalopathy: Current Opinions in Critical Care: 1; 452-459, 1995.

51.   <u>Ayus J.C.</u>, Armstrong D.L., and Arieff A. I., Effects of Hypernatremia in the Central Nervous System its Therapy in Rats and Rabbits: The Journal of Physiology. London. 492: 243-255, 1996.

52.   <u>Ayus, J.C.</u>, Arieff, A.I., Brain Damage and Postoperative Hyponatremia: Role of Gender Neurology. 46: 323-328, 1996.

53.   <u>Ayus J.C.</u>, Arieff A. I., Abnormalities of Water Metabolism in the Elderly: Seminars in Nephrology. 16: 277-288, 1996.

54.   Arieff A. I., <u>Ayus J. C.</u>, Strategies for Diagnosing and Managing Hypernatremic Encephalopathy. The Journal of Critical Illness. 11: 720-727, 1996.

55.   Arieff A.I., <u>Ayus, J.C.</u>, Pathogenesis and Management of Hypernatremia. Current Opinion in Critical Care. 2: 418-423, 1996.

56.   <u>Ayus J.C.</u>, Arieff, A.I., Glycine-Induced Hypo-Osmolar Hyponatremia. Archives Internal Medicine. 157: 223-226, 1997.

57.   <u>Ayus, J.C.</u>, Arieff, A.I., Postoperative Hyponatremia. Ann. Intern. Med. 126:1005-1006, 1997.

58.   <u>Ayus, J.C.</u>, Arieff, A.I., Hyponatremia and Myelinolysis. Ann. Intern. Med. 127.163, 1997.

59.   <u>Ayus J.C.</u>, Sheikh-Hamad, D., Silent Infection in Clotted Hemodialysis Access Grafts. JASN. 9: 1314-1317, 1998.

60.   Sheikh-Hamad, D., <u>Ayus, J.C.</u>, The Patient with a Clotted PTFE Graft Developing Fever. Nephrol Dial Transplant. 9: 2392-2393, 1998.

23

61.    Sheikh-Hamad, D., Ayus, J.C., Antidiuretic Hormone and Renal Clearance of Uric Acid.
       American Journal of Kidney Diseases. Vol 32, 4 692-697, 1998.

62.    Ayus, J.C., Sheikh-Hamad, D., Dialysis Therapy. New Engl. J. of Med. 339: 1003-1004.
       1998.

63.    Nassar, G.M., Ayus, J.C., Choosing Anti microbial Therapy for a febrile patient on
       Hemodialysis. The Journal of Critical Illness. 14: 8-9. 1999.

64.    Ayus, J.C., Arieff A.I., Features and Outcomes of Classic Heat Stroke. Ann. Intern. Med.
       30: 613-615. 1999.

65.    Ayus, J.C., Arieff, A.I., Chronic Hyponatremic Encephalopathy in Postmenopausal
       women: Morbidity and effects of Therapy: J.A.M.A. 281.24.2299-2304. 1999.

66.    Moritz, M.L., Ayus, J.C., The Changing Pattern of Hypernatremia in Hospitalized
       Children: Pediatrics. 104.3.435-439. 1999.

67.    Nassar, G.M., Ayus, J.C., Brown Tumor in End Stage Renal Disease: New Engl. J. of
       Med. 341: 1652. 1999.

68.    Nassar, G.M., Ayus, J.C., Clotted Arteriovenous Grafts: A Silent Source of Infection.
       Seminars in Dialysis 13, 1: 1-3. 2000.

69.    Ayus, J.C., Varon, J., Arieff, A.I., Hyponatremia, Cerebral Edema and Noncardiogenic
       Pulmonary Edema in Marathon Runners. Ann. Intern. Med., 132: 711-714. 2000.
       (Selected in the 2001 yearbook of Pediatrics).

70.    Arieff, A.I., Ayus, J.C., Hyponatremia. New Engl. J. Med. 343, 886-888, 2000.

71.    Ayus, J.C., Arieff, A.I., Noncardiogenic Pulmonary Edema in Marathon Runners. Ann.
       Intern. Med. 133: 1010-1011. 2000.

72.    Nassar, G.M., Ayus, J.C., Infectious Complications of the Hemodialysis Access. Kidney
       Int. 60: 1-13. 2001.

73.    Moritz, M., Ayus, J.C., La Crosse encephalitis in children. New Engl. J. Med. 345, 148-
       49, 2001.

74.    Ayus, J.C., Arieff, A.I., Sex Differences in Long-Term Mortality After Myocardial
       Infarction. Ann. Intern. Med. 135: 1089-1091. 2001.

75.    Nassar, G.M., Fishbane, S., and Ayus, J.C., Occult Infection of Old Nonfunctioning
       Arteriovenous Grafts: A Novel Cause of Erytropoietin Resistance and Chronic
       Inflammation in Hemodialysis Patients. Kidney Int. 61, S80: S49-54. 2002

76.    Nassar, G.M., Ayus, J.C., Infectious Complications of Old Nonfunctioning Arteriovenous
       Grafts in Renal Transplant Recipients: A Case Series. American Journal of Kidney
       Diseases. 40: 832-36. 2002.

77.    Moritz, M., Ayus, J.C., Disorders of Water Metabolism in Children: Hyponatremia and Hypernatremia. Pediatrics in Review. 23: 371-403. 2002.

78.    Qunibi, W., Nolan, C., and Ayus, J.C., Cardiovascular Calcifications in Patients with End-Stage Renal Disease: A Century-Old Phenomenon. Kidney Int. 82: 73-80. 2002.

79.    Moritz, M., Ayus, J.C., Prevention of Hospital-Acquired Hyponatremia: A Case for Using Isotonic Saline in Maintenance Parenteral Fluid. Pediatrics. 11: 227-30. 2003.

80.    Ayus, J.C., Levin, R., and Arieff, A.I., Fatal Dysnatremia Caused By Elective Colonoscopy. Brit. Med. J. 326:382-84. 2003.

81.    Moritz, M., Ayus, J.C., The Pathophysiology and Treatment of Hyponatremic Encephalopathy: "An Update". Nephrol Dial Transplant. 18: 2486-2491. 2003.

82.    Lorenzo, V., Martín, M., Rufino, M., Hernández, D., Torres, A., Ayus, J.C., Predialysis Nephrological Care And A Functioning Arteriovenous Fistula At Entry Are Associated With Better Survival In Incident Hemodialysis Patients: An Observational Cohort Study. American Journal of Kidney Diseases. American Journal of Kidney Diseases. 43, 6: 999-1007. 2004.

83.    Moritz, M., Ayus, J.C., Hospital-Acquired Hyponatremia: Why Are There Still Deaths? Pediatrics. 113, 5. 2004.

84.    Ayus, J.C., Moritz, M., Disorders of Water Metabolism in Children: Hyponatremia and Hypernatremia. Arch. Latin. Nefr. Ped. 4:1-10. 2004.

85.    Moritz, M., Ayus, J.C., Dysnatremias in the Critical Care Setting. Sepsis, Kidney and Multiple Organ Dysfunction. Contrib. Nephrol. 144: 132-157. 2004.

86.    López-Gómez, J.M., Pérez-Flores, I., Jofré, R., Carretero, D., Rodríguez-Benitez, P., Villaverde, M., Pérez-García, R., Nassar, G.M., Niembro, E., and Ayus, J.C. Presence of a Failed Kidney Transplant in Patients Who Are on Hemodialysis Is Associated with Chronic Inflammatory State and Erythropoietin Resistance. JASN. 15: 2494-2501. 2004.

87.    Achinger, S.G, Ayus, J.C., The Role of Daily Dialysis in the Control of Hyperphosphatemia. Kidney Int. 67, S95:S28-32. 2005.

88.    Achinger, S.G., Ayus, J.C., The Role of Vitamin D in Left Ventricular Hypertrophy and Cardiac Function. Kidney Int. 67, S95:S37-42. 2005.

89.    Ayus, J.C., Achinger, S.G., At the Peril of Dialysis Patients: Ignoring the Failed Transplant. Seminars in Dialysis. Vol. 18 No. 3:180-84. 2005.

90.    Moritz, M.L, Ayus, J.C., Hypotonic fluids should not be used in volume-depleted children. Kidney Int. Vol. 68 No. 1:409-10. 2005.

91.    Hew-Butler T., Almond C., Ayus J.C., Dugas J., Meeuwisse W., Noakes T., Reid S., Siegel A., Speedy D., Stuempfle K., Verbalis J., Weschler L., Exercise-Associated Hyponatremia (EAH) Consensus Panel. Clin J Sport Med. 2005 Jul;15(4):208-213. 2005.

92.  Ayus, J.C., Luno, J., Valderrabano, F., Verde, E, Garcia de Vinuesa, G, Achinger, S.G., Lorenzo, V., Arieff, A.I., Go, A.S., Effects Of Erythropoietin On Left Ventricular Hypertrophy In Severe Chronic Renal Failure And Hemoglobin. Kidney Int. Vol. 68 788-795. 2005.

93.  Ayus, J.C., Arieff, A., Moritz, M.L., Hyponatremia in marathon runners. N. Engl. J. Med. Vol. 28 353(4):427-8. 2005.

94.  Ayus, J.C., Mizani, R.M., Achinger, S.G., Thadhani, R., Go, A.S., Lee, S., Effects of Short Daily versus Conventional Hemodialysis on Left Ventricular Hypertrophy and Inflammatory Markers: A Prospective, Controlled Study. JASN. Vol. 9 2777-2787. 2005.

95.  Moritz, M.L, Manole, M.D., Bogen, D., Ayus, J.C., Breastfeeding-Associated Hypernatremia: Are We Missing The Diagnosis? Pediatrics. 116: 343-347. 2005.

96.  Moritz, M.L., Ayus, J.C., Hospital-Induced Hyponatremia. J. Pediatrics. 147(2):273-274. 2005.

97.  Moritz, M.L, Ayus, J.C., Preventing Neurologic Complications from Dysnatremias in Children. Pediatric Nephrology. 20:1687-1700. 2005.

98.  Ayus, J.C., Armstrong, D., Arieff, A.I., Hyponatremia with Hypoxia: Effects on Brain Adaptation, Perfusion and Histology in Rodents. Kidney Int. 69:1319-1325. 2006.

99.  Achinger, S.G., Moritz, M.L., Ayus, J.C., Dysnatremias: Why Are Patients Still Dying? Southern Med. J. 99(4):353-362. 2006.

100.  Moritz, M.L., Ayus, J.C., A woman with Crohn's disease and altered mental status. N Engl J Med. 29;354(26):2833-4. 2006.

101.  Moritz, M.L., Ayus, J.C., Prevention and treatment of hyponatremia in children: old habits die hard. Pediatr. Nephrol. 21(7):1050-1051. 2006.

102.  Moritz, M.L., Ayus, J.C., Randomized controlled trial of fluid supplementation in term neonates with severe hyperbilirubinemia. J Pediatr. 49(4):581. 2006.

103.  Luño, J., Rodriguez-Iturbe, B., Ayus, J.C., Hypertension and Cardiovascular Risk in Chronic Kidney Disease Patients. JASN. 17:S157-158. 2006.

104.  Achinger, S.G., Ayus, J.C., Left Ventricular Hypertrophy: Is Hyperphosphatemia among Dialysis Patients a Risk Factor? JASN. 17:S255-261. 2006.

105.  Ayus, J.C., Achinger, S.G., Mizani, M.R., Chertow, G.M., Furmaga, W., Phosphorus balance and mineral metabolism with 3 h daily hemodialysis. Kidney Intl. (in press)

## BOOKS AND CHAPTERS

## BOOKS

1.  Textbook of Clinical Nephrology, Dialysis and Renal Transplantation. Sellares V.L., Torres A., Hernandez D., and Ayus, J.C., Editors. Harcourt Brace, Madrid, Spain, 1998.

2.  Textbook of Clinical Nephrology, Dialysis and Renal Transplantation. 2nd Edition. Sellares V.L., Torres A., Hernandez D., and Ayus, J.C., Editors. Harcourt Brace, Madrid, Spain, 2002.

3.   Hypertension and Renal Disease.  Luño, J., Ayus, J.C., and Locatelli, F., Guest Editors.
     Kidney Int. Supplement No. 82. Blackwell Publishing, Massachusetts, 2002.

4.   Hypertension and the Kidney. Luño, J., Rodriguez-Iturbe, B., and Ayus, J.C., Kidney
     Internacional Supplement No. 17. American Society of Nephrology. 2006.

5.   Textbook of Electrolytes and Acid-Base Disorder. Ayus, J.C., Caramelo, C., Tejedor, A.,
     Editors. Panamericana, Madrid, Spain. 2006.

## CHAPTERS

1.   Ayus, J.C., and Martinez-Maldonado, M. Manifestaciones renales de la amiloidosis,
     mieloma multiple crioglobulinemia y macroglobulinemia. In: Textbook of Nephrology
     (Martinez- Maldonado and Rodicio, eds.), Salvat, Barcelona, 812-822,1982.

2.   Ayus, J.C., Frommer, J.P., and Young, J.B. Cardiovascular complications of uremia and
     dialysis. In:Therapy of Renal Diseases and Related Disorders (Suki, W.N., and Massry,
     S., eds.), Martinus Nijhoff Publishers, Boston, 481-494,1984.

3.   Young, J.B., Krothapalli, R.K., and Ayus, J.C., The heart in renal failure. In: The
     Systemic Consequences of Renal Failure (Eknoyan, G. and Knochel, J.P., eds.) Grune
     and Stratton, 57-92, 1984.

4.   Ayus, J.C., Alteraciones Cardiacas en la Insuficiencia Renal Cronica. In: Insuficiencia
     Renal Cronica Dialysis y Transplante Renal. (Llach, F., Valderrabano, F., eds.), Editorial
     Norma, Madrid, Spain, 141-158,1990.

5.   Brennan, S., and Ayus, J.C., Therapy of hyposmolar and hyperosmolar syndromes. In:
     Therapy of Renal Disease and Related Disorders (Suki, W.N., and Massry, S., eds.)
     Kluwer Academic Publishers, Massachusetts, 1-16, 1991.

6.   Brennan, S., and Ayus, J.C., Systemic Disorders and Cerebral Demyelinating Lesions.In:
     Metabolic Brain Dysfunction in Systemic Disorders (Arieff, A.I., and Griggs R.C. eds.)
     Little Brown, Boston, 247-262, 1992.

7.   Ayus, J.C., Tratamiento de los Sindromes Hiponatremicos e Hipernatremicos. In: Texto
     de Nefrologia (Martinez-Maldonado and Rodicio, eds.) Editorial Norma, Madrid,
     343-358,1993.

8.   Ayus, J.C., Hyper-osmolar States In: Fluid, Electrolyte, and Acid-Base Disorders. (Arieff
     A.I. and De Fronzo R.1, eds) Churchill Livingstone, New York, 304-317,1995.

9.   Ayus, J.C., Dysnatremias In: Textbook of Clinical Nephrology Dialysis and Renal
     Transplantation. (Sellares V.L., Torres A, Hernandez L, Ayus J.C. eds) Harcourt Brace,
     Madrid, Spain, 259-269, 1998.

10.  Ayus J.C., Infectious Complications of Hemodialysis Patients. (Sellares V.L., Torres A,
     Hernandez L, Ayus J.C. eds) Harcourt Brace, Madrid, Spain, 651-657, 1998.

11.     Ayus, J.C., and Arieff A. I., Pathogenesis and Treatment of Hypoosmolar and Hyperoosmolar States. In: Therapy of Renal Diseases and related Disorders.(Suki W.N. and Massry S.G., eds.) Kluver Academic Publishers 1-19, 1997.

12.     Ayus, J.C., Pathogenesis and Treatment of Hypoosmolar and Hyperosmolar States. In: Nefrologia Clinica (Hernando L., eds) Panamericana 37-47, 1997.

13.     Ayus, J.C., and Caramelo, C. Sodium and Potassium Disorders. In: Textbook of Critical Care (Shoemaker et al, eds.) W.B. Saunders Company. 853-861, 2000.

14.     Caputo, D., Bazerque, F., Ayus, J.C., Fisiopatalogia de los tratornos del agua corporal. In: Textbook of Electrolytes and Acid-Base Disorder (Ayus, J.C., Caramelo, C., Tejedor, A., eds.) Panamericana. 31-45, 2006.

15.     Caputo, D., Bazerque, F., Ayus, J.C., Casos clinicos: hiponatremia e hipernatremia. In: Textbook of Electrolytes and Acid-Base Disorder (Ayus, J.C., Caramelo, C., Tejedor, A., eds.) Panamericana. 47-82, 2006.

## ABSTRACTS

1 .     Firmat, J., Ayus, J.C., and Arce, A. Acute renal failure: A comparison on the experience and results of 739 patients treated during 1958-1966 and 1967-1969. I Argentine Congress of Nephrology, November 1971.

2.      Arrizurieta, E.E., Ayus, J.C., and Montoreano, R. Increased work and renal hypertrophy. Medicina 31:558, 1971.

3.      Ayus, J.C., Arrizurrieta, E.E., and Montoreano, R. Modification of the corporal spaces by means of peritoneal dialysis. Medicina 31:586, 1971.

4.      Ayus, J.C., Schoenfeld, P.Y., Humphreys, H.H., and Sebastian, A. Effect of systemic and acidbase status on the acid-base response to hemodialysis. Clinc. Res. Vol. 25, No. 3, 1977.

5.      Humphreys, M.H., Ayus, J.C., Role of hemodynamic changes in the increased cation excretion (UNA+Kv) following acute uninephrectomy (AUN). Clin. Res., Vol. 25, No. 3, 1977.

6.      Ayus, J.C., Eneas, J.C., and Tong, J.F. Peritoneal clearance and total body eliminations of vancomycin during chronic peritoneal dialysis. Summary of the Western Dialysis and Transplant Society, 1977.

7.      Humphreys, M.H., Ayus, J.C., and Stanton, C.J. Role of the vagus in the hemodynamic changes following acute unilateral nephrectomy (AUN), Kidney Int., Vol. 12, No. 6, 1977.

8.      Ayus, J.C., Humphreys, M. H., The effects of anesthesia and surgery on the hematocrit and blood volume in dogs. Clin. Res., Vol. 26, No. 1, 1978

9.    Ayus, J.C., Olivero, J., Correction of metabolic alkalosis associated with renal failure by hemodialysis with low bicarbonate bath. Proceedings of the VII International Congress of Nephrology, Montreal, Canada, June, 1978.

10.    Ayus, J.C., Stanton, C.J., Eneas, J.F., and Humphreys, M.H. Mechanisms involved in the reflex circulatory changes initiated by acute unilateral nephrectomy (AUN). Proceedings of the VII International Congress of Nephrology, Montreal, Canada, June 1978.

11.    Ayus, J.C., Humphreys, M.H., Effect of pentobarbital anaesthesia and preparative surgery on hematocrit, blood volume and circulatory function in the dog. Kidney Int., Vol. 14, No. 6, 1978.

12.    Ayus, J.C., Humphreys, M.H., On the mechanism of hemodynamic changes caused by acute unilateral nephrectomy (AUN) in the dog. Kidney Int., Vol. 14, No. 6, 1978.

13.    Terman, D.S., Ayus, J.C., Extraction of DNA antibody and immune complexes by extracorporeal immunoadsorption: Initial trail in systemic lupus erythematosus. Clin, Res. Vol. 27, No. 2, 1979.

14.    Ayus, J.C., Frommer, P., Olivero, J., Barcenas, C., and Verani, M. Alteraciones cardiacas en pacientes con insuficiencia renal cronica terminal. Summary of the IV Latin American Congress of Nephrology, May 1979, p. 32.

15.    Barcenas, C., Olivero, J.C, and Ayus, J.C., Funcion cardiaca durante hemodialisis en pacientes con fallo renal agudo. Summary of the IV Latin American Congress of Nephrology, May 1979, p. 37.

16.    Ayus, J.C., Eknoyan, G., Effect of unilateral nephrectomy and its accompanying hemodynamic changes on calcium and phosphate excretion. Mineral and Electrolyte Metabolism. Vol. 2, No. 4, 205,1979.

17.    Barcenas, C., Olivero, J., and Ayus, J.C., Bicarbonate dialysis is hemodynamically superior to acetate dialysis. Kidney Int., Vol. 16, No.6, 881,1979.

18.    Ayus, J.C., Frommer, P., Barcenas, C., Olivero, J. and Verani, M., Cardiac abnormalities in uremia prior to the initiation of dialysis. A prospective echocardiographic study. Kidney Int., Vol 16,881, 1979

19.    Ayus, J.C., Frommer, P., Tasby, J., and Suki, W.N., Hemodynamic and renal effects of head-out water immersion in the unanesthetized dog. Clin. Res., Vol 27, No.5, 763A, 1979

20.    Ayus, J.C., Frommer, P., Olivero, J. and Young, J.B., Echocardiographic left ventricular dysfunction in uremic patients: Effect of chronic dialysis. Clin. Res. Vol. 28, No. 2, 155A, 1980.

21.    Ayus, J.C., Frommer, P., Olivero, J., and Young, J.B., Incidence of pericardial effusion and the effect of dialysis in patients with end-stage renal failure. A prospective echocardiographic study. Clin. Res., Vol. 28,155A, 1980.

22.    Ayus, J.C., Frommer, P., Olivero, JJ and Young, J.B., Effect of long-term dialysis on left ventricular ejection fraction in end-stage disease. Kidney Int. , Vol. 19, No. 1, 142, 1981.

23.    Frommer, P., Suki, W.M., and Ayus, J.C., Head-out water immersion does not induce natriuresis in the awake dog. Kidney Int., Vol. 19, No. 1, 240, 1981.

24.    Young, J.B., Frommer, P., Ayus, J.C., Alexander, J.K., and Miller, R.R., Effect of dialysis on pericardial effusion: A prospective echocardiographic study in end-stage renal failure patients. Circulation 62: Suppl. 111, 1980.

25.    Terman, D.S., Shearer, W.T., Ayus, J.C., Necrotizing tumoricidal response after plasma perfusion over immobilized protein A: Initial experience in human breast adenocarcinoma. Clin. Res., Vol. 29, No. 2, April 441 A, 1981.

26.    Frommer, P. Suki, W.N., and Ayus, J.C., Effect of preparative surgery on the spontaneous diurnal rhythm of urine flow and electrolyte excretion in the awake dog. Clin. Res., Vol. 29, No. 2, 463A, April, 1981.

27.    Young, J.B., Ayus, J.C., Miller, L.K., Miller, R.R., and Terman, D.S., Prospective characterization of unique hemodynamic response during extracorporeal immunotherapy of human breast adenocarcinoma. Clin. Res., Vol. 29, No. 2, 253A, April, 1981.

28.    Ayus, J.C., Frommer, J.P., Eknoyan, G., and Suki, W.N., Effects of head-out water immersion on urinary phosphate and calcium excretion in the awake dog. Mineral and Electrolyte Metabolism, Vol. 6, No. 4-5, 229,1981.

29.    Ayus, J.C., Frommer, J. P., Intravenous vancomycin in the treatment of gram-positive peritoneal dialysis peritonitis. Kidney Int., Vol. 21,163,1982.

30.    Young, J.B., Ayus, J.C., Miller, L.K., Webster, R.O, Miller, R.R., and Terman, D.S., Characterization of hemodynamic response during extracorporeal immunotherapy of human breast adenocarcinoma. Circulation, Vol. 64, IV-325,1981.

31.    Ayus, J.C., Krothapalli, R., Pace, E., and Senekjian, H.O., Safety of rapid correction of severe hyponatremia in the Sprague-Dawley rats. Kidney Int., Vol. 23,117,1983.

32.    Ayus, J.C., Krothapalli, R.K., Rapid correction of severe hyponatremia (SHM) in the rat. Clin. Res., Vol. 32, No. 2, 440A, 1984.

33.    Ayus, J.C., Krothapalli, R.K., and Arieff, A.I., Treatment of symtomatic hyponatremia (SH), a prospective study: Relationship to brain damage (BID). Kidney Int., Vol. 31, 190, 1987.

34.    Krothapalli, R., Ayus, J.C., Severe hyponatremia (SH) in rats: The effect of treatment on mortality. Kidney Int., Vol. 31, 207,1987.

35.    Ayus, J.C., Krothapalli, R.K., and Arieff, A.I., Sexual difference in survival with severe symptomatic hyponatremia Kidney Int., Vol. 33,180,1988.

36.    Ayus, J.C., Krothapalli, R.K., Spartz, J., and Freiberg, M., Severe hypernatremia in rats: Effects of treatment on brain function and histology. Kidney Int., Vol. 34, 1, 204, 1989.

37.    Ayus, J.C., Krothapalli, R.K. and Freiberg, M., Role of hypercatabolism in mortality associated with chronic hypernatremia in rats. Kidney Int., 37,1, 263,1990.

38.    Krothapalli, R.K.; Ayus, J.C., Old thrombosed nonfunctional vascular graft causing bacteremia in hemodialysis patients. Kidney Int., 37,1, 305,1990.

39.    Krothapalli, P., Krothapalli, R.K., and Ayus, J.C., Difference in therapeutic outcome of pericardial effusion between hemodialysis and peritoneal dialysis. Kidney Int., 37,1, 331, 1990.

40.    Ayus, J.C., Gumtupalli, K., Gumtupalli, J, and Krothapalli, R., Effect of hyponatremia (HN) in hypoxic rats: JASN: 1:317, 1990.

41.    Ayus, J.C., Krothapalli, R., Hyperglycemia (HG) associated with non-diabetic hypernatremia (NDH) patients: JASN: 1:317, 1990.

42     Ayus, J.C., Arieff A.I., Effects of age and gender on outcome in patients with postoperative hyponatremia: JASN: 2:2781991.

43.    Ayus, J.C., Arieff, A.I., Brain adaptation in hyponatremic rodents: Effects of gender and age. Clin. Res. 40: 223A 1992.

44.    Vexler, Z.S., Ayus, J.C., Effects of hypoxia on brain adaptation in experimental hyponatremia. Clin. Res. 40: 306A 1992.

45.    Ayus, J.C., Arieff, A.I., Epidemiology of Postoperative Hyponatremic Brain Damage: Studies in 128,077 Adult Subiects. JASN. 3:324, 1992.

46.    Arieff, A.I., Ayus, J.C., Experimental Hyponatremic Brain Damage is a Function of Physical Factors inPatients with Closed Head Trauma. Clin. Res. 42: 296A, 1994.

47.    Ayus, J.C., Arieff A. I., Noncardiogenic Pulmonary Edema with Hypoxia as the Initial Manisfestation of Hyponatremic Encephalopathy: JASN: 4: 292, 1993.

48.    Ayus, J.C., Arieff A.I., Noncardiogenic Pulmonary Edema with Hypoxemia in Patients with Hyponatremic Encephalopathy. Clin.Res. 42:295A, 1994.

49.    Ayus, J.C., Arieff A. I., Deleterious Effects of Hyponatremia in Patients with Closed Head Trauma. Clin.Res. 42: 296A, 1994.

50.    Ayus, J.C., Arieff A. I., Central Nervous System Effects of Hypernatremia and its Therapy in Laboratory Animals: JASN: 5: 305, 1994.

51.    Arieff, A.I., Ayus, J.C., Glycine-Induced Hyponatremia: JASN: 6:438, 1995.

52.     Ayus, J.C., Armstrong D.L., and Arieff A.I., Hypoxic Hypoxia Impairs Brain Adaptation,
        Perfusion, and Histologic Damage in Laboratory Animals: JASN: 6: 438, 1995.

53.     Ayus, J.C., Arieff A. I., Metabolic Consequences of Hypernatremia in Rats: JASN: 7:
        1347, 1996.

54.     Moritz, M., Ayus, J.C., Pediatric Hypernatremia: A Diseae of the Disabled and Critically
        Ill Child: JASN: 7: 1352, 1996.

55.     Ayus, J.C., Arieff A. I., Chronic Symptomatic Hyponatremia in Postmenopausal Women:
        Effects of Therapy: JASN: 8: 0483, 1997.

56.     Arieff A.I., Ayus, J.C., Orthopedic Injury as the Initial Manisfestation of Hyponatremic
        Encephalopathy in Elderly Women: JASN: 0482, 1997.

57.     Moritz M.L., Ayus, J.C., Rapid Correction of Acute Hypernatremia in Children. JASN.
        0503, 1997.

58.     Ayus, J.C., Sheikh-Hamad D., Silent Infection in Clotted Hemodialysis Access Graft.
        JASN. 8: 01719, 1997.

59.     Ayus, J.C., Arieff, A.I., Morbidity and Mortality from Chronic symptomatic
        Hyponatremia in Elderly Women: JASN 9: A0536, 1998.

60.     Ayus, J.C., Arieff, A.I., Incidence and mortality from Post-operative Hypernatremia at
        Teaching hospitals: JASN 9: A0534, 1998.

61.     Ayus, J.C., Arieff, A.I., The Effects of Dialysis Dosage on Morbidity and Mortality of
        Hemodialysis Patients: JASN 9: A1177, 1998.

62.     Ayus, J.C., Varon, J., and Arieff, A.I., Hyponatremic Encephalopathy Presenting as
        Noncardiogenic Pulmonary Edema in Marathon Runners: JASN 10: A0611, 1999.

63.     Arieff, A.I., Ayus, J.C., Outcome in Hyponatremic Encephalopathy is Unrelated to Rate
        of Correction: JASN 10: A0610, 1999.

64.     Ayus, J.C., Levine, R.L., and Arieff, A.I., Fatal Dysnatremias Complicating Elective
        Colonoscopy: JASN 12: A0697, 2001.

65.     Arieff, A.I., Ayus, J.C., Hip Fracture Associated with Symptomatic Hyponatremia: JASN
        12: A0696, 2001.

66.     Moritz, M.L., Ellis, D., Vats, A., and Ayus, J.C., Lack of Relationship Between Changes
        in Serum Sodium and Development of Cerebral Demyelination in Children: JASN 12:
        A0726, 2001.

67.     Nassar, G.M., Quinibi, W., Aboujaoude, W., and Ayus, J.C., Prevalence and
        Complications of Old Clotted Arteriovenous Grafts in Hemodialysis Patients: JASN 12:
        A1534, 2001.

68.    Nassar, G.M., Ayus, J.C., Old Clotted Arteriovenous Grafts as a Potential Cause of Infectious Complications in Renal Transplant Recipients: JASN 12: A4919, 2001.

69.    Caramelo, C., Molina, M., and Ayus, J.C., Regulation of Post-Operative Water Excretion: A Study on Mechanisms: JASN 13: A654, 2002.

70.    Madrigal, G., Lin, S., Moritz, M., and Ayus, J.C., Hypernatremic Dehydration in Exclusively Breastfed Infants: JASN 13: A655, 2002.

71.    Ayus, J.C., Arieff, A.J., Therapy of dDAVP – Associated Hyponatremia Can Lead to Permanent Brain Damage: JASN 13: A671, 2002.

72.    Lopez-Gomez, J.M, Perez-Garcia, R., Nasser, J.M., and Ayus, J.C., The Presence of a Failed Kidney Transplant in Patients Returning to HD is Associated with a Chronic Imflammtory State and Erythropoietin Resistance: JASN 14: F-FC068, 2003.

73.    Moritz, M., Ayus, J.C., Clinical Spectrum of Hypernatremic Dehydration in Exclusively Breastfed Infants: JASN 14: SU-PO957, 2003.

74.    Arieff, A.J., Ayus, J.C., Permanent Brain Damage Due to Improper Management dDAVP Associated Hyponatremia: JASN 14: SU-PO972, 2003.

75.    Mizani, M.R., Ayus, J.C., Control of Severe Hyperparathyroidism (SHP) by Short Daily Dialysis (SDHD) with Concomitant Use of High Dose Vitamin D Analog (Paracalcitol): JASN 15: SU-PO944, 2004.

76.    Moritz, M.L., Ayus, J.C., Is the Administration of Hypotonic Fluids Safe in the Post-Operative Child?: JASN 15: SU-PO134, 2004.

77.    Moritz, M.L., Ayus, J.C., Use of 0.9% Sodium Chloride Prevents Post-Operative Hyponatremia: A Meta-Analysis. JASN 16: F-FC029, 2005.

78.    Silver, M.R., Ayus, J.C., Dhingra, R., Liu, W., Varma, N., Stehman-Breen, C., Once Monthly (QM) Aranesp (Darbepoetin Alfa) Dosing In Patients with Chronic Kidney Disease (CKD) Not Receiving Dialysis. JASN 16: SA-PO940, 2005.

79.    Ayus, J.C., Mizani, M.R., Achinger, S.G., Thadhani, R., Go, A.S., Lee, S., Effects of Short Daily Dialysis Versus Conventional Hemodialysis on Left Ventricular Hypertrophy and Inflammatory Markers: A Prospective, Controlled Study. JASN 16: SA-FC093, 2005.

80    Ayus, J.C., Achinger, S.G., Mizani, M.R., Chertow, G.M., Lee, S., Improving K/DOQI Targets for Mineral Metabolism and Phosphorus Balance with Daily Hemodialysis. JASN 17:A43, 2006.

81    Thadhani, R., Ayus, J.C., Achinger, S.G., Kang, P., Paracalcitol and Cardiac Structure and Function in Animals and Humans. JASN 17:A094, 2006.

82    Moritz, M.L., Ayus, J.C., Risk Factors for Death or Neurologic Impairment from Hyponatremic Encepalopathy in Children in the New Millenium. JASN 17:A006, 2006.

**PRESENTATIONS (*National Meetings, **International Meetings)**

*1.    Firmat, J., Ayus, J.C., and Arce M., Acute renal failure: A comparison of the experience and results of 739 patients treated during 1958-1966 and 1967-69. Presented at First Argentine Cong. Nephrol, September,1971.

*2.    Arrizurrieta, E.E., Ayus, J.C., and Montoreano, R., Increased work and renal hypertrophy.Presented at XVI Scientific Meeting, Argentina Society of Clinical Research.

*3.    Ayus, J.C., Arrizurrieta, E. E., and Montoreano, R., Modification of the corporeal spaces by means of peritoneal dialysis. Presented at XVI Scientific Meetings. Argentina Society of Clinical Research.

*4    Humphreys, M.H., Ayus, J.C., Hemodynamic determinants of the natriuresis following acute uninephrectomy. Presented at Western Section AFCR, Carmel, California, February 3, 1977.

*5.    Humphreys, M.H., Ayus, J.C., Role of hemodynamic changes in the increased cation excretion (UNA+Kv) following acute uninephrectomy (AUN). Presented at the Annual Meeting of the American Federation for Clinical Research, Washington, D.C., May 2,1977.

*6.    Ayus, J.C., Eneas, J.C., and Tong, J.F., Peritoneal clearance and total body eliminations of vancomycin (V) during chronic peritoneal dialysis. Presented at the Western Dialysis and Transplant Society, Los Angeles, California, September 17,1977.

**7.    Ayus, J.C., Olivero, J., Correction of metabolic alkalosis associated with renal failure by hemodialysis with low bicarbonate bath. Presented at the International Congress of Nephrology (VII), Montreal, Canada, June 18-23,1978.

**8.    Ayus, J.C., Stanton, C.J., Eneas, J.F., and Humphreys, M.H., Mechanisms involved in the reflex circulatory changes initated by acute unilateral nephrectomy (AUN). Presented at the VIIth International Congress of Nephrology, Montreal, Canada, June 18-23, 1978.

*9.    Ayus, J.C., Humphreys, M.H., On the mechanism of hemodynamic changes caused by acute unilateral nephrectomy (AUN) in the dog. Presented at the American Society of Nephrology, New Orleans 11 th Annual Meeting, November 19-21, 1978.

**10.    Ayus, J.C., Frommer, P., Olivero, J., Barcenas, C., and Verani, M., Alteraciones cardiacas en pacientes con insuficiencia renal cronica terminal. Presented at the IVth Latin American Congress of Nephrology, Lima, Peru, May 20-24,1979.

**11.    Ayus, J.C., Eknoyan, G., Effect of unilateral nephrectomy and its accompanying hemodynamic changes on calcium and phosphate excretion. Presented at the IVth InternationalWorkshop on Phosphate and Other Minerals. Strasbourg, June 22-24,1979.

*12.    Barcenas, C., Olivero, J., and Ayus, J.C., Bicarbonate dialysis is hemodynamically
        superior to acetate dialysis. Presented at the American Society of Nephrology Annual
        Meeting, Washington, D.C., November, 1979.

*13.    Ayus, J.C., Frommer, P., Olivero, J.J., and Young, J. B., Effect of long-term dialysis on
        left ventricular function. Presented at the American Society of Nephrology, Washington,
        D.C., November 1980.

*14.    Young, J.B., Frommer, P., Ayus, J.C., Alexander, J.K, and Miller, R.R., Effect of dialysis
        on pericardial effusion: A prospective echocardiographic study in end-stage renal failure
        patients. Presented at the 53rd Scientific Sessions of the American Heart Association,
        Miami Beach, Florida, November, 1980.

*15.    Young, J.B., Ayus, J.C., Miller, L.K., Webster, R.G., Miller, R.R., and Terman, D.S.,
        Characterization of the hemodynamic response during extracorporeal immunotheraphy of
        human breast adenocarcinoma. Presented at the 53rd Scientific Sessions of the American
        Heart Association, Miami Beach, Florida, November, 1980.

*16.    Terman, D.S., Shearer, W.T., Ayus, J.C., Lehane, D., and Young, J.B., Necrotizing
        tumoricidal response after plasma perfusion over immobilized protein A: Initial
        experience in human breast adenocarcinoma. Presented at the National Meeting of the
        American Federation for Clinical Research, San Francisco, April, 1981.

**17.   Ayus, J.C., Frommer, J. P. Eknoyan, G., and Suki, W.N., Effects of head-out water
        immersion on urinary phosphate and calcium excretion in the awake dog. Presented at the
        5th International Workshop on Phosphate and Other Minerals. New York, N.Y.,
        September, 1981.

*18.    Ayus, J.C., Krothapalli, R.K., Rapid correction of severe hyponatremia (SHN) in the rat.
        Presented at the National Meeting of American Federation for Clinical Research,
        Washington, D.C., May 1984.

*19.    Ayus, J.C., Krothapalli, R.K., Arieff, A.I. and Frommer, J. P., Overcorrection rather than
        rapid correction induces central pontine myelinolysis (CPM) in patients with severe
        hyponatremia. Presented at the National Meeting of the American Society of Nephrology,
        Washington, D.C., December, 1984.

*20.    Ayus, J.C., Krothapalli, R.K., and Arieff, A.I., Treatment of symptomatic hyponatremia, a
        prospective study: Relationship to brain damage. Presented at the National Meeting of the
        American Society of Nephrology, Washington, D.C., December, 1986.

*21.    Krothapalli, R. K., Ayus, J.C., Severe hyponatremia in rats: The effect of treatment on
        mortality. Presented at the National Meeting of the American Society of Nephrology,
        Washington, D.C., December, 1986.

**22.   Ayus, J.C., Krothapalli, R. K, and Arieff, A.I., Safety of rapid correction of symptomatic
        hyponatremia: A prospective study on 33 patients. Presented at the X International
        Congress of Nephrology, London, July, 1987.

34

**23.  Krothapalli, R. K., Ayus, J.C., The role of absolute osmotic changes in mortality following correction of severe hyponatremia. Presented at the X International Congress of Nephrology, London, July, 1987.

*24.   Ayus, J.C., Krothapalli, R.K., and Arieff, A.I., Sexual difference in survival with severe symptomatic hyponatremia. Presented at the National Meeting of the American Society of Nephrology, Washington, D.C., December, 1987.

*25.   Ayus, J.C., Krothapalli, R.K., Spartz, J., and Freiberg, M., Severe hypernatremia in rats: Effect of treatment on brain function and histology. Presented at the National Meeting of the American Society of Nephrology, San Antonio, December, 1988.

**26.  Ayus, J.C., Krothapalli, R.K., Role of hypercatabolism in mortality associated with chronic hypernatremia in rats. Presented at the X1 International Congress of Nephrology, Tokyo, July,1990.

**27.  Ayus, J.C., Krothapalli, R.K., Old thrombosed nonfunctional vascular graft causing bacteremia in hemodialysis patients. Presented at the XI International Congress of Nephrology, Tokyo, July 1990.

**28.  Krothapalli, R.K., Ayus, J.C., Difference in therapeutic outcome of pericardial eff usion between hemodialysis and peritoneal dialysis. Presented at the XI International Congress of Nephrology, Tokyo, July, 1990.

*29.   Ayus, J.C., Krothapalli, R.K., Hyperglycemia (GH) Associated with non-diabetic hypernatremics (NDH) patients. Presented at the National Meeting of the American Society of Nephrology, Washington, D.C., December 1990.

*30.   Ayus, J.C., Guntupalli, K., Effect of hypoxia in hyponatremic rats. Presented at the National Meeting of American Federation for Clinical Research. Seattle, Washington, May 1991.

*31.   Ayus, J.C., Arieff, A.I., Effects of age and gender on outcome in patients with postoperative hyponatremia. Presented at the National Meeting of the American Society of Nephrology, Baltimore, Maryland. November 1991.

*32.   Ayus, J.C., Arieff, A. I., Brain adaptation in hyponatremic rodents: Effects of gender and age. Presented at the National Meeting of American Federation for Clinical Research. Baltimore, Maryland. May 1992.

*33.   Vexler, Z.S., Ayus, J.C., Effects of hypoxia on brain adaptation in experimental hyponatremia. Presented at the National Meeting of American Federation for Clinical Research. Baltimore, Maryland. May 1992.

*34.   Ayus, J.C., Arieff, A.I., Epidemiology of Postoperative Hyponatremic Brain Damage:Studiesin 128,077 Pedriatic and Adult Subjects. Presented at the National Meeting of the American Society of Nephrology, Baltimore, Maryland. November 1992.

*35.   Arieff, A.I. Ayus, J.C., Experimental Hyponatremic Brain Damage is a Function of Physical Factors, Gender, and Vasopressin. Presented at the National Meeting of the American Society of Nephrology, Baltimore, Maryland. November 1992.

*36.   Ayus, J.C., Arieff A.I., Non cardiogenic Pulmonary Edema with Hypoxemia in Patients with Hyponatremic Encephalopathy. Presented at the National Meeting of the American Federation for Clinical Research. Baltimore, Maryland. April 1994.

*37.   Arieff, A. I., Ayus, J.C., Deleterious Effects of Hyponatremia in Patients with Closed Head Trauma. Presented at the National Meeting of the American Federation for Clinical Research. Baltimore, Maryland. April 1994.

*38.   Arieff, A.I., Ayus, J.C., Glycine-Induced Hyponatremia. Presented at the National Meeting of the American Society of Nephrology, San Diego, California. November 1995.

*39.   Ayus, J.C., Armstrong, D.L., and Arieff, A.I., Hypoxic Hypoxia Impairs Brain Adaptation, Perfusion and Produces Histologic Damage in Laboratory Animals. Presented at the National Meeting of the American Society of Nephrology, San Diego, California. November 1995.

*40.   Ayus, J.C., Arieff A.I., Metabolic Consequences of Hypernatremia in Rats. Presented at the National Meeting of the American Society of Nephrology, New Orleans. November 1996.

*41.   Moritz M., Ayus, J.C., Pediatric Hypernatremia: A Disease of the Disabled and Critically Ill Child. Presented at the National Meeting of the American Society of Nephrology, New Orleans. November 1996.

*42.   Ayus, J.C., Sheik-Hamad D., Silent Infection in Clotted Hemodialysis Access Graft. Presented at the National Meeting of the American Society Nephrology, San Antonio, November 1997.

*43.   Ayus, J.C., Sheik-Hamad, D., The Effects of Dialysis Dosage on Morbidity and Mortality of Hemodialysis Patients. Presented at the National Meeting of the American Society of Nephrology, Philadelphia, PA. October 1998.

*44.   Ayus, J.C., Arieff, A.I., Morbidity and Mortality from Chronic Symptomatic Hyponatremia in Elderly Women. Presented at the National Meeting of the American Society of Nephrology, Philadelphia, PA. October 1998.

*45.   Arieff, A.I., Ayus, J.C., Incidence and Mortality from Postoperative Hypernatremia at Teaching Hospitals: Presented at the National Meeting of the American Society of Nephrology, Philadelphia, PA. October 1998.

*46.   Ayus, J.C., Varon, J., and Arieff, A.I., Hyponatremic Encephalopathy Presenting as Noncardiogenic Pulmonary Edema in Marathon Runners: Presented at the National Meeting of the American Society of Nephrology, Miami, FL. November 1999.

*47.    Arieff, A.I., Ayus, J.C., Outcome in Hyponatremic Encephalopathy is Unrelated to Rate of Correction: Presented at the National Meeting of the American Society of Nephrology, Miami, FL. November 1999.

*48.    Ayus, J.C., Levine, R.L., and Arieff, A.I., Fatal Dysnatremias Complicating Elective Colonoscopy: Presented at the National Meeting of the American Society of Nephrology, San Francisco, CA. October 2001.

*49.    Arieff, A.I., Ayus, J.C., Hip Fracture Associated with Symptomatic Hyponatremia: Presented at the National Meeting of the American Society of Nephrology, San Francisco, CA. October 2001.

*50.    Moritz, M.L., Ellis, D., Vats, A., and Ayus, J.C., Lack of Relationship Between Changes in Serum Sodium and Development of Cerebral Demyelination in Children: Presented at the National Meeting of the American Society of Nephrology, San Francisco, CA. October 2001.

*51.    Nassar, G.M., Quinibi, W., Aboujaoude, W., and Ayus, J.C., Prevalence and Complications of Old Clotted Arteriovenous Grafts in Hemodialysis Patients: Presented at the National Meeting of the American Society of Nephrology, San Francisco, CA. October 2001.

*52.    Nassar, G.M., Ayus, J.C., Old Clotted Arteriovenous Grafts as a Potential Cause of Infectious Complications in Renal Transplant Recipients: Presented at the National Meeting of the American Society of Nephrology, San Francisco, CA. October 2001.

*53     Caramelo, C., Molina, M., and Ayus, J.C., Regulation of Post-Operative Water Excretion: A Study on Mechanisms: Presented at the National Meeting of the American Society of Nephrology, Philadelphia, PA. October 2002.

*54     Madrigal, G., Lin, S., Moritz, and Ayus, J.C., Hypernatremic Dehydration in Exclusively Breastfed Infants: Presented at the National Meeting of the American Society of Nephrology, Philadelphia, PA. October 2002.

*55     Lopez-Gomez, J.M, Perez-Garcia, R., Nasser, J.M., and Ayus, J.C., The Presence of a Failed Kidney Transplant in Patients Returning to HD is Associated with a Chronic Imflammtory State and Erythropoietin Resistance: Presented at the National Meeting of the American Society of Nephrology, San Diego, CA. November 2003.

*56     Moritz, M., Ayus, J.C., Clinical Spectrum of Hypernatremic Dehydration in Exclusively Breastfed Infants: JASN 14: Presented at the National Meeting of the American Society of Nephrology, San Diego, CA. November 2003.

*57     Arieff, A.J., Ayus, J.C., Permanent Brain Damage Due to Improper Management dDAVP Associated Hyponatremia: Presented at the National Meeting of the American Society of Nephrology, San Diego, CA. November 2003.

*58     Mizani, M.R., Ayus, J.C., Control of Severe Hyperparathyroidism (SHP) by Short Daily Dialysis (SDHD) with Concomitant Use of High Dose Vitamin D Analog (Paracalcitol):

Presented at the National Meeting of the American Society of Nephrology, St. Louis, MO. October 2004.

*59    Moritz, M.L., Ayus, J.C., Is the Administration of Hypotonic Fluids Safe in the Post-Operative Child?: Presented at the National Meeting of the American Society of Nephrology, St. Louis, MO. October 2004.

*60    Moritz, M.L., Ayus, J.C., Use of 0.9% Sodium Chloride Prevents Post-Operative Hyponatremia: A Meta-Analysis: Presented at the National Meeting of the American Society of Nephrology, Philadelphia, PA. November 2005.

*61    Silver, M.R., Ayus, J.C., Dhingra, R., Liu, W., Varma, N., Stehman-Breen, C., Once Monthly (QM) Aranesp (Darbepoetin Alfa) Dosing In Patients with Chronic Kidney Disease (CKD) Not Receiving Dialysis: Presented at the National Meeting of the American Society of Nephrology, Philadelphia, PA. November 2005.

*62    Ayus, J.C., Mizani, M.R., Achinger, S.G., Thadhani, R., Go, A.S., Lee, S., Effects of Short Daily Dialysis Versus Conventional Hemodialysis on Left Ventricular Hypertrophy and Inflammatory Markers: A Prospective, Controlled Study: Presented at the National Meeting of the American Society of Nephrology, Philadelphia, PA. November 2005.

*63    Ayus, J.C., Achinger, S.G., Mizani, M.R., Chertow, G.M., Lee, S., Improving K/DOQI Targets for Mineral Metabolism and Phosphorus Balance with Daily Hemodialysis: Presented at the National Meeting of the American Society of Nephrology, San Diego, CA. November 2006.

*64    Thadhani, R., Ayus, J.C., Achinger, S.G., Kang, P., Paracalcitol and Cardiac Structure and Function in Animals and Humans: Presented at the National Meeting of the American Society of Nephrology, San Diego, CA. November 2006.

*65    Moritz, M.L., Ayus, J.C., Risk Factors for Death or Neurologic Impairment from Hyponatremic Encepalopathy in Children in the New Millenium: Presented at the National Meeting of the American Society of Nephrology, San Diego, CA. November 2006.