# EXHIBIT 5

CHUBB

*Customarq Series*

Broadcasters Insurance Program

FOR

ENTERCOM COMMUNICATIONS CORPORATION

Producer:

THE SIMKISS AGENCY INC.
2 PAOLI OFFICE PARK
PAOLI, PA 19301-0826

Chubb Servicing Office:

PHILA RETAIL
4 PENN CENTER
1600 JFK BOULEVARD
PHILADELPHIA, PA 19103

Ken Cooper/UW
Helen Ballinger/UA
Kathy Moore/CSR

Form 80-02-0000 (Ed. ...)



**CHUBB**

**Customarq Series**
**Broadcasters Insurance Program**

## Insuring Agreement

**Chubb Group of Insurance Companies**
**15 Mountain View Road**
**Warren, NJ 07059**

Named Insured and Mailing Address

ENTERCOM COMMUNICATIONS CORPORATION
401 CITY AVENUE SUITE 409
BALA CYNWYD, PA 19004

Policy Number    3579-67-25 PHL

Effective Date    MARCH 7, 2006

Issued by the stock insurance company
indicated below, herein called the company.

**VIGILANT**
**INSURANCE COMPANY**

Producer No.    0051384-99999

Producer    THE SIMKISS AGENCY INC.
2 PAOLI OFFICE PARK
PAOLI, PA 19301-0826

Incorporated under the laws of
NEW YORK

---

## Company and Policy Period

Insurance is issued by the company in consideration of payment of the required premium.

This policy is issued for the period 12:01 AM standard time at the Named Insured's mailing address shown above:

From:    MARCH 7, 2006                    To:  MARCH 7, 2007

Your acceptance of this policy terminates, effective with the inception of this policy, any prior policy of the same number issued to you by us.

This Insuring Agreement together with the Premium Summary, Schedule Of Forms, Declarations, Contracts, Endorsements and Common Policy Conditions comprise this policy. If this policy is a renewal, we have only reissued to you those policy documents containing changes from your previous policy period coverages and any new additional coverages or policy provisions. All other policy documents shown in the Schedule Of Forms accompanying this Insuring Agreement continue in effect.

In Witness Whereof, the company issuing this policy has caused this policy to be signed by its authorized officers, but this policy shall not be valid unless also signed by a duly authorized representative of the company.

VIGILANT INSURANCE COMPANY (incorporated under the laws of New York)

_President_

_Secretary_

Authorized Representative



**CHUBB**

*Customarq Series*
*Broadcasters Insurance Program*

### How To Report A Loss

To report a **Loss**, use the following procedure.

**Loss Notification**

If an **Insured Person** has a **Loss**, please contact us by telephone as soon as possible for further assistance:

Telephone Number: 1-800-252-4670

24 hours a day, 7 days a week

**Fax Number**

You may also fax the loss report during normal business hours to:

Fax Number: 1-800-300-2538

**Mailing Address**

You may mail your loss report to the following address:

Chubb Group Of Insurance Companies
Claim Service Center
600 Independence Parkway
P.O. Box 4700
Chesapeake, Va. 23327-4700



**IMPORTANT NOTICE TO POLICYHOLDERS**

**TERRORISM RISK INSURANCE ACT OF 2002**

This Important Notice is being provided with your policy to further satisfy the disclosure requirements of the Terrorism Risk Insurance Act of 2002 ("TRIA").

At the time you received the written offer for this policy, we provided you with an Important Notice to Policyholders indicating that the insurance provided in your policy for losses caused by certain acts of terrorism (as defined in TRIA) would be partially reimbursed by the United States of America, pursuant to the formula set forth in TRIA. In addition, as required by TRIA, we:

- indicated that we would make available insurance for such losses in the same manner as we provide insurance for other types of losses;

- specified the premium we would charge, if any, for providing such insurance; and

- except to the extent prohibited by law, gave you the opportunity to reject such insurance and have a terrorism exclusion, sublimit or other limitation included in your policy.

This Important Notice refers back to that Important Notice and provides information about your decision and the manner in which your policy has been subsequently modified.

If:

- You rejected terrorism insurance under TRIA, your policy includes the appropriate amendatory endorsement(s).

- You did not reject terrorism insurance under TRIA, the premium charged for your policy, including that portion applicable to terrorism insurance under TRIA, is shown in your policy. To the extent your policy includes a limitation on terrorism insurance, it has been modified so that such limitation does not apply to terrorism insurance under TRIA.

Please carefully review your policy and the Important Notice previously provided to you for further details. Please remember that only the terms of your policy establish the scope of your insurance protection.

**Please note that if your policy:**

- *provides commercial property insurance in a jurisdiction that has a statutory standard fire policy, the premium we charge for terrorism insurance under TRIA, includes an amount attributable to the insurance provided pursuant to that standard fire policy. Rejection of such statutory insurance is legally prohibited.*

- *is a workers compensation policy, rejection of insurance for terrorism is legally prohibited.*



## IMPORTANT NOTICE TO POLICYHOLDERS

**This Important Notice is not your policy. Please read your policy carefully to determine your rights, duties, and what is and what is not covered. Only the provisions of your policy determine the scope of your insurance protection.**

**THIS IMPORTANT NOTICE PROVIDES INFORMATION CONCERNING POSSIBLE IMPACT ON YOUR INSURANCE COVERAGE DUE TO COMPLIANCE WITH APPLICABLE TRADE SANCTION LAWS.**

**PLEASE READ THIS NOTICE CAREFULLY.**

Various trade or economic sanctions and other laws or regulations prohibit us from providing insurance in certain circumstances. For example, the United States Treasury Department's Office of Foreign Asset Control (OFAC) administers and enforces economic and trade sanctions and places restrictions on transactions with foreign agents, front organizations, terrorists, terrorists organizations, and narcotic traffickers. OFAC acts pursuant to Executive Orders of the President of the United States and specific legislation, to impose controls on transactions and freeze foreign assets under United States jurisdiction. (To learn more about OFAC, please refer to the United States Treasury's web site at http://www.treas.gov/ofac.)

To the extent that you or any other insured, or any person or entity claiming the benefits of this insurance has violated any applicable sanction laws, this insurance will not apply.

We have added a condition or section that applies to the entire policy called Compliance With Applicable Trade Sanctions, which stipulates that your insurance policy does not apply to the extent that trade or economic sanctions or other laws or regulations prohibit us from providing insurance.

**CHUBB**

*Customarq Series*

## IMPORTANT NOTICE TO POLICYHOLDERS

Insurance is provided by the Company designated on the Declarations Page of this policy. The addresses of the Chubb Group of Insurance Companies are shown below:

Federal Insurance Company
Capital Center
251 North Illinois, Suite 1100
Indianapolis, Indiana 46204-1927

Great Northern Insurance Company
1000 Pillsbury Center
200 South 6th Street, Suite 1000
Minneapolis, Minnesota 55402-1470

Pacific Indemnity Company
Two Plaza East, Suite 1450
330 East Kilbourn Avenue
Milwaukee, WI 53202-3146

Vigilant Insurance Company
100 William Street
New York, New York 10038

Administrative Offices for all of the Chubb Group of Insurance Companies are located at:
15 Mountain View Road, Warren, New Jersey 07059

*Liability Insurance Section*

*Declarations*



**CHUBB**

**Liability Insurance**

*Schedule of Forms*

| | |
|---|---|
| *Policy Period* | MARCH 7, 2006  TO  MARCH 7, 2007 |
| *Effective Date* | MARCH 7, 2006 |
| *Policy Number* | 3579-67-25 PHL |
| *Insured* | ENTERCOM COMMUNICATIONS CORPORATION |
| *Name of Company* | VIGILANT INSURANCE COMPANY |
| *Date Issued* | JUNE 9, 2006 |

The following is a schedule of forms issued as of the date shown above:

| Form Number | Edition Date | Form Name | Effective Date | Date Issued |
|---|---|---|---|---|
| 80-02-0010 | 4-94 | LIABILITY DECLARATIONS | 03/07/06 | 06/09/06 |
| 80-02-2000 | 4-01 | GENERAL LIABILITY | 03/07/06 | 05/05/06 |
| 80-02-2008 | 4-01 | LIQUOR LIABILITY | 03/07/06 | 06/09/06 |
| 80-02-2012 | 6-98 | EMPLOYEE BENEFITS ERRORS OR OMISSIONS | 03/07/06 | 05/05/06 |
| 80-02-2022 | 4-94 | STOP GAP | 03/07/06 | 05/05/06 |
| 80-02-2023 | 4-94 | STOP GAP - OHIO | 03/07/06 | 05/05/06 |
| 80-02-2024 | 4-94 | STOP GAP - WEST VIRGINIA | 03/07/06 | 05/05/06 |
| 80-02-2373 | 4-94 | COMPOSITE RATE ENDORSEMENT | 03/07/06 | 06/09/06 |
| 80-02-2373 | 4-94 | LIABILITY DEDUCTIBLE AMENDMENT | 03/07/06 | 05/05/06 |
| 80-02-2373 | 4-94 | DEDUCTIBLE RISK MANAGEMENT | 03/07/06 | 06/09/06 |
| 80-02-2373 | 4-94 | GENERAL LIABILITY CONTRACT AMENDMENT | 03/07/06 | 05/05/06 |
| 80-02-2550 | 4-01 | AMENDATORY ENDORSEMENT | 03/07/06 | 05/05/06 |
| 80-02-6403 | 1-03 | CAP ON CERTIFIED TERRORISM LOSSES | 03/07/06 | 05/05/06 |
| 80-02-6528 | 4-05 | EXCLUSION - INFORMATION DISTRIBUTION LAWS | 03/07/06 | 05/05/06 |



**Liability Insurance**

Declarations

*Chubb Group of Insurance Companies*
*15 Mountain View Road*
*Warren, NJ 07059*

Named Insured and Mailing Address

ENTERCOM COMMUNICATIONS CORPORATION
401 CITY AVENUE SUITE 409
BALA CYNWYD, PA 19004

*Policy Number*   3579-67-25 PHL

*Effective Date*   MARCH 7, 2006

*Issued by the stock insurance company*
*indicated below, herein called the company.*

**VIGILANT**
**INSURANCE COMPANY**

*Incorporated under the laws of*
*NEW YORK*

Producer No.   0051384-99999

Producer     THE SIMKISS AGENCY INC.
             2 PAOLI OFFICE PARK
             PAOLI, PA 19301-0826

---

**Policy Period**

From:   MARCH 7, 2006             To:   MARCH 7, 2007
12:01 A.M. standard time at the Named Insured's mailing address shown above.

---

**Liability Coverage**                              **Limit Of Insurance**

GENERAL LIABILITY

| GENERAL AGGREGATE LIMIT | $2,000,000. |
| PRODUCTS/COMPLETED OPERATIONS AGGREGATE LIMIT | INCLUDED IN GENERAL AGGREGATE LIMIT |
| EACH OCCURRENCE LIMIT | $1,000,000. |
| ADVERTISING INJURY AND PERSONAL INJURY AGGREGATE LIMIT | $1,000,000. |
| DAMAGE TO PREMISES RENTED TO YOU LIMIT | $1,000,000. |
| MEDICAL EXPENSES LIMIT | $10,000 |
| BODILY INJURY AND PROPERTY DAMAGE DEDUCTIBLE PER OCCURRENCE | $500,000. |
| DEDUCTIBLE - AGGREGATE | $1,000,000. |

---

| *Liability Coverage* (continued) | *Limit Of Insurance* |
|---|---|
| **LIQUOR LIABILITY** | |
| AGGREGATE LIMIT | $ 1,000,000 |
| EACH COMMON CAUSE LIMIT | $ 1,000,000 |
| DEDUCTIBLE | $ |
| **EMPLOYEE BENEFITS ERRORS OR OMISSIONS** | |
| AGGREGATE LIMIT | $ 1,000,000 |
| EACH CLAIM LIMIT | $ 1,000,000 |
| DEDUCTIBLE - EACH CLAIM | $ 1,000 |
| RETROACTIVE DATE | MARCH 7, 2002 |
| **STOP GAP** | |
| AGGREGATE LIMIT | $ 1,000,000 |
| BODILY INJURY BY ACCIDENT - EACH ACCIDENT LIMIT | $ 1,000,000 |
| BODILY INJURY BY DISEASE - EACH EMPLOYEE LIMIT | $ 1,000,000 |
| DESIGNATED STATE | WYOMING WASHINGTON NORTH DAKOTA |
| **STOP GAP - OHIO** | |
| AGGREGATE LIMIT | $ 1,000,000 |
| BODILY INJURY BY ACCIDENT - EACH ACCIDENT LIMIT | $ 1,000,000 |
| BODILY INJURY BY DISEASE - EACH EMPLOYEE LIMIT | $ 1,000,000 |
| DEDUCTIBLE | $ |
| DESIGNATED STATE | OHIO |
| **STOP GAP - WEST VIRGINIA** | |
| AGGREGATE LIMIT | $ 1,000,000 |
| BODILY INJURY BY ACCIDENT - EACH ACCIDENT LIMIT | $ 1,000,000 |
| BODILY INJURY BY DISEASE - EACH EMPLOYEE LIMIT | $ 1,000,000 |



**Liability Insurance**

*Declarations*

| | |
|---|---|
| *Effective Date* | MARCH 7, 2006 |
| *Policy Number* | 3579-67-25 PHL |

| **Liability Coverage** (continued) | **Limit Of Insurance** |
|---|---|
| DEDUCTIBLE | $ |
| DESIGNATED STATE | WEST VIRGINIA |

### RATING INFORMATION

**STATE: NORTH DAKOTA**

COVERAGE NAME:
  STOP GAP
CLASSIFICATION CODE NUMBER:        00175
CLASSIFICATION DESCRIPTION:
  STOP GAP - MEDIUM HAZARD
PREMIUM BASIS:
  PAYROLL:        IF ANY
RATE:        0.709

**STATE: OHIO**

COVERAGE NAME:
  STOP GAP
CLASSIFICATION CODE NUMBER:        00175
CLASSIFICATION DESCRIPTION:
  STOP GAP - MEDIUM HAZARD
PREMIUM BASIS:
  PAYROLL:        IF ANY
RATE:        1.525

**STATE: WASHINGTON**

COVERAGE NAME:
  STOP GAP
CLASSIFICATION CODE NUMBER:        00175
CLASSIFICATION DESCRIPTION:
  STOP GAP - MEDIUM HAZARD
PREMIUM BASIS:
  PAYROLL:        $21,237,394
RATE:        0.101

*Liability Coverage*
(continued)

**STATE:    WEST VIRGINIA**

COVERAGE NAME:
  STOP GAP
CLASSIFICATION CODE NUMBER:                                    00175
CLASSIFICATION DESCRIPTION:
  STOP GAP - MEDIUM HAZARD
PREMIUM BASIS:
  PAYROLL:                                                     IF ANY
RATE:                                                          2.536

**STATE:    WYOMING**

COVERAGE NAME:
  STOP GAP
CLASSIFICATION CODE NUMBER:                                    00175
CLASSIFICATION DESCRIPTION:
  STOP GAP - HIGH HAZARD
PREMIUM BASIS:
  PAYROLL:                                                     IF ANY
RATE:                                                          0.709

**STATE:    PENNSYLVANIA**

**EMPLOYEE BENEFITS**

CLASSIFICATION CODE NUMBER:                                    00176
CLASSIFICATION DESCRIPTION:
  EMPLOYEE BENEFITS E&O
PREMIUM BASIS:
  NUMBER OF EMPLOYEES:                                         5,000
RATE:                                                          0.223

**Liability Insurance**

*General Liability*

*Table Of Contents*

| Section | Page No. |
|---|---|
| Coverages | 3 |
| Investigation, Defense And Settlements | 4 |
| Supplementary Payments | 4 |
| Coverage Territory | 5 |
| Who Is An Insured | 5 |
| Limits Of Insurance | 9 |
| Bodily Injury/Property Damage Exclusions | 10 |
| Advertising Injury/Personal Injury Exclusions | 14 |
| Medical Expenses Exclusions | 15 |
| Policy Exclusions | 16 |
| Conditions | 20 |
| Definitions | 25 |

THIS PAGE INTENTIONALLY LEFT BLANK

CHUBB    **General Liability**

*Contract*

Please read the entire policy carefully. The terms and conditions of this insurance include the various sections of this contract: Coverages; Investigation, Defense And Settlements; Supplementary Payments; Coverage Territory; Who Is An Insured; Limits Of Insurance; Exclusions; Conditions; and Definitions, as well as the Declarations, Common Policy Conditions and any Endorsements and Schedules made a part of this insurance.

Throughout this contract the words "you" and "your" refer to the Named **Insured** shown in the Declarations and other persons or organizations qualifying as a Named **Insured** under this contract. The words "we," "us" and "our" refer to the Company providing this insurance.

In addition to the Named **Insured**, other persons or organizations may qualify as **insureds**. Those persons or organizations and the conditions under which they qualify are identified in the Who Is An Insured section of this contract.

Words and phrases that appear in **bold** print have special meanings and are defined in the Definitions section of this contract.

## Coverages

**Bodily Injury And Property Damage Liability Coverage**

Subject to all of the terms and conditions of this insurance, we will pay damages that the **insured** becomes legally obligated to pay by reason of liability:

- imposed by law; or

- assumed in an **insured contract**;

for **bodily injury** or **property damage** caused by an **occurrence** to which this coverage applies.

This coverage applies only to such **bodily injury** or **property damage** that occurs during the policy period.

Damages for **bodily injury** include damages claimed by a person or organization for care or loss of services resulting at any time from the **bodily injury**.

Other than as provided under the Investigation, Defense And Settlements and Supplementary Payments sections of this contract, we have no other obligation or liability to pay sums or perform acts or services under this coverage.

**Advertising Injury And Personal Injury Liability Coverage**

Subject to all of the terms and conditions of this insurance, we will pay damages that the **insured** becomes legally obligated to pay by reason of liability:

- imposed by law; or

- assumed in an **insured contract**;

for **advertising injury** or **personal injury** to which this coverage applies.

This coverage applies only to such **advertising injury** or **personal injury** caused by an offense that is first committed during the policy period.

Other than as provided under the Investigation, Defense And Settlements and Supplementary Payments sections of this contract, we have no other obligation or liability to pay sums or perform acts or services under this coverage.

## Coverages
(continued)

**Medical Expenses Coverage**

Subject to all of the terms and conditions of this insurance, we will pay **medical expenses** for **bodily injury** caused by an accident to which this coverage applies:

* that takes place on premises rented to or owned by you; or

* in connection with your operations;

provided that such:

* accident occurs during the policy period;

* expenses are incurred and reported to us within three (3) years of the date of the accident; and

* person who sustained such **bodily injury** submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

We will make these payments regardless of fault.

We have no other obligation or liability under this coverage.

**Investigation, Defense And Settlements**

Subject to all of the terms and conditions of this insurance, we will have the right and duty to defend the **insured** against a **suit**, even if such **suit** is false, fraudulent or groundless.

If such a **suit** is brought, we will pay reasonable attorney fees and necessary litigation expenses to defend:

* the **insured**; and

* if applicable, the indemnitee of the **insured**, provided the obligation to defend, or the cost of the defense of, such indemnitee has been assumed by such **insured** in an **insured contract**.

Such attorney fees and litigation expenses will be paid as described in the Supplementary Payments section of this contract.

We have no duty to defend any person or organization against any **suit** seeking damages to which this insurance does not apply.

We may, at our discretion, investigate any **occurrence** or offense and settle any claim or **suit**.

Our duty to defend any person or organization ends when we have used up the applicable Limit Of Insurance.

**Supplementary Payments**

Subject to all of the terms and conditions of this insurance, we will pay, with respect to a claim we investigate or settle, or a **suit** against an **insured** we defend:

A.  the expenses we incur.

B.  the cost of:

    1.  bail bonds; or

    2.  bonds required to:

        a.  appeal judgments; or

CHUBB

*General Liability*

**Supplementary Payments**
*(continued)*

    b.   release attachments;

but only for bond amounts within the available Limit Of Insurance. We do not have to furnish these bonds.

C.   reasonable expenses incurred by the **insured** at our request to assist us in the investigation or defense of such claim or **suit**, including actual loss of earnings up to $1000 a day because of time off from work.

D.   costs taxed against the **insured** in the **suit**, except any:

    1.   attorney fees or litigation expenses; or

    2.   other loss, cost or expense;

in connection with any injunction or other equitable relief.

E.   prejudgment interest awarded against the **insured** on that part of a judgment we pay. If we make an offer to pay the applicable Limit Of Insurance, we will not pay any prejudgment interest based on that period of time after the offer.

F.   interest on the full amount of a judgment that accrues after entry of the judgment and before we have paid, offered to pay or deposited in court the part of the judgment that is within the applicable Limit Of Insurance.

Supplementary Payments does not include any fine or other penalty.

These payments will not reduce the Limits Of Insurance.

Our obligation to make these payments ends when we have used up the applicable Limit Of Insurance.

**Coverage Territory**

This insurance applies anywhere, provided the **insured's** responsibility to pay damages, to which this insurance applies, is determined in a **suit** on the merits brought in the United States of America (including its possessions and territories), Canada or Puerto Rico, or in a settlement to which we agree.

## Who Is An Insured

**Sole Proprietorships**

If you are an individual, you and your spouse are **insureds**; but you and your spouse are **insureds** only with respect to the conduct of a business of which you are the sole owner.

If you die:

- persons or organizations having proper temporary custody of your property are **insureds**; but they are **insureds** only with respect to the maintenance or use of such property and only for acts until your legal representative has been appointed; and

- your legal representatives are **insureds**; but they are **insureds** only with respect to their duties as your legal representatives. Such legal representatives will assume your rights and duties under this insurance.

### Who Is An Insured
(continued)

Partnerships Or Joint Ventures

If you are a partnership (including a limited liability partnership) or a joint venture, you are an **insured**. Your members, your partners and their spouses are **insureds**; but they are **insureds** only with respect to the conduct of your business.

Limited Liability Companies

If you are a limited liability company, you are an **insured**. Your members are **insureds**; but they are **insureds** only with respect to the conduct of your business. Your managers are **insureds**; but they are **insureds** only with respect to their duties as your managers.

Other Organizations

If you are an organization (including a professional corporation) other than a partnership, joint venture or limited liability company, you are an **insured**. Your directors and **officers** are **insureds**; but they are **insureds** only with respect to their duties as your directors or **officers**. Your stockholders and their spouses are **insureds**; but they are **insureds** only with respect to their liability as your stockholders.

Employees

Your **employees** are **insureds**; but they are **insureds** only for acts within the scope of their employment by you or while performing duties related to the conduct of your business.

However, no **employee** is an **insured** for:

A.  **bodily injury**, **advertising injury** or **personal injury**:

1.  to you, to any of your directors, managers, members, **officers** or partners (whether or not an **employee**) or to any co-**employee** while such injured person is either in the course of his or her employment or while performing duties related to the conduct of your business;

2.  to the brother, child, parent, sister or spouse of such injured person as a consequence of any injury described in subparagraph A.1. above; or

3.  for which there is any obligation to share damages with or repay someone else who must pay damages because of any injury described in subparagraphs A.1. or A.2. above.

With respect to **bodily injury** only, this limitation does not apply to:

-  you or to your directors, managers, members, **officers**, partners or supervisors as **insureds**; or

-  your **employees**, as **insureds**, with respect to such damages caused by cardio-pulmonary resuscitation or first aid services administered by such an **employee**; or

B.  **property damage** to any property owned, occupied or used by you or by any of your directors, managers, members, **officers** or partners (whether or not an **employee**) by any of your **employees**.

This limitation does not apply to **property damage** to premises while rented to you or temporarily occupied by you with permission of the owner.



*General Liability*

### Who Is An Insured
(continued)

**Volunteers**

Persons who are volunteer workers for you are **insureds**; but they are **insureds** only for acts within the scope of their activities for you and at your direction.

**Real Estate Managers**

Persons (other than your **employees**) or organizations acting as your real estate managers are **insureds**; but they are **insureds** only with respect to their duties as your real estate managers.

**Permissive Users Of Mobile Equipment**

With respect to **mobile equipment** registered in your name under a motor vehicle registration law:

A.  persons driving such equipment on a public road with your permission are **insureds**; and

B.  persons or organizations responsible for the conduct of such persons described in subparagraph A. above are **insureds**; but they are **insureds** only with respect to the operation of the equipment and only if no other insurance of any kind is available to them.

However, no person or organization is an **insured** with respect to:

*   **bodily injury** to any co-**employee** of the person driving the equipment; or

*   **property damage** to any property owned or occupied by or loaned or rented to you, or in your charge or the charge of the employer of any person who is an **insured** under this provision.

**Vendors**

Persons or organizations who are vendors of **your products** are **insureds**; but they are **insureds** only with respect to their liability for damages for **bodily injury** or **property damage** resulting from the distribution or sale of **your products** in the regular course of their business and only if this insurance applies to the **products-completed operations hazard**.

However, no such person or organization is an **insured** with respect to any:

*   assumption of liability by them in a contract or agreement. This limitation does not apply to the liability for damages for **bodily injury** or **property damage** that such vendor would have in the absence of such contract or agreement;

*   representation or warranty unauthorized by you;

*   physical or chemical change in **your products** made intentionally by the vendor;

*   repackaging, unless unpacked solely for the purpose of inspection, demonstration or testing, or the substitution of parts under instruction from the manufacturer and then repacked in the original container;

*   failure to make such inspections, adjustments, tests or servicing as the vendor has agreed to make or normally undertakes to make in the usual course of business in connection with the distribution or sale of **your products**;

*   demonstration, installation, servicing or repair operations, except such operations performed at the vendor's premises in connection with the sale of **your products**; or

*   of **your products** which, after distribution or sale by you, have been labeled or relabeled or used as a container, ingredient or part of any other thing or substance by or for the vendor.

## Who Is An Insured

**Vendors**
*(continued)*

Further, no person or organization from whom you have acquired **your products**, or any container, ingredient or part entering into, accompanying or containing **your products**, is an **insured** under this provision.

**Lessors Of Equipment**

Persons or organizations from whom you lease equipment are **insureds**; but they are **insureds** only with respect to the maintenance or use by you of such equipment and only if you are contractually obligated to provide them with such insurance as is afforded by this contract.

However, no such person or organization is an **insured** with respect to any:

- damages arising out of their sole negligence; or

- **occurrence** that occurs, or offense that is committed, after the equipment lease ends.

**Lessors Of Premises**

Persons or organizations from whom you lease premises are **insureds**; but they are **insureds** only with respect to the ownership, maintenance or use of that particular part of such premises leased to you and only if you are contractually obligated to provide them with such insurance as is afforded by this contract.

However, no such person or organization is an **insured** with respect to any:

- damages arising out of their sole negligence;

- **occurrence** that occurs, or offense that is committed, after you cease to be a tenant in the premises; or

- structural alteration, new construction or demolition operations performed by or on behalf of them.

**Subsidiary Or Newly Acquired Or Formed Organizations**

If there is no other insurance available, the following organizations will qualify as named **insureds**:

- a subsidiary organization of the first named **insured** shown in the Declarations of which, at the beginning of the policy period and at the time of loss, such first named **insured** controls, either directly or indirectly, more than fifty (50) percent of the interests entitled to vote generally in the election of the governing body of such organization; or

- a subsidiary organization of the first named **insured** shown in the Declarations that such first named **insured** acquires or forms during the policy period, if at the time of loss such first named **insured** controls, either directly or indirectly, more than fifty (50) percent of the interests entitled to vote generally in the election of the governing body of such organization.

**Limitations On Who Is An Insured**

A.   Except to the extent provided under the Subsidiary Or Newly Acquired Or Formed Organizations provision above, no person or organization is an **insured** with respect to the conduct of any person or organization that is not shown as a named **insured** in the Declarations.

B.   No person or organization is an **insured** with respect to the:

1.   ownership, maintenance or use of any assets; or

2.   conduct of any person or organization whose assets, business or organization;

**CHUBB** *General Liability*

## Who Is An Insured

**Limitations On Who Is An Insured**
**(continued)**

you acquire, either directly or indirectly, for any:

* **bodily injury** or **property damage** that occurred; or

* **advertising injury** or **personal injury** arising out of an offense first committed;

in whole or in part, before you, directly or indirectly, aquired such assets, business or organization.

## Limits Of Insurance

The Limits Of Insurance shown in the Declarations and the rules below fix the most we will pay, regardless of the number of:

* **insureds**;

* claims made or **suits** brought; or

* persons or organizations making claims or bringing **suits**.

The Limits Of Insurance apply separately to each consecutive annual period and to any remaining period of less than twelve (12) months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than twelve (12) months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits Of Insurance.

**General Aggregate Limit**

Subject to the Each Occurrence Limit, the General Aggregate Limit is the most we will pay for the sum of:

* damages for **bodily injury** and **property damage**, except damages included in the **products-completed operations hazard**; and

* **medical expenses**.

**Products-Completed Operations Aggregate Limit**

Subject to the Each Occurrence Limit, the Products-Completed Operations Aggregate Limit is the most we will pay for the sum of damages for **bodily injury** and **property damage** included in the **products-completed operations hazard**.

**Advertising Injury And Personal Injury Aggregate Limit**

The Advertising Injury And Personal Injury Aggregate Limit is the most we will pay for the sum of damages for **advertising injury** and **personal injury**.

**Each Occurrence Limit**

The Each Occurrence Limit is the most we will pay for the sum of:

* damages for **bodily injury** and **property damage**; and

* **medical expenses**;

arising out of any one **occurrence**.

Any amount paid for damages or **medical expenses** will reduce the amount of the applicable aggregate limit available for any other payment.

## Limits Of Insurance

**Each Occurrence Limit (continued)**

If the applicable aggregate limit has been reduced to an amount that is less than the Each Occurrence Limit, the remaining amount of such aggregate limit is the most that will be available for any other payment.

**Damage To Premises Rented To You Limit**

Subject to the Each Occurrence Limit, the Damage To Premises Rented To You Limit is the most we will pay for the sum of damages for **property damage** to any one premises while rented to you or temporarily occupied by you with permission of the owner.

**Medical Expenses Limit**

Subject to the Each Occurrence Limit, the Medical Expenses Limit is the most we will pay for the sum of **medical expenses**, under Medical Expenses coverage, for **bodily injury** sustained by any one person.

## Bodily Injury/Property Damage Exclusions

None of the following exclusions, except "Contracts", "Expected Or Intended Injury" and "Loss In Progress", apply to **property damage** to premises while rented to you or temporarily occupied by you with permission of the owner.

**Aircraft, Autos Or Watercraft**

This insurance does not apply to **bodily injury** or **property damage** arising out of the ownership, maintenance, use (use includes operation and **loading or unloading**) or entrustment to others of any:

- aircraft;

- **auto**; or

- watercraft;

owned or operated by or loaned or rented to any **insured**.

This exclusion does not apply to:

A.  a watercraft while ashore on premises owned by or rented to you;

B.  a watercraft you do not own, provided that it:

    1.  is less than fifty-five (55) feet long; and

    2.  does not transport persons or cargo for a charge;

C.  the parking of an **auto** on premises owned by or rented to you, provided the **auto** is not owned by or loaned or rented to you or the **insured**;

D.  the liability for damages assumed in an **insured contract** resulting from the ownership, maintenance or use, by others, of an aircraft or watercraft;

E.  the operation of the equipment described in subparagraphs F.2. or F.3. of the definition of **mobile equipment**; or

F.  an aircraft you do not own, provided that:

    1.  the pilot in command holds a currently effective certificate, issued by the duly constituted authority of the United States of America or Canada, designating that person as a commercial or airline transport pilot;

CHUBB                    *General Liability*

___

**Bodily Injury/Property Damage Exclusions**

*Aircraft, Autos Or Watercraft (continued)*

2. it is rented with a trained, paid crew; and

3. it does not transport persons or cargo for a charge

___

*Alcoholic Beverage Type Businesses*

This insurance does not apply to **bodily injury** or **property damage** for which any **insured** may be held liable by reason of:

- causing or contributing to the intoxication of any person;

- furnishing alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

- any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

___

*Contracts*

This insurance does not apply to **bodily injury** or **property damage** for which the **insured** is obligated to pay damages by reason of assumption of liability in a contract or agreement.

This exclusion does not apply to the liability for damages:

- that such **insured** would have in the absence of such contract or agreement; or

- assumed in an oral or written contract or agreement that is an **insured contract**, provided the **bodily injury** or **property damage**, to which this insurance applies, occurs after the execution of such contract or agreement.

___

*Damage To Alienated Premises*

This insurance does not apply to **property damage** to any premises you sell, give away or abandon, if the **property damage** arises out of any part of those premises.

This exclusion does not apply if the premises are **your work** and were never occupied, rented or held for rental by you.

___

*Damage To Impaired Property Or Property Not Physically Injured*

This insurance does not apply to **property damage** to:

- **impaired property**; or

- property that has not been physically injured;

arising out of any:

- defect, deficiency, inadequacy or dangerous condition in **your product** or **your work**; or

___

**Bodily Injured/Property Damage Exclusions**

**Damage To Impaired Property Or Property Not Physically Injured (continued)**

- delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms and conditions.

This exclusion does not apply to the loss of use of other tangible property resulting from sudden and accidental physical injury to **your product** or **your work** after it has been put to its intended use.

**Damage To Owned Property**

This insurance does not apply to **property damage** to any property owned by you.

**Damage To Various Property Of Others (Care, Control Or Custody)**

This insurance does not apply to **property damage** to any:

- personal property loaned or rented to you;

- property held by you or on your behalf for sale or entrusted to you for safekeeping or storage;

- property on your premises for purposes of performing operations on such property by you or on your behalf;

- tools or equipment used by you or on your behalf in performing operations; or

- property in your care, control or custody that will be erected, installed or used in construction operations by you or on your behalf.

This exclusion does not apply to the liability for damages assumed in a sidetrack agreement.

**Damage To Your Product**

This insurance does not apply to **property damage** to **your product** arising out of it or any part of it.

**Damage To Your Work**

This insurance does not apply to **property damage** to **your work** arising out of it or any part of it and included in the **products-completed operations hazard**.

This exclusion does not apply if the damaged work or the work causing the damage was performed on your behalf by a subcontractor.

**Employer's Liability**

A. This insurance does not apply to **bodily injury** to an **employee** of the **insured** arising out of and in the course of:

   1. employment by the **insured**; or

   2. performing duties related to the conduct of the **insured**'s business.

B. This insurance does not apply to **bodily injury** to the brother, child, parent, sister or spouse of such **employee** as a consequence of any injury described in paragraph A. above.

This exclusion applies:

- whether the **insured** may be liable as an employer or in any other capacity; and

- to any obligation to share damages with or repay someone else who must pay damages because of any injury described in paragraphs A. or B. above.

CHUBB

*General Liability*

---

**Bodily Injured/Property Damage Exclusions**

**Employer's Liability**
*(continued)*

This exclusion does not apply to the liability for damages assumed by the **insured** in an **insured contract**.

**Expected Or Intended Injury**

This insurance does not apply to **bodily injury** or **property damage** arising out of an act that:

- is intended by the **insured**; or

- would be expected from the standpoint of a reasonable person in the circumstances of the **insured**;

to cause **bodily injury** or **property damage**, even if the actual **bodily injury** or **property damage** is of a different degree or type than intended or expected.

This exclusion does not apply to **bodily injury** or **property damage** resulting from the use of reasonable force to protect persons or tangible property.

**Loss In Progress**

This insurance does not apply to **bodily injury** or **property damage** that is a change, continuation or resumption of any **bodily injury** or **property damage** known by you, prior to the beginning of the policy period, to have occurred.

**Bodily injury** or **property damage** will be deemed to be known by you:

A. if such injury or damage is known by, or should have been known from the standpoint of a reasonable person in the circumstances of:

    1. you;

    2. any of your directors, managers, members, **officers** (or their designees) or partners (whether or not an **employee**); and

B. when any person described in paragraph A. above:

    1. reports all, or any part, of any such injury or damage to us or any other insurer;

    2. receives a claim or a demand for damages because of any such injury or damage; or

    3. becomes aware that any such injury or damage has occurred or has begun to occur.

**Mobile Equipment Transportation**

This insurance does not apply to **bodily injury** or **property damage** arising out of the transportation of **mobile equipment** by an **auto** owned or operated by or loaned or rented to any **insured**.

---

### Advertising Injury/Personal Injury Exclusions

**Breach Of Contract**

This insurance does not apply to **advertising injury** or **personal injury** arising out of breach of contract.

**Continuing Offenses**

This insurance does not apply to **advertising injury** or **personal injury** that arises out of that part of an offense that continues or resumes after the later of the end of the policy period of:

A.  this insurance; or

B.  a subsequent, continuous renewal or replacement of this insurance, that:

  1.  is issued to you by us or by an affiliate of ours;

  2.  remains in force while the offense continues; and

  3.  would otherwise apply to **advertising injury** and **personal injury**.

**Contracts**

This insurance does not apply to **advertising injury** or **personal injury** for which the **insured** is obligated to pay damages by reason of assumption of liability in a contract or agreement.

This exclusion does not apply to the liability for damages:

•  that such **insured** would have in the absence of such contract or agreement; or

•  assumed in a written contract or agreement that is an **insured contract**, provided the **advertising injury** or **personal injury**, to which this insurance applies, is caused by an offense first committed after the execution of such contract or agreement.

**Crime Or Fraud**

This insurance does not apply to **advertising injury** or **personal injury** arising out of any criminal or fraudulent conduct committed by or with the consent or knowledge of the **insured**.

**Expected Or Intended Injury**

This insurance does not apply to **advertising injury** or **personal injury** arising out of an offense, committed by or on behalf of the **insured**, that:

•  is intended by such **insured**; or

•  would be expected from the standpoint of a reasonable person in the circumstances of such **insured**;

to cause injury.

**Failure To Conform To Representations Or Warranties**

This insurance does not apply to **advertising injury** or **personal injury** arising out of the failure of goods, products or services to conform with any electronic, oral, written or other representation or warranty of durability, fitness, performance, quality or use.

**Internet Activities**

This insurance does not apply to **advertising injury** or **personal injury** arising out of:

•  controlling, creating, designing or developing of another's Internet site;



CHUBB                    *General Liability*

### Advertising Injury/Personal Injury Exclusions

**Internet Activities** (continued)

- controlling, creating, designing, developing, determining or providing the content or material of another's Internet site;

- controlling, facilitating or providing, or failing to control, facilitate or provide, access to the Internet or another's Internet site; or

- publication of content or material on or from the Internet, other than material developed by you or at your direction.

**Media Type Businesses**

This insurance does not apply to **advertising injury** or **personal injury** arising out of an offense committed by or on behalf of an **insured** whose business is advertising, broadcasting, cablecasting, publishing, telecasting or telemarketing.

This exclusion does not apply to **personal injury** caused by an offense described in subparagraphs A., B. or C. of the definition of **personal injury**.

**Prior Offenses**

This insurance does not apply to **advertising injury** or **personal injury** arising out of any offense first committed before the beginning of the policy period.

**Publications With Knowledge Of Falsity**

This insurance does not apply to **advertising injury** or **personal injury** arising out of any electronic, oral, written or other publication of content or material by or with the consent of the **insured**:

- with knowledge of its falsity; or

- if a reasonable person in the circumstances of such **insured** would have known such content or material to be false.

**Wrong Description Of Prices**

This insurance does not apply to **advertising injury** or **personal injury** arising out of any wrong description of the price of goods, products or services.

### Medical Expenses Exclusions

**Athletic Activities**

This insurance does not apply to **medical expenses** arising out of **bodily injury** to any person injured while taking part in athletics.

**Injury To Insureds**

This insurance does not apply to **medical expenses** arising out of a **bodily injury** to any **insured**, except a volunteer worker.

**Medical Expenses Exclusions**
(continued)

**Nuclear Energy**

This insurance does not apply to **medical expenses** arising out of **bodily injury** in any way related to the:

- nuclear hazardous properties of **nuclear material**; and

- operation of a **nuclear facility** by any person or organization.

**Products-Completed Operations Hazard**

This insurance does not apply to **medical expenses** arising out of **bodily injury** included in the **products-completed operations hazard**.

**Workers' Compensation Or Similar Laws**

This insurance does not apply to **medical expenses** arising out of **bodily injury** to any person, whether or not an **employee** of any **insured**, if benefits for such **bodily injury** are payable or must be provided under any workers' compensation, disability benefits or unemployment compensation law or any similar law.

## Policy Exclusions

**Asbestos**

A.  This insurance does not apply to **bodily injury**, **property damage**, **advertising injury** or **personal injury** arising out of the actual, alleged or threatened contaminative, pathogenic, toxic or other hazardous properties of **asbestos**.

B.  This insurance does not apply to any loss, cost or expense arising out of any:

    1.  request, demand, order or regulatory or statutory requirement that any **insured** or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of **asbestos**; or

    2.  claim or proceeding by or on behalf of a governmental authority or others for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of **asbestos**.

**Employment-Related Practices**

A.  This insurance does not apply to any damages sustained at any time by any person, whether or not sustained in the course of employment by any **insured**, arising out of any employment-related act, omission, policy, practice or representation directed at such person, occurring in whole or in part at any time, including any:

    1.  arrest, detention or imprisonment;

    2.  breach of any express or implied covenant;

    3.  coercion, criticism, humiliation, prosecution or retaliation;

    4.  defamation or disparagement;

    5.  demotion, discipline, evaluation or reassignment;

    6.  discrimination, harassment or segregation;

**CHUBB**

*General Liability*

---

## Policy Exclusions

**Employment-Related Practices**
*(continued)*

7.  a.  eviction; or

    b.  invasion or other violation of any right of occupancy;

8.  failure or refusal to advance, compensate, employ or promote;

9.  invasion or other violation of any right of privacy or publicity;

10. termination of employment; or

11. other employment-related act, omission, policy, practice, representation or relationship in connection with any **insured** at any time.

B.  This insurance does not apply to any damages sustained at any time by the brother, child, parent, sister or spouse of such person at whom any employment-related act, omission, policy, practice or representation is directed, as described in paragraph A. above, as a consequence thereof.

This exclusion applies:

*   whether the **insured** may be liable as an employer or in any other capacity; and

*   to any obligation to share damages with or repay someone else who must pay damages because of any of the foregoing.

---

**Enhancement, Maintenance Or Prevention Expenses**

This insurance does not apply to any loss, cost or expense incurred by you or others for any:

A.  enhancement or maintenance of any property; or

B.  prevention of any injury or damage to any:

    1.  person or organization; or

    2.  property you own, rent or occupy.

---

**Intellectual Property Laws Or Rights**

This insurance does not apply to any actual or alleged **bodily injury**, **property damage**, **advertising injury** or **personal injury** arising out of, giving rise to or in any way related to any actual or alleged:

*   assertion; or

*   infringement or violation;

by any person or organization (including any **insured**) of any **intellectual property law or right**, regardless of whether this insurance would otherwise apply to all or part of any such actual or alleged injury or damage in the absence of any such actual or alleged assertion, infringement or violation.

This exclusion applies, unless such injury:

*   is caused by an offense described in the definition of **advertising injury**; and

*   does not arise out of, give rise to or in any way relate to any actual or alleged assertion, infringement or violation of any **intellectual property law or right**, other than one described in the definition of **advertising injury**.

---

**Policy Exclusions**
(continued)

**Nuclear Energy**

A.   This insurance does not apply to **bodily injury, nuclear property damage, advertising injury** or **personal injury**:

1.   with respect to which any **insured** under this policy also has status as an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would have had status as an insured under any such policy but for its termination upon exhaustion of its limit of insurance; or

2.   arising out of the **nuclear hazardous properties** of **nuclear material** and with respect to which:

   a.   any person or organization is required to maintain financial protection pursuant to the United States of America Atomic Energy Act of 1954, or any law amendatory thereof; or

   b.   the **insured** is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

B.   This insurance does not apply to **bodily injury, nuclear property damage, advertising injury** or **personal injury** arising out of the **nuclear hazardous properties** of **nuclear material**:

1.   if the **nuclear material**:

   a.   is at any **nuclear facility** owned by, or operated by or on behalf of, any **insured**;

   b.   has been discharged or dispersed therefrom; or

   c.   is contained in **nuclear spent fuel** or **nuclear waste** at any time transported, handled, stored, disposed of, processed, treated, possessed or used by or on behalf of any **insured**; or

2.   in any way related to the furnishing by any **insured** of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any **nuclear facility**. But if such facility is located within the United States of America (including its possessions or territories) or Canada, this subparagraph 2. applies only to **nuclear property damage** to such **nuclear facility** and any property thereat.

**Pollution**

A.   This insurance does not apply to **bodily injury, property damage, advertising injury** or **personal injury** arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of **pollutants**:

1.   at or from any premises, site or location which is or was at any time owned or occupied by, or loaned or rented to, any **insured**;

2.   at or from any premises, site or location which is or was at any time used by or for any **insured** or others for the handling, storage, disposal, processing or treatment of waste;

**CHUBB**                    *General Liability*

**Policy Exclusions**

*Pollution*
*(continued)*

3.  which are or were at any time transported, handled, stored, disposed of, processed or treated as waste by or for any:

    a.  **insured**; or

    b.  person or organization for whom any **insured** may be legally responsible, or

4.  at or from any premises, site or location on which any **insured** or any contractor or subcontractor working directly or indirectly on any **insured**'s behalf is performing operations, if the:

    a.  **pollutants** are brought on or to the premises, site or location in connection with such **insured**, contractor or subcontractor; or

    b.  operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of **pollutants**.

Subparagraph A.4.a. above does not apply to **bodily injury** or **property damage** caused by the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of **mobile equipment** or its parts, if such operating fluids escape directly from that particular part of such **mobile equipment** designed by its manufacturer to hold, store or receive them. But, this exception does not apply if such **bodily injury** or **property damage** arises out of any discharge, dispersal, seepage, migration, release or escape of **pollutants**, that:

*   was intended by the **insured**;

*   would have been expected from the standpoint of a reasonable person in the circumstances of the **insured**;

*   was a necessary part of operations performed by any **insured**, contractor or subcontractor; or

*   occurred during the process of fueling the **mobile equipment** or changing or replenishing any operating fluid.

Subparagraph A.4.a. above does not apply to **bodily injury** or **property damage** if sustained within a building and caused by the release of gaseous irritants or contaminants from materials brought into that building, in connection with the operations being performed by you or on your behalf by the contractor or subcontractor.

Subparagraph A.1. above does not apply to **bodily injury** if sustained within a building and caused by the escape of gaseous irritants or contaminants from equipment used to heat that building.

Subparagraphs A.1. and A.4.a. above do not apply to **bodily injury** or **property damage** caused by heat, smoke or fumes from a **hostile fire**.

B.  This insurance does not apply to any loss, cost or expense arising out of any:

1.  request, demand, order or regulatory or statutory requirement that any **insured** or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of **pollutants**; or

## Policy Exclusions

**Pollution**
*(continued)*

2.  claim or proceeding by or on behalf of a governmental authority or others for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of **pollutants**.

Paragraph B. above does not apply to the liability for damages, for **property damage**, that the **insured** would have in the absence of such request, demand, order or regulatory or statutory requirement, or such claim or proceeding by or on behalf of a governmental authority.

This exclusion does not apply to the liability for damages, for **property damage**, to premises while rented to you or temporarily occupied by you with permission of the owner and caused by a **hostile fire**, explosion, smoke or leakage from fire protective equipment.

This exclusion applies regardless of whether or not the pollution was accidental, expected, gradual, intended, preventable or sudden.

**Recall Of Products, Work Or Impaired Property**

This insurance does not apply to any damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

- **your product**;

- **your work**; or

- **impaired property**;

if such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**Workers' Compensation Or Similar Laws**

This insurance does not apply to any obligation of the **insured** under any workers' compensation, disability benefits or unemployment compensation law or any similar law.

## Conditions

**Arbitration**

We are entitled to exercise all of the **insured**'s rights in the choice of arbitrators and in the conduct of any arbitration proceeding, except when the proceeding is between us and the **insured**.

**Bankruptcy**

Bankruptcy or insolvency of the **insured** or of the **insured**'s estate will not relieve us of our obligations under this insurance.

**CHUBB**

*General Liability*

## Conditions
*(continued)*

**Disclosures And Representations**

We have issued this insurance:

- based upon representations you made to us; and

- in reliance upon your representations.

Unintentional failure of an **employee** of the **insured** to disclose a hazard or other material information will not violate this condition, unless an **officer** (whether or not an **employee**) of any **insured** or an **officer**'s designee knows about such hazard or other material information.

**Duties In The Event Of Occurrence, Offense, Claim Or Suit**

A.  You must see to it that we and any other insurers are notified as soon as practicable of any **occurrence** or offense that may result in a claim, if the claim may involve us or such other insurers. To the extent possible, notice should include:

    1.  how, when and where the **occurrence** or offense happened;

    2.  the names and addresses of any injured persons and witnesses; and

    3.  the nature and location of any injury or damage arising out of the **occurrence** or offense.

B.  If a claim is made or **suit** is brought against any **insured**, you must:

    1.  immediately record the specifics of the claim or **suit** and the date received;

    2.  notify us and other insurers as soon as practicable; and

    3.  see to it that we receive written notice of the claim or **suit** as soon as practicable.

C.  You and any other involved **insured** must:

    1.  immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or **suit**;

    2.  authorize us to obtain records and other information;

    3.  cooperate with us and other insurers in the:

        a.  investigation or settlement of the claim; or

        b.  defense against the **suit**; and

    4.  assist us, upon our request, in the enforcement of any right against any person or organization that may be liable to the **insured** because of loss to which this insurance may also apply.

D.  No **insureds** will, except at that **insured**'s own cost, make any payment, assume any obligation or incur any expense, other than for first aid, without our consent.

E.  Notice given by or on behalf of:

    1.  the **insured**;

    2.  the injured person; or

    3.  any other claimant;

to a licensed agent of ours with particulars sufficient to identify the **insured** shall be deemed notice to us.

## Conditions

**Duties In The Event Of Occurrence, Offense, Claim Or Suit (continued)**

F. Knowledge of an **occurrence** or offense by an agent or **employee** of the **insured** will not constitute knowledge by the **insured**, unless an **officer** (whether or not an **employee**) of any **insured** or an **officer**'s designee knows about such **occurrence** or offense.

G. Failure of an agent or **employee** of the **insured**, other than an **officer** (whether or not an **employee**) of any **insured** or an **officer**'s designee, to notify us of an **occurrence** or offense that such person knows about will not affect the insurance afforded to you.

H. If a claim or loss does not reasonably appear to involve this insurance, but it later develops into a claim or loss to which this insurance applies, the failure to report it to us will not violate this condition, provided the **insured** gives us immediate notice as soon as the **insured** is aware that this insurance may apply to such claim or loss.

**Legal Action Against Us**

No person or organization has a right under this insurance to:

- join us as a party or otherwise bring us into a **suit** seeking damages from an **insured**; or

- sue us on this insurance unless all of the terms and conditions of this insurance have been fully complied with.

A person or organization may sue us to recover on an **agreed settlement** or on a final judgment against an **insured** obtained after an actual:

- trial in a civil proceeding; or

- arbitration or other alternative dispute resolution proceeding;

but we will not be liable for damages that are not payable under the terms and conditions of this insurance or that are in excess of the applicable Limits Of Insurance.

**Other Insurance**

If other valid and collectible insurance is available to the **insured** for loss we would otherwise cover under this insurance, our obligations are limited as follows.

*Primary Insurance*

This insurance is primary except when the Excess Insurance provision described below applies.

If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in the Method of Sharing provision described below.

*Excess Insurance*

This insurance is excess over any other insurance, whether primary, excess, contingent or on any other basis:

A. that is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar insurance for **your work**;

B. that is insurance that applies to **property damage** to premises rented to you or temporarily occupied by you with permission of the owner;

C. if the loss arises out of aircraft, **autos** or watercraft (to the extent not subject to the Aircraft, Autos Or Watercraft exclusion);

**CHUBB**

*General Liability*

## Conditions

**Other Insurance**
(continued)

D.   that is insurance:

    1.   provided to you by any person or organization working under contract or agreement for you; or

    2.   under which you are included as an insured; or

E.   that is insurance under any Property section of this policy.

When this insurance is excess, we will have no duty to defend the **insured** against any **suit** if any other insurer has a duty to defend such **insured** against such **suit**. If no other insurer defends, we will undertake to do so, but we will be entitled to the **insured's** rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of loss, if any, that exceeds the sum of the total:

-   amount that all other insurance would pay for loss in the absence of this insurance; and

-   of all deductible and self-insured amounts under all other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not negotiated specifically to apply in excess of the Limits Of Insurance shown in the Declarations of this insurance.

*Method of Sharing*

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this method each insurer contributes equal amounts until it has paid its applicable limits of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limits of insurance to the total applicable limits of insurance of all insurers.

**Premium Audit**

We will compute all premiums for this insurance in accordance with our rules and rates.

In accordance with the Estimated Premiums section of the Premium Summary, premiums shown with an asterisk (*) are estimated premiums and are subject to audit.

In addition to or in lieu of such designation in the Premium Summary, premiums may be designated as estimated premiums elsewhere in this policy. In that case, these premiums will also be subject to audit, and the second paragraph of the Estimated Premiums section of the Premium Summary will apply.

**Separation Of Insureds**

Except with respect to the Limits Of Insurance, and any rights or duties specifically assigned in this insurance to the first named **insured**, this insurance applies:

-   as if each named **insured** were the only named **insured**; and

-   separately to each **insured** against whom claim is made or **suit** is brought.

## Conditions
(continued)

*Transfer Or Waiver Of Rights Of Recovery Against Others*

We will waive the right of recovery we would otherwise have had against another person or organization, for loss to which this insurance applies, provided the **insured** has waived their rights of recovery against such person or organization in a contract or agreement that is executed before such loss.

To the extent that the **insured's** rights to recover all or part of any payment made under this insurance have not been waived, those rights are transferred to us. The **insured** must do nothing after loss to impair them. At our request, the **insured** will bring **suit** or transfer those rights to us and help us enforce them.

This condition does not apply to **medical expenses**.

**CHUBB**

*General Liability*

| | |
|---|---|
| **Definitions** | WHEN USED WITH RESPECT TO INSURANCE UNDER THIS CONTRACT, WORDS AND PHRASES THAT APPEAR IN BOLD PRINT HAVE THE SPECIAL MEANINGS DESCRIBED BELOW: |

*Advertisement*

**Advertisement** means an electronic, oral, written or other notice, about goods, products or services, designed for the specific purpose of attracting the general public or a specific market segment to use such goods, products or services.

**Advertisement** does not include any e-mail address, Internet domain name or other electronic address or metalanguage.

*Advertising Injury*

**Advertising injury** means injury, other than **bodily injury**, **property damage** or **personal injury**, sustained by a person or organization and caused by an offense of infringing, in that particular part of your **advertisement** about your goods, products or services, upon their:

*   copyrighted **advertisement**; or

*   registered collective mark, registered service mark or other registered trademarked name, slogan, symbol or title.

*Agreed Settlement*

**Agreed settlement** means a settlement and release of liability signed by us, the **insured** and the claimant or the claimant's legal representative.

*Asbestos*

**Asbestos** means asbestos in any form, including its presence or use in any alloy, by-product or other material or waste. Waste includes material to be recycled, reconditioned or reclaimed.

*Auto*

**Auto** means a land motor vehicle, trailer or semi-trailer designed for travel on public roads, including any attached machinery or equipment. But **auto** does not include **mobile equipment**.

*Bodily Injury*

**Bodily injury** means physical:

*   injury;

*   sickness; or

*   disease;

sustained by a person, including resulting death, humiliation, mental anguish, mental injury or shock at any time. All such loss shall be deemed to occur at the time of the physical injury, sickness or disease that caused it.

*Employee*

**Employee** includes a **leased worker**. **Employee** does not include a **temporary worker**.

*Hostile Fire*

**Hostile fire** means one which becomes uncontrollable or breaks out from where it was intended to be.

**Definitions**
(continued)

WHEN USED WITH RESPECT TO INSURANCE UNDER THIS CONTRACT, WORDS AND PHRASES THAT APPEAR IN BOLD PRINT HAVE THE SPECIAL MEANINGS DESCRIBED BELOW:

**Impaired Property**

**Impaired property** means tangible property, other than **your product** or **your work**, that cannot be used or is less useful because:

- it incorporates **your product** or **your work** that is known or thought to be defective, deficient, inadequate or dangerous; or

- you have failed to fulfill the terms or conditions of a contract or agreement;

if such property can be restored to use by:

- the repair, replacement, adjustment or removal of **your product** or **your work**; or

- your fulfilling the terms or conditions of the contract or agreement.

**Insured**

**Insured** means a person or an organization qualifying as an **insured** in the Who Is An Insured section of this contract.

**Insured Contract**

**Insured contract:**

A.   means:

    1.   a lease of premises;

    2.   a sidetrack agreement;

    3.   an easement or license agreement;

    4.   an obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

    5.   an elevator maintenance agreement; or

    6.   any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for such municipality) in which you assume the tort liability of another person or organization to pay damages, to which this insurance applies, sustained by a third person or organization.

B.   does not include that part of any contract or agreement that indemnifies an architect, engineer or surveyor for damages arising out of:

    1.   preparing, approving or failing to prepare or approve maps, drawings, opinions, reports, surveys, field orders, change orders, designs or specifications; or

    2.   giving directions or instructions, or failing to give them.

**CHUBB**

*General Liability*

---

**Definitions**
(continued)

WHEN USED WITH RESPECT TO INSURANCE UNDER THIS CONTRACT, WORDS AND PHRASES THAT APPEAR IN BOLD PRINT HAVE THE SPECIAL MEANINGS DESCRIBED BELOW:

**Intellectual Property Law Or Right**

**Intellectual property law or right** means any:

- certification mark, copyright, patent or trademark (including collective or service marks);

- right to, or judicial or statutory law recognizing an interest in, any trade secret or confidential or proprietary non-personal information;

- other right to, or judicial or statutory law recognizing an interest in, any expression, idea, likeness, name, slogan, style of doing business, symbol, title, trade dress or other intellectual property; or

- other judicial or statutory law concerning piracy, unfair competition or other similar practices.

**Leased Worker**

**Leased worker** means a person leased to a party by a labor leasing firm, in a contract or agreement between such party and the labor leasing firm, to perform duties related to the conduct of the party's business. **Leased worker** does not include a **temporary worker**.

**Loading Or Unloading**

**Loading** or **unloading**:

A. means the handling of property:

   1. after it is moved from the place where it is accepted for movement into or onto an aircraft, **auto** or watercraft;

   2. while it is in or on an aircraft, **auto** or watercraft; or

   3. while it is being moved from an aircraft, **auto** or watercraft to the place where it is finally delivered.

B. does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, **auto** or watercraft.

**Medical Expenses**

**Medical expenses** means reasonable expenses for necessary:

- first aid administered at the time of an accident;

- medical, surgical, x-ray and dental services, including prosthetic devices; and

- ambulance, hospital, professional nursing and funeral services.

**Mobile Equipment**

**Mobile equipment** means any of the following types of land vehicles, including any attached machinery or equipment:

A. bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

B. vehicles maintained for use solely on premises owned by or rented to you;

C. vehicles that travel on crawler treads;

---

| **Definitions** | WHEN USED WITH RESPECT TO INSURANCE UNDER THIS CONTRACT, WORDS AND PHRASES THAT APPEAR IN BOLD PRINT HAVE THE SPECIAL MEANINGS DESCRIBED BELOW: |
|---|---|

**Mobile Equipment**
(continued)

D.   vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

    1.   power cranes, shovels, loaders, diggers or drills; or

    2.   road construction or resurfacing equipment such as graders, scrapers or rollers;

E.   vehicles not described in subparagraphs A., B., C. or D. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

    1.   air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

    2.   cherry pickers and similar devices used to raise or lower workers; and

F.   vehicles not described in subparagraphs A., B., C. or D. above maintained primarily for purposes other than the transportation of persons or cargo.

**Mobile equipment** does not include self-propelled vehicles with the following types of permanently attached equipment, and such vehicles will be considered **autos**:

    1.   equipment designed primarily for:

       a.   snow removal;

       b.   road maintenance, but not construction or resurfacing; or

       c.   street cleaning;

    2.   cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

    3.   air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

**Nuclear Facility**

**Nuclear facility** means any:

A.   **nuclear reactor**;

B.   equipment or device designed or used for:

    1.   separating the isotopes of plutonium or uranium;

    2.   processing or utilizing **nuclear spent fuel**; or

    3.   handling, processing or packaging **nuclear waste**.

C.   equipment or device used for the processing, fabricating or alloying of **nuclear material**, if at any time the total amount of such material in the custody of the **insured** at the premises where such equipment or device is located consists of or contains more than:

    1.   twenty-five (25) grams of plutonium or uranium 233, or any combination thereof; or

    2.   two-hundred-fifty (250) grams of uranium 235; or



*General Liability*

---

| | |
|---|---|
| **Definitions** | WHEN USED WITH RESPECT TO INSURANCE UNDER THIS CONTRACT, WORDS AND PHRASES THAT APPEAR IN BOLD PRINT HAVE THE SPECIAL MEANINGS DESCRIBED BELOW: |
| *Nuclear Facility (continued)* | D.   structure, basin, excavation, premises or place prepared or used for the storage or disposal of **nuclear waste**; |
| | and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations. |

---

*Nuclear Hazardous Properties*

**Nuclear hazardous properties** includes radioactive, toxic or explosive properties.

---

*Nuclear Material*

**Nuclear material** means **by-product material, source material** or **special nuclear material**.

**By-product material, source material** and **special nuclear material** have the meanings given them in the United States of America Atomic Energy Act of 1954 or in any law amendatory thereof.

---

*Nuclear Property Damage*

**Nuclear property damage** includes all forms of radioactive contamination of property.

---

*Nuclear Reactor*

**Nuclear reactor** means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

---

*Nuclear Spent Fuel*

**Nuclear spent fuel** means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a **nuclear reactor**.

---

*Nuclear Waste*

**Nuclear waste** means any waste material:

* containing **nuclear material**, other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its **source material** content; and

* resulting from the operation by any person or organization of any **nuclear facility** described in subparagraphs A. or B. of the definition of **nuclear facility**.

---

*Occurrence*

**Occurrence** means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

---

*Officer*

**Officer** means a person holding any of the officer positions created by an organization's charter, constitution, by-laws or any other similar governing document.

---

*Liability Insurance*
Form 80-02-2000 (Rev. 4-01)    *Contract*

**Definitions**
(continued)

WHEN USED WITH RESPECT TO INSURANCE UNDER THIS CONTRACT, WORDS AND PHRASES THAT APPEAR IN BOLD PRINT HAVE THE SPECIAL MEANINGS DESCRIBED BELOW:

**Personal Injury**

**Personal injury** means injury, other than **bodily injury**, **property damage** or **advertising injury**, caused by an offense of:

A.    false arrest, false detention or other false imprisonment;

B.    malicious prosecution;

C.    wrongful entry into, wrongful eviction of a person from or other violation of a person's right of private occupancy of a dwelling, premises or room that such person occupies, if committed by or on behalf of its landlord, lessor or owner;

D.    electronic, oral, written or other publication of material that:

     1.    libels or slanders a person or organization (which does not include disparagement of goods, products, property or services); or

     2.    violates a person's right of privacy; or

E.    discrimination, harassment or segregation based on a person's age, color, national origin, race, religion or sex.

**Pollutants**

**Pollutants** means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**Products-Completed Operations Hazard**

**Products-completed operations hazard:**

A.    includes all **bodily injury** and **property damage** taking place away from premises owned or occupied by or loaned or rented to you and arising out of **your product** or **your work**, except:

     1.    products that are still in your physical possession; or

     2.    work that has not yet been completed or abandoned.

     **Your work** will be deemed completed when:

     •    all of the work called for in your contract or agreement has been completed.

     •    all of the work to be performed at the site has been completed, if your contract or agreement calls for work at more than one site.

     •    that part of the work completed at a site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

     Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

B.    does not include **bodily injury** or **property damage** arising out of:

     1.    the transportation of property, unless the injury or damage results from a condition in or on a vehicle not owned or operated by or loaned or rented to you and that condition was created by the **loading or unloading** of that vehicle by any **insured**;



**General Liability**

---

**Definitions**

WHEN USED WITH RESPECT TO INSURANCE UNDER THIS CONTRACT, WORDS AND PHRASES THAT APPEAR IN BOLD PRINT HAVE THE SPECIAL MEANINGS DESCRIBED BELOW:

Products-Completed
Operations Hazard
(continued)

2.   the existence of tools, uninstalled equipment or abandoned or unused materials; or

3.   products or operations for which the classification in our rules indicates that such products or operations are not subject to the Products-Completed Operations Aggregate Limit of insurance.

---

**Property Damage**

**Property damage** means:

- physical injury to tangible property, including resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

- loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the **occurrence** that caused it.

Tangible property does not include any software, data or other information that is in electronic form.

---

**Suit**

**Suit** means a civil proceeding in which damages, to which this insurance applies, are sought. **Suit** includes an arbitration or other dispute resolution proceeding in which such damages are sought and to which the **insured** must submit or does submit with our consent.

---

**Temporary Worker**

**Temporary worker** means a person who is furnished to a party to substitute for a permanent **employee** on leave or to meet seasonal or short-term workload conditions.

---

**Your Product**

**Your product:**

A.   means any:

   1.   goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

      a.   you;

      b.   others trading under your name; or

      c.   a person or organization whose assets or business you have acquired; and

   2.   containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

B.   includes:

   1.   representations or warranties made at any time with respect to the durability, fitness, performance, quality or use of **your product**; and

   2.   the providing of or failure to provide instructions or warnings.

C.   does not include vending machines or other property loaned or rented to or located for the use of others but not sold.

---

**Definitions**
*(continued)*

*Your Work*

WHEN USED WITH RESPECT TO INSURANCE UNDER THIS CONTRACT, WORDS
AND PHRASES THAT APPEAR IN BOLD PRINT HAVE THE SPECIAL MEANINGS
DESCRIBED BELOW:

**Your work**:

A.   means any:

    1.   work or operations performed by:

        a    you or on your behalf; or

        b.   a person or organization whose assets or business you have acquired; and

    2.   materials, parts or equipment furnished in connection with such work or operations.

B.   includes:

    1.   representations or warranties made at any time with respect to the durability, fitness,
performance, quality or use of **your work**; and

    2.   the providing of or failure to provide instructions or warnings.

**Liability Insurance**

*Liquor Liability*

*Table Of Contents*

| Section | Page No. |
|---|---|
| Coverage | 3 |
| Investigation, Defense And Settlements | 3 |
| Supplementary Payments | 4 |
| Coverage Territory | 4 |
| Who Is An Insured | 5 |
| Limits Of Insurance | 7 |
| Exclusions | 7 |
| Conditions | 8 |
| Definitions | 13 |

THIS PAGE INTENTIONALLY LEFT BLANK

**CHUBB**

*Liquor Liability*

*Contract*

Please read the entire policy carefully. The terms and conditions of this insurance include the various sections of this contract: Coverages; Investigation, Defense And Settlements; Supplementary Payments; Coverage Territory; Who Is An Insured; Limits Of Insurance; Exclusions; Conditions; and Definitions, as well as the Declarations, Common Policy Conditions and any Endorsements and Schedules made a part of this insurance.

Throughout this contract the words "you" and "your" refer to the Named **Insured** shown in the Declarations and other persons or organizations qualifying as a Named **Insured** under this contract. The words "we," "us" and "our" refer to the Company providing this insurance.

In addition to the Named **Insured**, other persons or organizations may qualify as **insureds**. Those persons or organizations and the conditions under which they qualify are identified in the Who Is An Insured section of this contract.

Words and phrases that appear in **bold** print have special meanings and are defined in the Definitions section of this contract.

## Coverage

**Bodily Injury And Property Damage Liability Coverage**

Subject to all of the terms and conditions of this insurance, we will pay damages that the **insured** becomes legally obligated to pay by reason of liability imposed by law for **bodily injury** or **property damage** to which this coverage applies. Liability for such **bodily injury** or **property damage** must be imposed on the **insured** by reason of the selling, serving or furnishing of any alcoholic beverage.

This coverage applies only to such **bodily injury** or **property damage** that occurs during the policy period.

Damages for **bodily injury** include damages claimed by a person or organization for care or loss of services resulting at any time from the **bodily injury**.

Other than as provided under the Investigation, Defense And Settlements and Supplementary Payments sections of this contract, we have no other obligation or liability to pay sums or perform acts or services under this coverage.

## Investigation, Defense And Settlements

Subject to all of the terms and conditions of this insurance, we will have the right and duty to defend the **insured** against a **suit**, even if such **suit** is false, fraudulent or groundless.

If such a **suit** is brought, we will pay reasonable attorney fees and necessary litigation expenses to defend the **insured**.

Such attorney fees and litigation expenses will be paid as described in the Supplementary Payments section of this contract.

We have no duty to defend any person or organization against any **suit** seeking damages to which this insurance does not apply.

| **Investigation, Defense And Settlements** (continued) | We may, at our discretion, investigate any **bodily injury** or **property damage** and settle any claim or **suit**. |
| | Our duty to defend any person or organization ends when we have used up the applicable Limit Of Insurance. |

**Supplementary Payments**

Subject to all of the terms and conditions of this insurance, we will pay, with respect to a claim we investigate or settle, or a **suit** against an **insured** we defend:

A.  the expenses we incur.

B.  the cost of:

    1.  bail bonds; or

    2.  bonds required to:

        a.  appeal judgments; or

        b.  release attachments;

    but only for bond amounts within the available Limit Of Insurance. We do not have to furnish these bonds.

C.  reasonable expenses incurred by the **insured** at our request to assist us in the investigation or defense of such claim or **suit**, including actual loss of earnings up to $1000 a day because of time off from work.

D.  costs taxed against the **insured** in the **suit**, except any:

    1.  attorney fees or litigation expenses; or

    2.  other loss, cost or expense;

    in connection with any injunction or other equitable relief.

E.  prejudgment interest awarded against the **insured** on that part of a judgment we pay. If we make an offer to pay the applicable Limit Of Insurance, we will not pay any prejudgment interest based on that period of time after the offer.

F.  interest on the full amount of a judgment that accrues after entry of the judgment and before we have paid, offered to pay or deposited in court the part of the judgment that is within the applicable Limit Of Insurance.

Supplementary Payments does not include any fine or other penalty.

These payments will not reduce the Limits Of Insurance.

Our obligation to make these payments ends when we have used up the applicable Limit Of Insurance.

**Coverage Territory**

This insurance applies within the following territorial limits:

A.  The United States of America (including its possessions and territories), Puerto Rico and Canada;

B.  International waters or airspace, provided the **bodily injury** or **property damage** does not occur in the course of travel or transportation to or from any place not included in A. above; or

**CHUBB**    *Liquor Liability*

---

**Coverage Territory**
(continued)

C.  All other parts of the world if:

    1.  The **bodily injury** or **property damage** arises out of:

        a.  Goods or products sold by you in the territory described in A. above; or

        b.  The activities of a person whose home is in the territory described in A. above, but is away for a short time on your business; and

    2.  The **insured**'s responsibility to pay damages is determined in a **suit** on the merits, in the territory described in A. above or in a settlement we agree to.

---

## Who Is An Insured

**Sole Proprietorships**

If you are an individual, you and your spouse are **insureds**; but you and your spouse are **insureds** only with respect to the conduct of a business of which you are the sole owner.

If you die:

- persons or organizations having proper temporary custody of your property are **insureds**; but they are **insureds** only with respect to the maintenance or use of such property and only for acts until your legal representative has been appointed; and

- your legal representatives are **insureds**; but they are **insureds** only with respect to their duties as your legal representatives. Such legal representatives will assume your rights and duties under this insurance.

**Partnerships Or Joint Ventures**

If you are a partnership (including a limited liability partnership) or a joint venture, you are an **insured**. Your members, your partners and their spouses are **insureds**; but they are **insureds** only with respect to the conduct of your business.

**Limited Liability Companies**

If you are a limited liability company, you are an **insured**. Your members and their spouses are **insureds**; but they are **insureds** only with respect to the conduct of your business. Your managers are **insureds**; but they are **insureds** only with respect to their duties as your managers.

**Other Organizations**

If you are an organization (including a professional corporation) other than a partnership, joint venture or limited liability company, you are an **insured**. Your directors and officers are **insureds**; but they are **insureds** only with respect to their duties as your directors or **officers**. Your stockholders and their spouses are **insureds**; but they are **insureds** only with respect to their liability as your stockholders.

**Employees**

Your **employees** are **insureds**; but they are **insureds** only for acts within the scope of their employment by you or while performing duties related to the conduct of your business.

---

## Who Is An Insured

**Employees**
*(continued)*

However, no **employee** is an **insured** for:

A. **bodily injury:**

1. to you, to any of your directors, managers, members, **officers** or partners (whether or not an **employee**) or to any co-**employee** while such injured person is either in the course of his or her employment or while performing duties related to the conduct of your business;

2. to the brother, child, parent, sister or spouse of such injured person as a consequence of any injury described in subparagraph A.1. above; or

3. for which there is any obligation to share damages with or repay someone else who must pay damages because of any injury described in subparagraphs A.1. or A.2. above.

This limitation does not apply to:

- you or to your directors, managers, members, **officers**, partners or supervisors as **insureds**; or

- your **employees**, as **insureds**, with respect to such damages caused by cardio-pulmonary resuscitation or first aid services administered by such an **employee**; or

B. **property damage** to any property owned, occupied or used by you or by any of your directors, managers, members, **officers** or partners (whether or not an **employee**) or by any of your **employees**.

**Subsidiary Or Newly Acquired Or Formed Organizations**

If there is no other insurance available, the following organizations will qualify as named **insureds**:

- a subsidiary organization of the first named **insured** shown in the Declarations of which, at the beginning of the policy period and at the time of loss, such first named **insured** controls, either directly or indirectly, more than fifty (50) percent of the interests entitled to vote generally in the election of the governing body of such organization; or

- a subsidiary organization of the first named **insured** shown in the Declarations that such first named **insured** acquires or forms during the policy period, if at the time of loss such first named **insured** controls, either directly or indirectly, more than fifty (50) percent of the interests entitled to vote generally in the election of the governing body of such organization.

**Limitations On Who Is An Insured**

A. Except to the extent provided under the Subsidiary Or Newly Acquired Or Formed Organizations provision above, no person or organization is an **insured** with respect to the conduct of any person or organization that is not shown as a named **insured** in the Declarations.

B. No person or organization is an **insured** with respect to the:

1. ownership, maintenance or use of any assets; or

2. conduct of any person or organization whose assets, business or organization;

you acquire, either directly or indirectly, for any **bodily injury** or **property damage** that occurred, in whole or in part, before you, directly or indirectly, acquired such assets, business or organization.

**CHUBB**

*Liquor Liability*

| | |
|---|---|
| **Limits Of Insurance** | The Limits Of Insurance shown in the Declarations and the rules below fix the most we will pay, regardless of the number of: |

- **insureds**;
- claims made or **suits** brought; or
- persons or organizations making claims or bringing **suits**.

The Limits Of Insurance apply separately to each consecutive annual period and to any remaining period of less than twelve (12) months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than twelve (12) months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits Of Insurance.

| | |
|---|---|
| **Aggregate Limit** | Subject to the Each Common Cause Limit, the Aggregate Limit is the most we will pay for damages under **bodily injury** and **property damage** coverage as the result of the selling, serving or furnishing of alcoholic beverages. |

| | |
|---|---|
| **Each Common Cause Limit** | The Each Common Cause Limit is the most we will pay for the sum of damages under **bodily injury** and **property damage** because of all **bodily injury** and **property damage** as the result of the selling, serving or furnishing of any alcoholic beverage to any one person. |

Any amount paid for damages arising out of **bodily injury** or **property damage** will reduce the amount of the Aggregate Limit available for payment of damages arising out of any other **bodily injury** or **property damage**.

If the Aggregate Limit has been reduced by payment of damages to an amount that is less than the Each Common Cause Limit stated in the Declarations, the remaining Aggregate Limit is the most that will be available for payment of damages arising out of any other **bodily injury** or **property damage**.

## Exclusions

| | |
|---|---|
| **Employer's Liability** | A. This insurance does not apply to **bodily injury** to an **employee** of the **insured** arising out of and in the course of: |

    1. employment by the **insured**; or

    2. performing duties related to the conduct of the **insured's** business.

    B. This insurance does not apply to **bodily injury** to the brother, child, parent, sister or spouse of such **employee** as a consequence of any injury described in paragraph A. above.

This exclusion applies:

- whether the **insured** may be liable as an employer or in any other capacity; and
- to any obligation to share damages with or repay someone else who must pay damages because of any injury described in paragraphs A. or B. above.

## Exclusions
(continued)

**Expected Or Intended Injury**

This insurance does not apply to **bodily injury** or **property damage** arising out of an act that:

- is intended by the **insured**; or

- would be expected from the standpoint of a reasonable person in the circumstances of the **insured**;

to cause **bodily injury** or **property damage**, even if the actual **bodily injury** or **property damage** is of a different degree or type than intended or expected.

This exclusion does not apply to **bodily injury** or **property damage** resulting from the use of reasonable force to protect persons or tangible property.

**Invalid License**

This insurance does not apply to **bodily injury** or **property damage** arising out of any alcoholic beverage sold, served or furnished when any license or permit required by law has not been obtained or is suspended, canceled, revoked or has expired.

**Other Insurance**

This insurance does not apply to any **bodily injury** or **property damage** with respect to which other insurance is afforded, or would be afforded but for the exhaustion of its limits of insurance.

This exclusion does not apply if the other insurance responds to liability for **bodily injury** or **property damage** imposed on the **insured** by reason of the selling, serving or furnishing of any alcoholic beverage.

**Your Products**

This insurance does not apply to **bodily injury** or **property damage** arising out of **your products**.

This exclusion does not apply to **bodily injury** or **property damage** for which the **insured** or the **insured**'s indemnitee may be held liable by reason of:

- causing or contributing to the intoxication of any person;

- the furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

- any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

**Workers' Compensation And Similar Laws**

This insurance does not apply to any obligation of the **insured** under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

## Conditions

**Arbitration**

We are entitled to exercise all of the **insured**'s rights in the choice of arbitrators and in the conduct of any arbitration proceeding, except when the proceeding is between us and the **insured**.

**CHUBB**

*Liquor Liability*

**Conditions**
(continued)

*Bankruptcy*

Bankruptcy or insolvency of the **insured** or of the **insured**'s estate will not relieve us of our obligations under this insurance.

*Disclosures And Representations*

We have issued this insurance:

- based upon representations you made to us; and

- in reliance upon your representations.

Unintentional failure of an **employee** of the **insured** to disclose a hazard or other material information will not violate this condition, unless an **officer** (whether or not an **employee**) of any **insured** or an **officer**'s designee knows about such hazard or other material information.

*Duties In The Event Of Bodily Injury, Property Damage, Claim Or Suit*

A.  You must see to it that we and any other insurers are notified as soon as practicable of any **bodily injury** or **property damage** that may result in a claim, if the claim may involve us or such other insurers. To the extent possible, notice should include:

1.  how, when and where the **bodily injury** or **property damage** happened;

2.  the names and addresses of any injured persons and witnesses; and

3.  the nature and location of any injury or damage arising out of the **bodily injury** or **property damage**.

B.  If a claim is made or **suit** is brought against any **insured**, you must:

1.  immediately record the specifics of the claim or **suit** and the date received;

2.  notify us and other insurers as soon as practicable; and

3.  see to it that we receive written notice of the claim or **suit** as soon as practicable.

C.  You and any other involved **insured** must:

1.  immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or **suit**;

2.  authorize us to obtain records and other information;

3.  cooperate with us and other insurers in the:

   a.  investigation or settlement of the claim; or

   b.  defense against the **suit**; and

4.  assist us, upon our request, in the enforcement of any right against any person or organization that may be liable to the **insured** because of loss to which this insurance may also apply.

D.  No **insureds** will, except at that **insured**'s own cost, make any payment, assume any obligation or incur any expense, other than for first aid, without our consent.

E.  Notice given by or on behalf of:

1.  the **insured**;

2.  the injured person; or

## Conditions

**Duties In The Event Of Bodily Injury, Property Damage, Claim Or Suit (continued)**

3.    any other claimant;

to a licensed agent of ours with particulars sufficient to identify the **insured** shall be deemed notice to us.

F.    Knowledge of any **bodily injury** or **property damage** by an agent or **employee** of the **insured** will not constitute knowledge by the **insured**, unless an **officer** (whether or not an **employee**) of any **insured** or an **officer**'s designee knows about such **bodily injury** or **property damage**.

G.    Failure of an agent or **employee** of the **insured**, other than an **officer** (whether or not an **employee**) of any **insured** or an **officer**'s designee, to notify us of any **bodily injury** or **property damage** that such person knows about will not affect the insurance afforded to you.

H.    If a claim or loss does not reasonably appear to involve this insurance, but it later develops into a claim or loss to which this insurance applies, the failure to report it to us will not violate this condition, provided the **insured** gives us immediate notice as soon as the **insured** is aware that this insurance may apply to such claim or loss.

**Legal Action Against Us**

No person or organization has a right under this insurance to:

*    join us as a party or otherwise bring us into a **suit** seeking damages from an **insured**; or

*    sue us on this insurance unless all of the terms and conditions of this insurance have been fully complied with.

A person or organization may sue us to recover on an **agreed settlement** or on a final judgment against an **insured** obtained after an actual:

*    trial in a civil proceeding; or

*    arbitration or other alternative dispute resolution proceeding;

but we will not be liable for damages that are not payable under the terms and conditions of this insurance or that are in excess of the applicable Limits Of Insurance.

**Other Insurance**

If other valid and collectible insurance is available to the **insured** for loss we would otherwise cover under this insurance, our obligations are limited as follows.

*Primary Insurance*

This insurance is primary.

Our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in the Method of Sharing provision described below.

*Method of Sharing*

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this method each insurer contributes equal amounts until it has paid its applicable limits of insurance or none of the loss remains, whichever comes first.



*Liquor Liability*

---

## Conditions

**Other Insurance
(continued)**

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limits of insurance to the total applicable limits of insurance of all insurers.

**Premium Audit**

We will compute all premiums for this insurance in accordance with our rules and rates.

In accordance with the Estimated Premiums section of the Premium Summary, premiums shown with an asterisk (*) are estimated premiums and are subject to audit.

In addition to or in lieu of such designation in the Premium Summary, premiums may be designated as estimated premiums elsewhere in this policy. In that case, these premiums will also be subject to audit, and the second paragraph of the Estimated Premiums section of the Premium Summary will apply.

**Separation Of Insureds**

Except with respect to the Limits Of Insurance, and any rights or duties specifically assigned in this insurance to the first named **insured**, this insurance applies:

- as if each named **insured** were the only named **insured**; and

- separately to each **insured** against whom claim is made or **suit** is brought.

**Transfer Or Waiver Of
Rights Of Recovery
Against Others**

We will waive the right of recovery we would otherwise have had against another person or organization, for loss to which this insurance applies, provided the **insured** has waived their rights of recovery against such person or organization in a contract or agreement that is executed before such loss.

To the extent that the **insured's** rights to recover all or part of any payment made under this insurance have not been waived, those rights are transferred to us. The **insured** must do nothing after loss to impair them. At our request, the **insured** will bring **suit** or transfer those rights to us and help us enforce them.

---

THIS PAGE INTENTIONALLY LEFT BLANK

**CHUBB**    *Liquor Liability*

| | |
|---|---|
| **Definitions** | WHEN USED WITH RESPECT TO INSURANCE UNDER THIS CONTRACT, WORDS AND PHRASES THAT APPEAR IN BOLD PRINT HAVE THE SPECIAL MEANINGS DESCRIBED BELOW: |
| **Agreed Settlement** | **Agreed settlement** means a settlement and release of liability signed by us, the **insured** and the claimant or the claimant's legal representative. |

**Bodily Injury**

**Bodily injury** means physical:

- injury;
- sickness; or
- disease;

sustained by a person, including resulting death, humiliation, mental anguish, mental injury or shock at any time. All such loss shall be deemed to occur at the time of the physical injury, sickness or disease that caused it.

**Employee**

**Employee** includes a **leased worker**. **Employee** does not include a **temporary worker**.

**Insured**

**Insured** means a person or an organization qualifying as an **insured** in the Who Is An Insured section of this contract.

**Leased Worker**

**Leased worker** means a person leased to a party by a labor leasing firm, in a contract or agreement between such party and the labor leasing firm, to perform duties related to the conduct of the party's business. **Leased worker** does not include a **temporary worker**.

**Officer**

**Officer** means a person holding any of the officer positions created by an organization's charter, constitution, by-laws or any other similar governing document.

**Property Damage**

**Property damage** means:

- physical injury to tangible property, including resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or
- loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the **occurrence** that caused it.

Tangible property does not include any software, data or other information that is in electronic form.

**Suit**

**Suit** means a civil proceeding in which damages, to which this insurance applies, are sought. **Suit** includes an arbitration or other dispute resolution proceeding in which such damages are sought and to which the **insured** must submit or does submit with our consent.

**Definitions**
(continued)

WHEN USED WITH RESPECT TO INSURANCE UNDER THIS CONTRACT, WORDS AND PHRASES THAT APPEAR IN BOLD PRINT HAVE THE SPECIAL MEANINGS DESCRIBED BELOW:

**Temporary Worker**

**Temporary worker** means a person who is furnished to a party to substitute for a permanent **employee** on leave or to meet seasonal or short-term workload conditions.

**Your Product**

**Your product:**

A.    means any:

　　1.    goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

　　　　a.    you;

　　　　b.    others trading under your name; or

　　　　c.    a person or organization whose assets or business you have acquired; and

　　2.    containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

B.    includes:

　　1.    representations or warranties made at any time with respect to the durability, fitness, performance, quality or use of **your product**; and

　　2.    the providing of or failure to provide instructions or warnings.

C.    does not include vending machines or other property loaned or rented to or located for the use of others but not sold.

*Liability Insurance*

*Employee Benefits Errors Or Omissions*

*Table Of Contents*

| Section | Page No. |
|---|---|
| Who Is Insured | 3 |
| Coverage | 4 |
| Limits Of Insurance | 4 |
| Investigation, Defense And Payment Of Damages | 5 |
| Supplementary Payments | 5 |
| Coverage Territory | 6 |
| Exclusions | 6 |
| Extended Reporting Periods | 8 |
| Conditions | 9 |
| Definitions | 13 |

LIABILITY CONTRACT EMPLOYEE BENEFITS ERRORS OR OMISSIONS

THIS PAGE INTENTIONALLY LEFT BLANK



*Employee Benefits Errors Or Omissions*

### Contract

Words and phrases that appear in **bold** print have special meanings and are defined in the Definitions section of this contract.

Throughout this policy the words "you" and "your" refer to the Named **Insured** shown in the Declarations of this policy, and any other person or organization qualifying as a Named **Insured** under this contract. The words "we," "us" and "our" refer to the company providing this insurance.

In addition to the Named **Insured**, other persons or organizations qualify as **insureds**. Those persons or organizations and the conditions under which they qualify are identified in the Who Is Insured section of this contract.

THIS INSURANCE PROVIDES CLAIMS MADE COVERAGE. EXCEPT AS OTHERWISE PROVIDED, SUCH COVERAGE APPLIES ONLY TO CLAIMS FIRST MADE AGAINST THE INSURED DURING THE POLICY PERIOD. PLEASE READ THIS INSURANCE CAREFULLY.

## Who Is Insured

**Sole Proprietorship**

If you are an individual, you and your spouse are **insureds**, but only with respect to the conduct of a business of which you are the sole owner.

**Partnership Or Joint Venture**

If you are a partnership or joint venture, you are an **insured**. Your members, your partners, and their spouses are also **insureds**, but only with respect to the conduct of your business.

**Other Organizations**

If you are an organization other than a partnership, joint venture or limited liability company, you are an **insured**. Your executive officers and directors are **insureds**, but only with respect to their duties as your officers or directors. Your stockholders are also **insureds** but only with respect to their liability as stockholders.

**Any Other Authorized Person**

Any other natural person for whose acts you are legally liable is an **insured**, provided such natural person is authorized to act in the **administration** of your **employee benefit programs**.

**Subsidiaries Or Newly Acquired Or Formed Organizations**

If there is no other similar insurance available, the following will qualify to be a named **insured**:

- Any financially controlled subsidiary of yours; or

- any organization you newly acquired or formed during the policy period, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest. This coverage is effective on the acquisition or formation date and is afforded only until the end of the policy period during which the acquisition or formation took place.

No subsidiary or newly acquired or formed organization is an **insured** with respect to any **claim** arising from the **administration** of **employee benefit programs** that occurred before you acquired or formed the organization.

## Who Is Insured
*(continued)*

**Limitation On Who Is Insured**

No one is an **insured** for the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a named **insured** in the Declarations.

## Coverage

Subject to the applicable Limits Of Insurance, we will pay damages the **insured** becomes legally obligated to pay for any **claim** arising out of a negligent act, error or omission to which this insurance applies, by or on behalf of the **insured** in the **administration** of **employee benefit programs**.

The **claim** must be made by:

- your employee;
- your former employee;
- the beneficiaries or legal representatives of your employee or former employee; or
- your prospective employee.

This insurance applies to a negligent act, error or omission only if a **claim** is first made against any **insured** during the policy period.

This insurance does not apply to any negligent act, error or omission which:

- occurred prior to the Retroactive Date stated in the Declarations of this insurance;
- occurred on or between the Retroactive Date stated in the Declarations of this insurance and the last day of the policy period stated in the Declarations of this insurance if, on the effective date of this insurance, the **insured** had knowledge of or should have known of any circumstances which might have resulted in a **claim**; or
- occurs after the policy period stated in the Declarations of this insurance.

For purposes of this insurance:

- a **claim** by a person or organization will be deemed to have been made when notice of such **claim** is received and recorded by any **insured**, our licensed agent, or by us, whichever comes first; and
- all **claims** by the same person or organization as a result of a negligent act, error or omission will be deemed to have been made at the time the first of those **claims** is made against any **insured**.

## Limits Of Insurance

The Limits Of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

- **insureds**;
- **claims** made or **suits** brought; or
- persons or organizations making **claims** or bringing **suits**.

The Limits Of Insurance apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits Of Insurance.



*Employee Benefits Errors Or Omissions*

| | |
|---|---|
| **Limits Of Insurance**<br>(continued) | We may pay part or all of the deductible to settle any **claim** or **suit**; and when notified, the **insured** agrees to promptly reimburse us for the deductible paid. |
| | All **claims** arising from a single negligent act, error or omission or a series of related negligent acts, errors or omissions shall be deemed to be a single **claim**. |
| **Aggregate Limit** | Subject to the Each Claim Limit, the Aggregate Limit is the most we will pay for the sum of: |

- damages for all **claims**; and
- payments made for defense and Supplementary Payments.

| | |
|---|---|
| **Each Claim Limit** | The Each Claim Limit is the most we will pay for all damages for each **claim**, including payments made for defense and Supplementary Payments, in excess of the deductible stated in the Declarations. |
| | Any amount paid for damages, defense and Supplementary Payments for each **claim** will reduce the amount of the Aggregate Limit available for payment of damages, defense and Supplementary Payments for any other **claim**. |
| | If the Aggregate Limit has been reduced by payment of damages, defense and Supplementary Payments for **claims** to an amount that is less than the Each Claim Limit, the remaining Aggregate Limit is the most that will be available for payment of damages, defense and Supplementary Payments for any other **claim**. |
| **Investigation, Defense And Payment Of Damages** | We will have the right and duty to defend any **insured** against a **suit** seeking damages for any **claim** arising out of a negligent act, error, or omission. However, we will have no duty to defend any **insured** against a **suit** seeking damages to which this insurance does not apply. We may at our discretion investigate any negligent act, error, or omission and settle any **claim** or **suit** that may result. |
| | The amount we will pay for damages is limited as described in Limits Of Insurance. Our right and duty to defend end when we have used up the applicable Limit Of Insurance in the payment of defense, judgments or settlements and payments under Supplementary Payments. |
| | The amount we pay to defend any **suit** is part of and will reduce the Each Claim Limit under Limits Of Insurance. |
| | We have no further obligation or liability to pay sums or perform acts or services unless explicitly provided for under Supplementary Payments shown below. |
| **Supplementary Payments** | Subject to the Limits Of Insurance, we will pay with respect to any **claim** we investigate or settle, or any **suit** against an **insured** we defend: |

A.  all expenses we incur;

B.  the premium amount of bonds to release attachments, but only for premium amounts within the amount of insurance available. We do not have to furnish these bonds;

C.  reasonable expenses incurred by the **insured** at our request to assist us in the investigation or defense of the **claim** or **suit**, including actual loss of earnings up to $300 a day because of time off from work;

D.  costs taxed against the **insured** in the suit;

**Supplementary Payments**
*(continued)*

E.    prejudgment interest awarded against the **insured** on that part of the judgment we pay. If we make an offer to pay the applicable Limit Of Insurance, we will not pay any prejudgment interest based on that period of time after the offer; and

F.    all interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable Limit Of Insurance.

Each payment we make under Supplementary Payments will reduce the Each Claim Limit under Limits Of Insurance with the following exceptions:

A.    salaries and expenses of our employees or the **insured**'s employees, other than:

    1.    that portion of our employed attorneys' fees, salaries and expenses allocated to a specific **claim** or **suit**;

    2.    the expenses described in C. above; and

B.    fees and expenses of independent adjusters we hire.

---

**Coverage Territory**

This insurance applies anywhere. However, the **insured**'s responsibility to pay damages must be determined in a **suit** on the merits, in the United States of America, its territories or possessions, Canada or Puerto Rico, or in a settlement we agree to.

---

## Exclusions

**Bodily Injury, Property Damage, Advertising Injury Or Personal Injury**

This insurance does not apply to **bodily injury**, **property damage**, **advertising injury** or **personal injury**.

---

**Benefits Due**

This insurance does not apply to payments which are required pursuant to any **employee benefits program**.

---

**Contractual Liability**

This insurance does not apply to liability of others for which the **insured** is obligated to pay damages by reason of the assumption of liability in a contract or agreement.

This exclusion does not apply to liability for damages that the **insured** would have in the absence of such contract or agreement.

---

**Discrimination Or Humiliation**

This insurance does not apply to actual or alleged humiliation or unlawful discrimination.

---

**Dishonest Acts**

This insurance does not apply to any dishonest, fraudulent, criminal or malicious act, error or omission by or on behalf of any **insured**, whether acting alone or in collusion with others.

---

**Expected Or Intended Damage**

This insurance does not apply to any **claim** which results from an act that:

•    is intended by the **insured**; or

---



*Employee Benefits Errors Or Omissions*

## Exclusions

**Expected Or Intended Damage (continued)**

• can be expected from the standpoint of a reasonable person

to cause damage, even if the damage is of a different degree or type than actually intended or expected.

**Fines, Penalties, Punitive Or Exemplary Damages**

This insurance does not apply to any assessment, penalty, fine, or punitive or exemplary damages.

**Millennium Date Change**

This insurance does not apply to any **claim** arising out of:

1.  the actual or potential inability of any:

    • hardware, software, operating system, network, microprocessor;

    • other computer, data processing or communications system equipment or component; or

    • other system, equipment or component that communicates with any of the foregoing,

    to accept, retrieve, recognize, understand, interpret, identify, distinguish, process, communicate or otherwise use:

    • any date subsequent to December 31, 1999; or

    • information or code which contains dates subsequent to December 31, 1999; or

2.  the rendering of, or failure to render, any service or advice in connection with paragraph 1. above.

**Performance Failure**

This insurance does not apply to:

• the failure of performance of any contract by an insurer;

• the failure of any investment plan to perform as represented by an **insured**;

• the inability of **employee benefit programs** to meet their obligation due to insolvency or inadequate funds; or

• the investment, divestment or non-investment of funds.

**Statutory Obligation To Employees Or Plans**

This insurance does not apply to the **insured's** failure to comply with the provisions of the Internal Revenue Code, any law concerning workers compensation, unemployment compensation, social security or disability benefits, any employment severance law, or the Employee Retirement Income Security Act of 1974 or any similar State or Federal legislation that has been or may be enacted.

This exclusion does not apply to the **administration** of **employee benefit programs**.

**Termination Of Any Employee Benefit Programs**

This insurance does not apply to the termination of any **employee benefit programs**.

**Exclusions**
*(continued)*

**Wrong Advice**

This insurance does not apply to advice given by an **insured** to an employee to participate or not to participate in any investment subscription plan.

---

## Extended Reporting Periods

**Basic Extended Reporting Period**

A Basic Extended Reporting Period is automatically provided. Under this provision,

- **claims** first made within 60 days after the end of the policy period; or
- **claims** first made within five years after the end of the policy period for negligent acts, errors or omissions reported to us within 60 days after the end of the policy period

will be deemed to have been made during the policy period of this policy.

The Basic Extended Reporting Period does not apply to **claims** that are covered under any subsequent insurance you purchase, or that would be covered, but for exhaustion of the amount of insurance applicable to such **claims**.

Notification of **claims** must be in accordance with paragraphs A. and B. of the Duties In The Event Of Negligent Act, Error, Or Omission, Claim Or Suit provision of the Conditions.

**Supplemental Extended Reporting Period**

A Supplemental Extended Reporting Period is available only by an endorsement and for an additional premium:

A.  If purchased, this period starts at the end of the Basic Extended Reporting Period and will be for 10 years. **Claims** first made during this Supplemental Extended Reporting Period will be deemed to have been made during the policy period of this policy, but will be subject to the separate aggregate limit of insurance set forth in paragraph C., below.

B.  You must give us a written request to purchase a Supplemental Extended Reporting Period within 60 days after the end of the policy period. The Supplemental Extended Reporting Period will not go into effect unless you pay the additional premium promptly when due.

C.  If you comply with paragraph B., above, we will issue the Supplemental Extended Reporting Period Endorsement, and will provide the separate aggregate limit of insurance described below, but only for **claims** to which the Supplemental Extended Reporting Period applies. The separate aggregate Limit Of Insurance will be equal to the dollar amount shown in the Declarations in effect at the end of the policy period for the Aggregate Limit.

The Aggregate Limit as shown in the Limits Of Insurance section will be amended accordingly. The Each Claim Limit shown in the Declarations will continue to apply, as set forth in the Limits Of Insurance section.

D.  We will determine the additional premium for the Supplemental Extended Reporting Period Endorsement in accordance with our rules and rates. The additional premium will not exceed 200% of the annual premium for this insurance.

E.  The Supplemental Extended Reporting Period Endorsement will set forth the terms, not inconsistent with this Section, applicable to the Supplemental Extended Reporting Period, including a provision to the effect that the insurance afforded is excess over any other valid and collectible insurance available under policies in force after the Supplemental Extended Reporting Period starts.

**CHUBB**    *Employee Benefits Errors Or Omissions*

**Extended Reporting Periods**
(continued)

**When Extended Reporting Periods Apply**

We will automatically provide a Basic Extended Reporting Period and, if you purchase it, a Supplemental Extended Reporting Period if:

A.   this insurance is canceled or not renewed; or

B.   we renew or replace this insurance with other insurance that:

    1.   has a Retroactive Date later than the Retroactive Date shown in the Declarations for this insurance; or

    2.   does not apply on a **claims**-made basis.

**How Extended Reporting Periods Apply**

Extended Reporting Periods:

A.   apply only to **claims** for:

    1.   negligent acts, errors or omissions that occur before the end of the policy period and not before the Retroactive Date, if any, shown in the Declarations.

B.   do not:

    1.   extend the policy period or change the scope of coverage provided; or

    2.   reinstate or increase the Limits Of Insurance applicable to any **claim** to which this insurance applies, except as described in the Supplemental Extended Reporting Period section above.

C.   may not be canceled once in effect.

## Conditions

**Arbitration**

We are entitled to exercise all of the **insured**'s rights in the choice of arbitrators and the conduct of any arbitration proceeding, except when the proceeding is between us and the **insured**.

**Bankruptcy**

Bankruptcy or insolvency of the **insured** or the **insured**'s estate will not relieve us of any obligation to which this insurance applies.

**Duties In The Event Of Negligent Act, Error, Or Omission, Claim Or Suit**

A.   You must see to it that we are notified as soon as practicable of any negligent act, error, or omission which may result in a **claim**. To the extent possible, notice should include:

    1.   how, when and where the negligent act, error, or omission took place; and

    2.   the names and addresses of any involved persons and witnesses.

    Notice of any negligent act, error, or omission is not notice of a **claim**.

B.   If a **claim** is made or **suit** is brought against any **insured**, you must:

    1.   immediately record the specifics of the **claim** or **suit** and the date received; and

    2.   notify us in writing as soon as practicable.

C.   You and any other involved **insured** must:

## Conditions

**Duties In The Event Of Negligent Act, Error, Or Omission, Claim Or Suit (continued)**

1. immediately send us copies of any demands, notices, summonses or legal papers received in connection with the **claim** or **suit**;

2. authorize us to obtain records and other information;

3. cooperate with us in the:

   a. investigation or settlement of the **claim** or

   b. defense of the **suit**; and

4. assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the **insured** because of a negligent act, error, or omission to which this insurance may also apply.

D. No **insureds** will, except at that **insured**'s own cost, make a payment, assume any obligation, or incur any expense, without our consent.

E. Notice given by or on behalf of:

1. the **insured**; or

2. any other claimant;

to any licensed agent of ours with particulars sufficient to identify the **insured** shall be deemed notice to us.

F. Knowledge of any negligent act, error, or omission by any agent or employee of the **insured** will not constitute knowledge by the **insured**, unless an officer or his designee receives such notice from its agent or employee.

G. Failure of an agent or employee of the **insured**, other than an officer, or his designee, to notify us of any negligent act, error, or omission which he knows about will not affect the insurance afforded you by this contract.

**Legal Action Against Us**

No person or organization has a right under this insurance:

- to join us as a party or otherwise bring us into a **suit** asking for damages from an **insured**; or
- to sue us on this insurance unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an **agreed settlement** or on a final judgment against an **insured** obtained after:

- an actual trial in a civil proceeding;
- an arbitration proceeding; or
- an alternative resolution proceeding,

but we will not be liable for damages that are not payable under the terms of this insurance or that are in excess of the applicable Limits of Insurance.

**Other Insurance**

If other valid and collectible insurance is available to the **insured** for a loss we cover under this insurance, our obligations are limited as follows:

*Excess Insurance*

This insurance is excess over and above any other valid and collectible insurance (including any deductible or self-insured portion) or agreement of indemnity, available to you.

**CHUBB**

*Employee Benefits Errors Or Omissions*

## Conditions

**Other Insurance**
**(continued)**

This insurance is excess over any of the other insurance, whether primary, excess, contingent or on any other basis that is effective prior to the beginning of the policy period shown in the Declarations of this insurance and applies to the **administration of employee benefits programs** on other than a claims made basis, if:

- no Retroactive Date is shown in the Declarations of this insurance; or
- the other insurance has a policy period which continues after the Retroactive Date shown in the Declarations of this insurance.

We will have no duty under this insurance to defend any **insured** against a **suit** that any other insurer has a duty to defend. If no other insurer defends, we will undertake to do so, but we will be entitled to the **insured's** rights against all those other insurers.

We will pay only our share of the amount of the loss, if any, that exceeds the sum of:

- the total amount that all such other insurance would pay for the loss in the absence of this insurance; and
- the total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not purchased specifically to apply in excess of the Limits Of Insurance shown in the Declarations of this insurance.

**Premium Audit**

We will compute all premiums for this insurance in accordance with our rules and rates.

In accordance with the Estimated Premiums section of the Premium Summary, premiums identified by an asterisk are estimated premiums and are subject to audit. In addition to or in lieu of such designation in the Premium Summary, premiums may be designated as estimated premiums in the Liability Insurance section of this policy. In that event, these premiums will also be subject to audit and the second paragraph of the Estimated Premiums section of the Premium Summary will apply.

**Separation Of Insureds**

Except with respect to the Limits Of Insurance and any rights or duties specifically assigned in this insurance to the first named **insured**, this insurance applies:

- as if each named **insured** were the only named **insured**; and
- separately to each **insured** against whom **claim** is made or **suit** is brought.

**Transfer Of Rights Of Recovery**

If the **insured** has rights to recover all or part of any payment we have made under this insurance, those rights are transferred to us. The **insured** must do nothing after loss to impair them. At our request, the **insured** will bring **suit** or transfer those rights to us and help us enforce them.

THIS PAGE INTENTIONALLY LEFT BLANK



*Employee Benefits Errors Or Omissions*

| | |
|---|---|
| **Definitions** | WHEN USED WITH RESPECT TO INSURANCE UNDER THIS CONTRACT: |

**Administration**

**Administration** means:

- informing employees of the content of;
- giving advice, other than legal advice, about;
- handling of records in connection with; or
- effecting enrollment, termination or cancellation of employees under,

**employee benefit programs**, provided such acts are authorized by you.

**Advertising**

**Advertising** means any advertisement, publicity article, broadcast or telecast.

**Advertising Injury**

**Advertising injury** means injury, other than **bodily injury** or **personal injury**, arising solely out of one or more of the following offenses committed in the course of **advertising** of your goods, products or services:

- oral or written publication of advertising material that slanders or libels a person or organization;
- oral or written publication of advertising material that violates a person's right of privacy; or
- infringement of copyrighted advertising materials or infringement of trademarked or service marked titles or slogans.

**Agreed Settlement**

**Agreed settlement** means a settlement and release of liability signed by us, the **insured** and the claimant or the claimant's legal representative.

**Bodily Injury**

**Bodily injury** means physical injury, sickness, disease, mental anguish, mental injury, shock, or humiliation sustained by a person; it also includes death at any time resulting therefrom.

**Claim**

**Claim** means a demand for damages.

**Employee Benefit Programs**

**Employee benefit programs** means group life insurance, group health insurance, group dental insurance, group automobile insurance, group homeowners insurance, educational tuition reimbursement plans, individual retirement account (IRA) plans, Internal Revenue Code Section 401(K) plans and amendments thereto, profit sharing plans, pension plans, employee investment subscription plans, workers compensation, unemployment insurance, social security, disability benefits insurance or travel, savings or vacation plans.

**Insured**

**Insured** means any person or organization qualifying as an insured under the Who Is Insured provision and against whom **claim** is made or **suit** is brought.

**Definitions**
(continued)

WHEN USED WITH RESPECT TO INSURANCE UNDER THIS CONTRACT:

*Personal Injury*

**Personal injury** means injury, other than **bodily injury**, arising out of one or more of the following offenses committed in the course of your business, other than your **advertising**:

A.    false arrest, detention or imprisonment;

B.    malicious prosecution;

C.    the wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person or persons occupy, by or on behalf of its owner, landlord or lessor;

D.    oral or written publication of material that slanders or libels a person or organization; or

E.    oral or written publication of material that violates a person's right of privacy.

*Property Damage*

**Property damage** means:

- physical injury to or destruction of tangible property including the resulting loss of use of that property; or

- loss of use of tangible property that is not physically injured.

*Suit*

**Suit** means a civil proceeding in which damages to which this insurance applies are alleged. **Suit** also includes:

- an arbitration proceeding in which such damages are **claim**ed and to which the **insured** must submit or does submit with our consent; or

- any other alternative dispute resolution proceeding in which such damages are **claim**ed and to which the **insured** submits with our consent.

*Liability Insurance*

*Stop Gap*

*Table Of Contents*

| Section | Page No. |
|---|---|
| Who Is Insured | 3 |
| Coverage | 3 |
| Limits Of Insurance | 4 |
| Investigation, Defense And Payment Of Damages | 5 |
| Supplementary Payments | 5 |
| Coverage Territory | 6 |
| Exclusions | 6 |
| Conditions | 7 |
| Definitions | 11 |

THIS PAGE INTENTIONALLY LEFT BLANK

**CHUBB**

*Stop Gap*

### Contract

Words and phrases that appear in **bold** print have special meanings and are defined in the Definitions section of this contract.

Throughout this contract the words "you" and "your" refer to the Named **Insured** shown in the Declarations of this policy, and any other person or organization qualifying as a Named **Insured** under this contract. The words "we", "us" and "our" refer to the company providing this insurance.

In addition to the Named **Insured**, other persons or organizations qualify as **insureds**. Those persons or organizations and the conditions under which they qualify are identified in the Who Is Insured section of this contract.

## Who Is Insured

*Sole Proprietorship*

If you are an individual, you and your spouse are **insureds**, but only with respect to the conduct of a business of which you are the sole owner.

*Partnership Or Joint Venture*

If you are a partnership or joint venture, you are an **insured**. Your members, your partners, and their spouses are also **insureds**, but only with respect to the conduct of your business.

*Other Organizations*

If you are an organization other than a partnership, joint venture or limited liability company, you are an **insured**. Your **executive officers** and directors are **insureds**, but only with respect to their duties as your officers or directors. Your stockholders are also **insureds** but only with respect to their liability as stockholders.

*Managers Or Supervisors*

Your managers or supervisors are **insureds**, but only for acts within the scope of their employment by you.

*Limitation On Who Is Insured*

No one is an **insured** for the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a named **insured** in the Declarations.

## Coverage

*Bodily Injury*

We will pay damages the **insured** becomes legally obligated to pay for **bodily injury** by accident or disease to your **employee** in the course of employment, when such damages are claimed against you in a capacity other than as employer.

In addition, where recovery is permitted by law, the damages we will pay include damages for:

- which the **insured** is liable to a third party by reason of a claim or **suit** against the **insured** by the third party to recover damages claimed against such third party as a result of injury to the **employee**;

- care and loss of services; and

### Coverage

**Bodily Injury**
*(continued)*

- consequential **bodily injury** to a spouse, child, parent, brother or sister of the injured **employee**,

provided such damages are the direct consequence of **bodily injury** to the **employee** in the course of employment.

This insurance applies to:

- **bodily injury** by accident which occurs during the policy period; and

- **bodily injury** by disease caused or aggravated by the conditions in your operation, when the **employee's** last day of last exposure to such conditions occurs during the policy period.

This insurance applies provided:

- the **employee** is reported and declared under the Workers Compensation State Fund in the state designated in the Declarations;

- the **employee's** employment is necessary or incidental to your work in the state; and

- you maintain full workers compensation insurance coverage in the Workers Compensation State Fund during the term of this insurance or are a qualified self insurer approved by the State Workers Compensation Commission.

### Limits Of Insurance

**Aggregate Limit**

Subject to the Bodily Injury By Accident - Each Accident Limit and the Bodily Injury By Disease - Each Employee Limit, the Aggregate Limit is the most we will pay for the sum of damages for:

- **bodily injury** by accident; and

- **bodily injury** by disease.

**Bodily Injury By Accident - Each Accident**

The Bodily Injury By Accident - Each Accident Limit is the most we will pay for the sum of damages because of **bodily injury** to one or more **employees** in any one accident.

**Bodily injury** by accident does not include disease unless it results directly from **bodily injury** by accident.

Any amount paid for damages arising out of **bodily injury** by accident will reduce the amount of the Aggregate Limit available for payment of damages arising out of any other **bodily injury** by accident.

If the Aggregate Limit has been reduced by payment of damages to an amount that is less than the Bodily Injury By Accident - Each Accident Limit stated in the Declarations, the remaining Aggregate Limit is the most that will be available for payment of damages arising out of any other **bodily injury** by accident.

**Bodily Injury By Disease - Each Employee**

The Bodily Injury By Disease-Each Employee Limit is the most we will pay for the sum of all damages because of **bodily injury** by disease to any one **employee**.

**Bodily injury** by disease does not include disease that results directly from a **bodily injury** by accident.

**CHUBB**                    *Stop Gap*

---

## Limits Of Insurance

*Bodily Injury By Disease - Each Employee (continued)*

Any amount paid for damages arising out of **bodily injury** by disease will reduce the amount of the Aggregate Limit available for payment of damages arising out of any other **bodily injury** by disease.

If the Aggregate Limit has been reduced by payment of damages to an amount that is less than the Bodily Injury By Disease - Each Employee Limit stated in the Declarations, the remaining Aggregate Limit is the most that will be available for payment of damages arising out of any other **bodily injury** by disease.

**Investigation, Defense And Payment Of Damages**

We will have the right and duty to defend any **insured** against a **suit** seeking damages for **bodily injury** to your **employees**. However, we will have no duty to defend any **insured** against a **suit** seeking damages to which this insurance does not apply. We may at our discretion investigate and settle any claim or **suit** that may result.

The amount we will pay for damages is limited as described in Limits Of Insurance. Our right and duty to defend end when we have used up the applicable Limit Of Insurance in the payment of judgements or settlements for **bodily injury** to your **employees**.

We have no further obligation or liability to pay sums or perform acts or services unless explicitly provided for under Supplementary Payments shown below.

**Supplementary Payments**

We will pay, with respect to any claim we investigate or settle, or any **suit** against an **insured** we defend:

- all expenses we incur;

- the premium amount of bonds to release attachments, but only for premium amounts within the amount of insurance available. We do not have to furnish these bonds;

- reasonable expenses incurred by the **insured** at our request to assist us in the investigation or defense of the claim or **suit**, including actual loss of earnings up to $300 a day because of time off from work;

- costs taxed against the **insured** in the **suit**;

- prejudgment interest awarded against the **insured** on that part of the judgment we pay. If we make an offer to pay the applicable Limit Of Insurance, we will not pay any prejudgment interest based on that period of time after the offer; and

- all interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable Limit Of Insurance.

These payments will not reduce the Limits Of Insurance.

---

**Coverage Territory**

This insurance applies only to work performed in the United States of America, its territories or possessions, or Canada. If there is **bodily injury** to a citizen or resident of the United States of America or Canada who is temporarily outside of these countries, then this insurance applies anywhere. However, the **insured's** responsibility to pay damages must be determined in a **suit** on the merits, in the United States of America, its territories or possessions, Canada or Puerto Rico, or in a settlement we agree to.

## Exclusions

**Age Law Violations**

This insurance does not apply to **bodily injury** sustained by any **employee** employed in violation of any law as to age with the actual knowledge of the **insured.**

**Contractual Liability**

This insurance does not apply to any liability assumed by the **insured** under any contract or agreement.

**Criminal Acts**

This insurance does not apply to **bodily injury** arising out of any act by the **insured** punishable under any federal, state, county or local criminal statute, ordinance or other law.

**Discrimination**

This insurance does not apply to damages arising out of:

- coercion, criticism, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination against or termination of any **employee**; or

- personnel practices, policies, acts or omissions.

**Expected Or Intended Injury**

This insurance does not apply to **bodily injury** to an **employee** which results from an act that:

- is intended by the **insured**; or

- can be expected from the standpoint of a reasonable person

to cause **bodily injury**, even if the injury is of a different degree or type than actually intended or expected.

**Failure To Abate Unsafe Working Conditions**

This insurance does not apply to **bodily injury** arising out of a specific unsafe working condition identified in any violation notice or other notice, order or directive, if:

- the **bodily injury** occurs after any abatement period, including any extensions, set forth in the violation notice or other notice, order or directive and

- the **insured** has failed to abate the violation.

**Failure To Comply With Workers Compensation Laws**

This insurance does not apply to **bodily injury** for which the **insured** is deprived of any defense or is subject to penalty because of failure to comply with the provisions of any workers compensation law.

**CHUBB**                    *Stop Gap*

**Exclusions**
*(continued)*

**Federal Statutes**

This insurance does not apply to **bodily injury** to any person sustained in the course of any employment to the extent it is compensable under any of the following statutes, or any regulations promulgated under them, including any amendments:

- Longshore and Harbor Workers' Compensation Act, (33 USC Sections 901-50);

- Federal Employers' Liability Act, (45 USC Sections 51-60);

- Federal Coal Mine Health and Safety Act of 1969, (30 USC Sections 901-942);

- Nonappropriated Fund Instrumentalities Act (5 USC Sections 8171-8173);

- Outer Continental Shelf Lands Act (43 USC Sections 1331-1356);

- Defense Base Act (42 USC Sections 1651-1654); or

- any other federal workers compensation law or other federal occupational disease law.

**Fines Or Penalties**

This insurance does not apply to any fine, assessment, penalty or punitive or exemplary damages arising out of **bodily injury** to an **employee** employed in violation of the law.

**Migrant And Seasonal Workers**

This insurance does not apply to damages payable under the Migrant and Seasonal Agricultural Worker Protection Act (29 USC Sections 1801-1872) or under any other federal law awarding damages for violation of that act or regulations issued thereunder, including any amendments.

**Vessels**

This insurance does not apply to **bodily injury** to a master or member of the crew of any vessel.

**Workers' Compensation And Similar Laws**

This insurance does not apply to any obligation of the **insured** under a workers compensation, disability benefits or unemployment compensation law or any similar law.

**Conditions**

**Arbitration**

We are entitled to exercise all of the **insured's** rights in the choice of arbitrators and the conduct of any arbitration proceeding, except when the proceeding is between us and the **insured**.

**Bankruptcy**

Bankruptcy or insolvency of the **insured** or the **insured's** estate will not relieve us of any obligation to which this insurance applies.

**Duties In The Event Of Injury, Claim Or Suit**

A.    When a **bodily injury** occurs which results in the death of an **employee**, or an **employee's** loss of thirty (30) or more consecutive days of work, written notice shall be given by or on behalf of you to us as soon as practicable and in any event not later than twelve (12) months from the date of injury. Such notice shall contain full particulars and reasonably obtainable information regarding:

## Conditions

*Duties In The Event Of*
*Injury, Claim Or Suit*
*(continued)*

   1.   how, when and where the **bodily injury** took place; and

   2.   the names and addresses of any injured **employee** and witnesses.

B.   If a claim is made or **suit** is brought against any **insured**, you must:

   1.   immediately record the specifics of the claim or **suit** and the date received; and

   2.   notify us in writing1 as soon as practicable.

C.   You and any other involved **insured** must:

   1.   immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or **suit**;

   2.   authorize us to obtain records and other information;

   3.   cooperate with us in the:

     a.   investigation or settlement of the claim or

     b.   defense of the **suit**; and

   4.   assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the **insured** because of injury to which this insurance may also apply.

D.   No **insured**s will, except at that **insured**'s own cost, make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

E.   Notice given by or on behalf of:

   1.   the **insured**;

   2.   the injured person; or

   3.   any other claimant;

to any licensed agent of ours with particulars sufficient to identify the **insured** shall be deemed notice to us.

F.   Knowledge of an injury by any agent or **employee** of the **insured** will not constitute knowledge by the **insured**, unless an officer or his designee receives such notice from its agent or **employee**.

G.   Failure of an agent or **employee** of the **insured**, other than an officer or his designee, to notify us of any injury which he knows about will not affect the insurance afforded you by this contract.

*Legal Action Against Us*

No person or organization has a right under this insurance:

•   to join us as a party or otherwise bring us into a **suit** asking for damages from an **insured**; or

•   to sue us on this insurance unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an **agreed settlement** or on a final judgement against an **insured** obtained after:

•   an actual trial in a civil proceeding;

•   an arbitration proceeding; or

**CHUBB**    *Stop Gap*

## Conditions

**Legal Action Against Us**
**(continued)**

- an alternative resolution proceeding,

but we will not be liable for damages that are not payable under the terms of this insurance or that are in excess of the applicable Limits Of Insurance.

**Other Insurance**

When a loss covered by this insurance is also covered by other insurance or self-insurance, subject to any limits of liability that apply, all shares will be equal until the loss is paid. If any insurance or self-insurance is exhausted, the shares of all remaining insurance and self-insurance will be equal until the loss is paid.

This insurance supersedes and replaces any other similar insurance which may be found elsewhere in this policy.

**Premium Audit**

We will compute all premiums for this insurance in accordance with our rules and rates.

In accordance with the Estimated Premiums section of the Premium Summary, premiums identified by an asterisk are estimated premiums and are subject to audit. In addition to or in lieu of such designation in the Premium Summary, premiums may be designated as estimated premiums in the Liability Insurance Section of this policy. In that event, these premiums will also be subject to audit and the second paragraph of the Estimated Premiums section of the Premium Summary will apply.

**Separation Of Insureds**

Except with respect to the Limits Of Insurance and any rights or duties specifically assigned in this insurance to the first named **insured**, this insurance applies:

- as if each named **insured** were the only named **insured**; and

- separately to each **insured** against whom claim is made or **suit** is brought.

**Transfer Of Rights Of Recovery**

If the **insured** has rights to recover all or part of any payment we have made under this insurance, those rights are transferred to us. The **insured** must do nothing after loss to impair them. At our request, the **insured** will bring **suit** or transfer those rights to us and help us enforce them.

*THIS PAGE INTENTIONALLY LEFT BLANK*

**CHUBB**                *Stop Gap*

---

## Definitions

**Agreed Settlement**

**Agreed settlement** means a settlement and release of liability signed by us, the **insured** and the claimant or the claimant's legal representative.

---

**Bodily Injury**

**Bodily injury** means physical:

- injury,
- sickness, or
- disease

sustained by a person and, if arising out of the foregoing, mental anguish, mental injury, shock, humiliation or death at any time.

---

**Employee**

**Employee** includes a **leased worker** but does not include a **temporary worker**.

---

**Executive Officer**

**Executive officer** means a person holding any of the officer positions created by your charter, constitution or by-laws.

---

**Insured**

**Insured** means any person or organization qualifying as an insured under the Who Is Insured provision and against whom claim is made or **suit** is brought.

---

**Leased Worker**

**Leased worker** means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. **Leased worker** does not include a **temporary worker**.

---

**Suit**

**Suit** means a civil proceeding in which damages because of **bodily injury** to which this insurance applies are alleged. **Suit** also includes:

- an arbitration proceeding in which such damages are claimed and to which the **insured** must submit or does submit with our consent; or
- any other alternative dispute resolution proceeding in which such damages are claimed and to which the **insured** submits with our consent.

---

**Temporary Worker**

**Temporary worker** means a person who is furnished to you for a finite time period to support or supplement your work force in special work situations such as **employee** absences, temporary skill shortages and seasonal workloads.

---

*Liability Insurance*

*Stop Gap - Ohio*

*Table Of Contents*

| Section | Page No. |
|---|---|
| Who Is Insured | 3 |
| Coverage | 3 |
| Limits Of Insurance | 4 |
| Deductible | 5 |
| Investigation, Defense And Payment Of Damages | 5 |
| Supplementary Payments | 6 |
| Coverage Territory | 6 |
| Exclusions | 6 |
| Conditions | 8 |
| Definitions | 11 |

THIS PAGE INTENTIONALLY LEFT BLANK

**CHUBB**

*Stop Gap - Ohio*

*Contract*

Words and phrases that appear in **bold** print have special meanings and are defined in the Definitions section of this contract.

Throughout this contract the words "you" and "your" refer to the Named **Insured** shown in the Declarations of this policy, and any other person or organization qualifying as a Named **Insured** under this contract. The words "we," "us" and "our" refer to the company providing this insurance.

In addition to the Named **Insured**, other persons or organizations qualify as **insureds**. Those persons or organizations and the conditions under which they qualify are identified in the Who Is Insured section of this contract.

## Who Is Insured

*Sole Proprietorship*

If you are an individual, you and your spouse are **insureds**, but only with respect to the conduct of a business of which you are the sole owner.

*Partnership Or Joint Venture*

If you are a partnership or joint venture, you are an **insured**. Your members, your partners, and their spouses are also **insureds**, but only with respect to the conduct of your business.

*Other Organizations*

If you are an organization other than a partnership, joint venture or limited liability company, you are an **insured**. Your **executive officers** and directors are **insureds**, but only with respect to their duties as your officers or directors. Your stockholders are also **insureds** but only with respect to their liability as stockholders.

*Managers Or Supervisors*

Your managers or supervisors are **insureds**, but only for acts within the scope of their employment by you.

*Limitation On Who Is Insured*

No one is an **insured** for the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a named **insured** in the Declarations.

## Coverage

*Bodily Injury*

We will pay damages the **insured** becomes legally obligated to pay under Ohio law for **bodily injury** by accident or disease to your **employee**, when such damages are claimed against you in a capacity other than as employer and all of the following facts are determined to exist:

- knowledge by the **insured** of the existence of a dangerous process, procedure, instrumentality or condition within your operation;

- knowledge by the **insured** that if the **employee** were subjected by his employment to such dangerous process, procedure, instrumentality or condition, then harm to the **employee** would be a substantial certainty;

## Coverage

**Bodily Injury**
*(continued)*

- the **insured**, with such knowledge, did act to require the **employee** to perform a task, subjecting the **employee** to such dangerous process, procedure, instrumentality or condition; and

- the **employee** suffered **bodily injury** resulting from such dangerous process, procedure, instrumentality or condition.

In addition, where recovery is permitted by law, the damages we will pay include damages for:

- which the **insured** is liable to a third party by reason of a claim or **suit** against the **insured** by the third party to recover the damages claimed against such third party as a result of injury to the **employee**;

- care and loss of services; and

- consequential **bodily injury** to a spouse, child, parent, brother or sister of the injured **employee**,

provided such damages are the direct consequence of **bodily injury** to the **employee** in the course of employment.

This insurance applies to:

- **bodily injury** by accident which occurs during the policy period; and

- **bodily injury** by disease caused or aggravated by the conditions in your operation, when the **employee's** last day of last exposure to such conditions occurs during the policy period.

This insurance applies provided:

- the **employee's** employment is necessary or incidental to your work in the state of Ohio; and

- you maintain full workers compensation coverage in the Ohio Workers Compensation State Fund during the term of this insurance or are a qualified self insurer approved by the Ohio State Workers Compensation Commission.

## Limits Of Insurance

**Aggregate Limit**

Subject to the Bodily Injury By Accident - Each Accident Limit and the Bodily Injury By Disease - Each Employee Limit, the Aggregate Limit is the most we will pay for the sum of damages for:

- **bodily injury** by accident; and

- **bodily injury** by disease.

**Bodily Injury By Accident -
Each Accident**

The Bodily Injury By Accident - Each Accident Limit is the most we will pay for the sum of damages because of **bodily injury** to one or more **employees** in any one accident.

**Bodily injury** by accident does not include disease unless it results directly from **bodily injury** by accident.

Any amount paid for damages arising out of **bodily injury** by accident will reduce the amount of the Aggregate Limit available for payment of damages arising out of any other **bodily injury** by accident.

**CHUBB**                           *Stop Gap - Ohio*

## Limits Of Insurance

| | |
|---|---|
| *Bodily Injury By Accident-*<br>*Each Accident*<br>*(continued)* | If the Aggregate Limit has been reduced by payment of damages to an amount that is less than the Bodily Injury By Accident - Each Accident Limit stated in the Declarations, the remaining Aggregate Limit is the most that will be available for payment of damages arising out of any other **bodily injury** by accident. |
| *Bodily Injury By Disease -*<br>*Each Employee* | The Bodily Injury By Disease-Each Employee Limit is the most we will pay for the sum of all damages because of **bodily injury** by disease to any one **employee**.<br><br>**Bodily injury** by disease does not include disease that results directly from a **bodily injury** by accident.<br><br>Any amount paid for damages arising out of **bodily injury** by disease will reduce the amount of the Aggregate Limit available for payment of damages arising out of any other **bodily injury** by disease.<br><br>If the Aggregate Limit has been reduced by payment of damages to an amount that is less than the Bodily Injury By Disease - Each Employee Limit stated in the Declarations, the remaining Aggregate Limit is the most that will be available for payment of damages arising out of any other **bodily injury** by disease. |
| **Deductible** | The deductible applicable to this insurance is shown in the Declarations. It is agreed that our obligation to pay damages under this Contract on behalf of the **insured** applies only to the amount of damages in excess of the deductible amount applicable to such coverage. The terms of this insurance, including those with respect to our rights and duties with respect to the defense of **suits** and the **insured**'s duties in the event of a claim or **suit**, apply regardless of the application of the deductible amount.<br><br>We may pay any part or all of the deductible amount to settle any claim or **suit** and, when notified, you will promptly reimburse us for such deductible paid. |
| **Investigation, Defense**<br>**And Payment Of**<br>**Damages** | We will have the right and duty to defend any **insured** against a **suit** seeking damages for **bodily injury** to your **employees**. However, we will have no duty to defend any **insured** against a **suit** seeking damages to which this insurance does not apply. We may at our discretion investigate and settle any claim or **suit** that may result.<br><br>The amount we will pay for damages is limited as described in Limits Of Insurance.<br><br>Our right and duty to defend end when we have used up the applicable Limit Of Insurance in the payment of judgements or settlements for **bodily injury** to your **employees**.<br><br>We have no further obligation or liability to pay sums or perform acts or services unless explicitly provided for under Supplementary Payments shown below. |

**Supplementary Payments**

We will pay, with respect to any claim we investigate or settle, or any **suit** against an **insured** we defend:

- all expenses we incur;

- the premium amount of bonds to release attachments, but only for premium amounts within the amount of insurance available. We do not have to furnish these bonds;

- reasonable expenses incurred by the **insured** at our request to assist us in the investigation or defense of the claim or **suit**, including actual loss of earnings up to $300 a day because of time off from work;

- costs taxed against the **insured** in the **suit**;

- prejudgment interest awarded against the **insured** on that part of the judgment we pay. If we make an offer to pay the applicable Limit Of Insurance, we will not pay any prejudgment interest based on that period of time after the offer; and

- all interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable Limit Of Insurance.

These payments will not reduce the Limits Of Insurance.

**Coverage Territory**

This insurance applies only to work performed in the United States of America, its territories or possessions, or Canada. If there is **bodily injury** to a citizen or resident of the United States of America or Canada who is temporarily outside of these countries, then this insurance applies anywhere. However, the **insured**'s responsibility to pay damages must be determined in a **suit** on the merits, in the United States of America, its territories or possessions, Canada or Puerto Rico, or in a settlement we agree to.

## Exclusions

**Age Law Violations**

This insurance does not apply to **bodily injury** sustained by any **employee** employed in violation of any law as to age with the actual knowledge of the **insured**.

**Contractual Liability**

This insurance does not apply to any liability assumed by the **insured** under any contract or agreement.

**Criminal Acts**

This insurance does not apply to **bodily injury** arising out of any act by the **insured** punishable in Ohio under any federal, state, county or local criminal statute, ordinance or other law.

**Discrimination**

This insurance does not apply to damages arising out of:

- coercion, criticism, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination against or termination of any **employee**; or

- personnel practices, policies, acts or omissions.

**CHUBB**    *Stop Gap - Ohio*

### Exclusions
(continued)

**Failure To Abate Unsafe Working Conditions**

This insurance does not apply to **bodily injury** arising out of a specific unsafe working condition identified in any violation notice or other notice, order or directive, if:

- the **bodily injury** occurs after any abatement period, including any extensions, set forth in the violation notice or other notice, order or directive; and

- the **insured** has failed to abate the violation.

**Failure To Comply With Workers Compensation Laws**

This insurance does not apply to **bodily injury** for which the **insured** is deprived of any defense or is subject to penalty because of failure to comply with the provisions of any workers compensation law.

**Federal Statutes**

This insurance does not apply to **bodily injury** to any person sustained in the course of any employment to the extent it is compensable under any of the following statutes, or any regulations promulgated under them, including any amendments:

- Longshore and Harbor Workers' Compensation Act, (33 USC Sections 901-50);

- Federal Employers' Liability Act, (45 USC Sections 51-60);

- Federal Coal Mine Health and Safety Act of 1969, (30 USC Sections 901-942);

- Nonappropriated Fund Instrumentalities Act (5 USC Sections 8171-8173);

- Outer Continental Shelf Lands Act (43 USC Sections 1331-1356);

- Defense Base Act (42 USC Sections 1651-1654); or

- any other federal workers compensation law or other federal occupational disease law.

**Fines Or Penalties**

This insurance does not apply to any fine, assessment, penalty or punitive or exemplary damages arising out of **bodily injury** to an **employee** employed in violation of the law.

**Migrant And Seasonal Workers**

This insurance does not apply to damages payable under the Migrant and Seasonal Agricultural Worker Protection Act (29 USC Sections 1801-1872) or under any other federal law awarding damages for violation of that act or regulations issued thereunder, including any amendments.

**Vessels**

This insurance does not apply to **bodily injury** to a master or member of the crew of any vessel.

**Workers' Compensation And Similar Laws**

This insurance does not apply to any obligation of the **insured** under a workers compensation, disability benefits or unemployment compensation law or any similar law.

## Conditions

**Arbitration**

We are entitled to exercise all of the **insured**'s rights in the choice of arbitrators and the conduct of any arbitration proceeding, except when the proceeding is between us and the **insured**.

**Bankruptcy**

Bankruptcy or insolvency of the **insured** or the **insured**'s estate will not relieve us of any obligation to which this insurance applies.

**Duties In The Event Of Injury, Claim Or Suit**

A. When a **bodily injury** occurs which results in the death of an **employee**, or an **employee**'s loss of thirty (30) or more consecutive days of work, written notice shall be given by or on behalf of you to us as soon as practicable and in any event not later than twelve (12) months from the date of injury. Such notice shall contain full particulars and reasonably obtainable information regarding:

    1. how, when and where the **bodily injury** took place; and

    2. the names and addresses of any injured **employee** and witnesses.

B. If a claim is made or **suit** is brought against any **insured**, you must:

    1. immediately record the specifics of the claim or **suit** and the date received; and

    2. notify us in writing as soon as practicable.

C. You and any other involved **insured** must:

    1. immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or **suit**;

    2. authorize us to obtain records and other information;

    3. cooperate with us in the:

        a. investigation or settlement of the claim or

        b. defense of the **suit**; and

    4. assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the **insured** because of injury to which this insurance may also apply.

D. No **insureds** will, except at that **insured**'s own cost, make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

E. Notice given by or on behalf of:

    1. the **insured**;

    2. the injured person; or

    3. any other claimant;

to any licensed agent of ours with particulars sufficient to identify the **insured** shall be deemed notice to us.

F. Knowledge of an injury by any agent or **employee** of the **insured** will not constitute knowledge by the **insured**, unless an officer or his designee receives such notice from its agent or **employee**.

**CHUBB**                    *Stop Gap - Ohio*

### Conditions

*Duties In The Event Of Injury, Claim Or Suit (continued)*

G. Failure of an agent or **employee** of the insured, other than an officer or his designee, to notify us of any injury which he knows about will not affect the insurance afforded you by this contract.

**Legal Action Against Us**

No person or organization has a right under this insurance:

- to join us as a party or otherwise bring us into a **suit** asking for damages from an **insured**; or

- to sue us on this insurance unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an **agreed settlement** or on a final judgement against an **insured** obtained after:

- an actual trial in a civil proceeding;

- an arbitration proceeding; or

- an alternative resolution proceeding,

but we will not be liable for damages that are not payable under the terms of this insurance or that are in excess of the applicable Limits of Insurance.

**Other Insurance**

When a loss covered by this insurance is also covered by other insurance or self-insurance, subject to any limits of liability that apply, all shares will be equal until the loss is paid. If any insurance or self-insurance is exhausted, the shares of all remaining insurance and self-insurance will be equal until the loss is paid.

This insurance supersedes and replaces any other similar insurance which may be found elsewhere in this policy.

**Premium Audit**

We will compute all premiums for this insurance in accordance with our rules and rates.

In accordance with the Estimated Premiums section of the Premium Summary, premiums identified by an asterisk are estimated premiums and are subject to audit. In addition to or in lieu of such designation in the Premium Summary, premiums may be designated as estimated premiums in the Liability Insurance Section of this policy. In that event, these premiums will also be subject to audit and the second paragraph of the Estimated Premiums section of the Premium Summary will apply.

**Separation Of Insureds**

Except with respect to the Limits Of Insurance and any rights or duties specifically assigned in this insurance to the first named **insured**, this insurance applies:

- as if each named **insured** were the only named **insured**; and

- separately to each **insured** against whom claim is made or **suit** is brought.

**Conditions**
(continued)

Transfer Of Rights Of
Recovery

If the **insured** has rights to recover all or part of any payment we have made under this insurance, those rights are transferred to us. The **insured** must do nothing after loss to impair them. At our request, the **insured** will bring **suit** or transfer those rights to us and help us enforce them.



*Stop Gap - Ohio*

---

| | |
|---|---|
| **Definitions** | WHEN USED WITH RESPECT TO INSURANCE UNDER THIS CONTRACT: |
| **Agreed Settlement** | **Agreed settlement** means a settlement and release of liability signed by us, the **insured** and the claimant or the claimant's legal representative. |
| **Bodily Injury** | **Bodily injury** means physical: |

- injury,
- sickness, or
- disease

sustained by a person and, if arising out of the foregoing, mental anguish, mental injury, shock, humiliation or death at any time.

| | |
|---|---|
| **Employee** | **Employee** includes a **leased worker** but does not include a **temporary worker**. |
| **Executive Officer** | **Executive officer** means a person holding any of the officer positions created by your charter, constitution or by-laws. |
| **Insured** | **Insured** means any person or organization qualifying as an insured under the Who Is Insured provision and against whom claim is made or **suit** is brought. |
| **Leased Worker** | **Leased worker** means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. **Leased worker** does not include a **temporary worker**. |
| **Suit** | **Suit** means a civil proceeding in which damages because of **bodily injury** to which this insurance applies are alleged. **Suit** also includes: |

- an arbitration proceeding in which such damages are claimed and to which the **insured** must submit or does submit with our consent; or
- any other alternative dispute resolution proceeding in which such damages are claimed and to which the **insured** submits with our consent.

| | |
|---|---|
| **Temporary Worker** | **Temporary worker** means a person who is furnished to you for a finite time period to support or supplement your work force in special work situations such as **employee** absences, temporary skill shortages and seasonal workloads. |

---

## Liability Insurance

### Stop Gap - West Virginia

#### Table Of Contents

| Section | Page No. |
|---|---|
| Who Is Insured | 3 |
| Coverage | 3 |
| Limits Of Insurance | 5 |
| Deductible | 5 |
| Investigation, Defense And Payment Of Damages | 6 |
| Supplementary Payments | 6 |
| Coverage Territory | 6 |
| Exclusions | 6 |
| Conditions | 8 |
| Definitions | 11 |

THIS PAGE INTENTIONALLY LEFT BLANK



**Stop Gap - West Virginia**

### Contract

Words and phrases that appear in **bold** print have special meanings and are defined in the Definitions section of this contract.

Throughout this contract the words "you" and "your" refer to the Named **Insured** shown in the Declarations of this policy, and any other person or organization qualifying as a Named **Insured** under this contract. The words "we," "us" and "our" refer to the company providing this insurance.

In addition to the Named **Insured**, other persons or organizations qualify as **insureds**. Those persons or organizations and the conditions under which they qualify are identified in the Who Is Insured section of this contract.

## Who Is Insured

**Sole Proprietorship**

If you are an individual, you and your spouse are **insureds**, but only with respect to the conduct of a business of which you are the sole owner.

**Partnership Or Joint Venture**

If you are a partnership or joint venture, you are an **insured**. Your members, your partners, and their spouses are also **insureds**, but only with respect to the conduct of your business.

**Other Organizations**

If you are an organization other than a partnership, joint venture or limited liability company, you are an **insured**. Your **executive officers** and directors are **insureds**, but only with respect to their duties as your officers or directors. Your stockholders are also **insureds** but only with respect to their liability as stockholders.

**Managers Or Supervisors**

Your managers or supervisors are **insureds**, but only for acts within the scope of their employment by you.

**Limitation On Who Is Insured**

No one is an **insured** for the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a named **insured** in the Declarations.

## Coverage

**Bodily Injury**

We will pay damages the **insured** becomes legally obligated to pay under West Virginia law for **bodily injury** by accident or disease to your **employee**, when such damages are claimed against you in a capacity other than as employer and the trier of fact determines that all five of the following facts are proven:

A.  that a specific unsafe working condition existed in your workplace which presented a high degree of risk and strong probability of serious injury or death;

B.  that you had a subjective realization and an appreciation of the existence of such specific unsafe working conditions and of the high degree of risk and the strong probability of serious injury or death presented by such specific unsafe working condition;

---

**Coverage**

*Bodily Injury*
*(continued)*

    C.   that such specific unsafe working condition was a violation of a state or federal safety statute, rule or regulation, whether cited or not, or of a commonly accepted and well-known safety standard within your industry or business, and that the statute, rule, regulation or standard was specifically applicable to the particular work and working conditions involved, as contrasted with a statute, rule, regulation or standard generally requiring safe workplaces, equipment or working conditions;

    D.   that notwithstanding the existence of the facts set forth in A., B., and C. above, you nevertheless thereafter exposed an **employee** to such specific unsafe working condition intentionally; and

    E.   that such **employee** suffered serious injury or death as a direct and proximate result of such specific unsafe working condition.

In addition, where recovery is permitted by law, the damages we will pay include damages for:

- which the **insured** is liable to a third party by reason of a claim or **suit** against the **insured** by the third party to recover damages claimed against such third party as a result of injury to the **employee**;

- care and loss of services; and

- consequential **bodily injury** to a spouse, child, parent, brother or sister of the injured **employee**,

provided such damages are the direct consequence of **bodily injury** to the **employee** in the course of employment.

This insurance applies to:

- **bodily injury** by accident which occurs during the policy period; and

- **bodily injury** by disease caused or aggravated by the conditions in your operation, when the **employee's** last day of last exposure to such conditions occurs during the policy period.

This insurance applies provided:

- the **employee** is reported and declared under the West Virginia Workers Compensation State Fund or a qualified self insurance program approved by the State of West Virginia Workers Compensation Commission;

- the **employee's** employment is necessary or incidental to your work in the state of West Virginia; and

- you maintain full Workers Compensation coverage in the West Virginia Workers Compensation State Fund during the term of this insurance or are a qualified self insurer approved by the West Virginia State Workers Compensation Commission.

**CHUBB**

_Stop Gap - West Virginia_

### Limits Of Insurance

**Aggregate Limit**

Subject to the Bodily Injury By Accident - Each Accident Limit and the Bodily Injury By Disease - Each Employee Limit, the Aggregate Limit is the most we will pay for the sum of damages for:

- **bodily injury** by accident; and

- **bodily injury** by disease.

**Bodily Injury By Accident - Each Accident**

The Bodily Injury By Accident - Each Accident Limit is the most we will pay for the sum of damages because of **bodily injury** to one or more **employees** in any one accident.

**Bodily injury** by accident does not include disease unless it results directly from **bodily injury** by accident.

Any amount paid for damages arising out of **bodily injury** by accident will reduce the amount of the Aggregate Limit available for payment of damages arising out of any other **bodily injury** by accident.

If the Aggregate Limit has been reduced by payment of damages to an amount that is less than the Bodily Injury By Accident - Each Accident Limit stated in the Declarations, the remaining Aggregate Limit is the most that will be available for payment of damages arising out of any other **bodily injury** by accident.

**Bodily Injury By Disease - Each Employee**

The Bodily Injury By Disease-Each Employee Limit is the most we will pay for the sum of all damages because of **bodily injury** by disease to any one **employee**.

**Bodily injury** by disease does not include disease that results directly from a **bodily injury** by accident.

Any amount paid for damages arising out of **bodily injury** by disease will reduce the amount of the Aggregate Limit available for payment of damages arising out of any other **bodily injury** by disease.

If the Aggregate Limit has been reduced by payment of damages to an amount that is less than the Bodily Injury By Disease - Each Employee Limit stated in the Declarations, the remaining Aggregate Limit is the most that will be available for payment of damages arising out of any other **bodily injury** by disease.

**Deductible**

The deductible applicable to this insurance is shown in the Declarations. It is agreed that our obligation to pay damages under this Contract on behalf of the **insured** applies only to the amount of damages in excess of the deductible amount applicable to such coverage. The terms of this insurance, including those with respect to our rights and duties with respect to the defense of **suits** and the **insured's** duties in the event of a claim or **suit**, apply regardless of the application of the deductible amount.

We may pay any part or all of the deductible amount to settle any claim or **suit** and, when notified, you will promptly reimburse us for such deductible paid.

**Investigation, Defense And Payment Of Damages**

We will have the right and duty to defend any **insured** against a **suit** seeking damages for **bodily injury** to your **employees**. However, we will have no duty to defend any **insured** against a **suit** seeking damages to which this insurance does not apply. We may at our discretion investigate and settle any claim or suit that may result.

The amount we will pay for damages is limited as described in Limits Of Insurance. Our right and duty to defend end when we have used up the applicable Limit Of Insurance in the payment of judgements or settlements for **bodily injury** to your **employees**.

We have no further obligation or liability to pay sums or perform acts or services unless explicitly provided for under Supplementary Payments shown below.

**Supplementary Payments**

We will pay, with respect to any claim we investigate or settle, or any **suit** against an **insured** we defend:

- all expenses we incur;

- the premium amount of bonds to release attachments, but only for premium amounts within the amount of insurance available. We do not have to furnish these bonds;

- reasonable expenses incurred by the **insured** at our request to assist us in the investigation or defense of the claim or **suit**, including actual loss of earnings up to $300 a day because of time off from work;

- costs taxed against the **insured** in the suit;

- prejudgment interest awarded against the **insured** on that part of the judgment we pay. If we make an offer to pay the applicable Limit Of Insurance, we will not pay any prejudgment interest based on that period of time after the offer; and

- all interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable Limit Of Insurance.

These payments will not reduce the Limits Of Insurance.

**Coverage Territory**

This insurance applies only to work performed in the United States of America, its territories or possessions, or Canada. If there is **bodily injury** to a citizen or resident of the United States of America or Canada who is temporarily outside of these countries, then this insurance applies anywhere. However, the **insured's** responsibility to pay damages must be determined in a **suit** on the merits, in the United States of America, its territories or possessions, Canada or Puerto Rico, or in a settlement we agree to.

## Exclusions

**Age Law Violations**

This insurance does not apply to **bodily injury** sustained by any **employee** employed in violation of any law as to age with the actual knowledge of the **insured**.

**Contractual Liability**

This insurance does not apply to any liability assumed by the **insured** under any contract or agreement.

**CHUBB**

*Stop Gap - West Virginia*

### Exclusions
(continued)

**Criminal Acts**

This insurance does not apply to **bodily injury** arising out of any act by the **insured** punishable under any federal, state, county or local criminal statute, ordinance or other law.

**Discrimination**

This insurance does not apply to damages arising out of:

- coercion, criticism, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination against or termination of any **employee**; or

- personnel practices, policies, acts or omissions.

**Dishonesty**

This insurance does not apply to damages brought about or contributed to by the dishonesty of any **insured** if a judgment or other final adjudication establishes that acts of active and deliberate dishonesty were committed or attempted by any **insured** with actual dishonest purpose and intent and were material to the cause of action so adjudicated.

**Expected Or Intended Injury**

This insurance does not apply to **bodily injury** to an **employee** which results from an act that is intended by the **insured** to cause **bodily injury**, even if the injury is of a different degree or type than actually intended or expected.

This exclusion does not apply to causes of action pursuant to West Virginia Code Section 23-4-2, including any amendments thereto, as interpreted by the Supreme Court of West Virginia in Mandolidis v. Elkins Industries, Inc., 246 S.E. 2d 907 (1978), for **bodily injury** by accident occurring as a result of intentional, willful, reckless or wanton misconduct by or at the direction of the **insured**.

**Failure To Abate Unsafe Working Conditions**

This insurance does not apply to **bodily injury** arising out of a specific unsafe working condition identified in any violation notice or other notice, order or directive, if:

- the **bodily injury** occurs after any abatement period, including any extensions, set forth in the violation notice or other notice, order or directive and

- the **insured** has failed to abate the violation.

**Failure To Comply With Workers Compensation Laws**

This insurance does not apply to **bodily injury** for which the **insured** is deprived of any defense or is subject to penalty because of failure to comply with the provisions of any workers compensation law.

### Exclusions
(continued)

**Federal Statutes**

This insurance does not apply to **bodily injury** to any person sustained in the course of any employment to the extent it is compensable under any of the following statutes, or any regulations promulgated under them, including any amendments:

- Longshore and Harbor Workers' Compensation Act, (33 USC Sections 901-50);
- Federal Employers' Liability Act, (45 USC Sections 51-60);
- Federal Coal Mine Health and Safety Act of 1969, (30 USC Sections 901-942);
- Nonappropriated Fund Instrumentalities Act (5 USC Sections 8171-8173);
- Outer Continental Shelf Lands Act (43 USC Sections 1331-1356);
- Defense Base Act (42 USC Sections 1651-1654); or
- any other federal workers compensation law or other federal occupational disease law.

**Fines Or Penalties**

This insurance does not apply to any fine, assessment, penalty or punitive or exemplary damages arising out of **bodily injury** to an **employee** employed in violation of the law.

**Migrant And Seasonal Workers**

This insurance does not apply to damages payable under the Migrant and Seasonal Agricultural Worker Protection Act (29 USC Sections 1801-1872) or under any other federal law awarding damages for violation of that act or regulations issued thereunder, including any amendments.

**Vessels**

This insurance does not apply to **bodily injury** to a master or member of the crew of any vessel.

**Workers' Compensation And Similar Laws**

This insurance does not apply to any obligation of the **insured** under a workers compensation, disability benefits or unemployment compensation law or any similar law.

### Conditions

**Arbitration**

We are entitled to exercise all of the **insured's** rights in the choice of arbitrators and the conduct of any arbitration proceeding, except when the proceeding is between us and the **insured**.

**Bankruptcy**

Bankruptcy or insolvency of the **insured** or the **insured's** estate will not relieve us of any obligation to which this insurance applies.

**Duties In The Event Of Injury, Claim Or Suit**

A. When a **bodily injury** occurs which results in the death of an **employee**, an **employee's** loss of thirty (30) or more consecutive days of work, written notice shall be given by or on behalf of you to us as soon as practicable and in any event not later than twelve (12) months from the date of injury. Such notice shall contain full particulars and reasonably obtainable information regarding:

1. how, when and where the **bodily injury** took place; and
2. the names and addresses of any injured **employee** and witnesses.



*Stop Gap - West Virginia*

## Conditions

**Duties In The Event Of Injury, Claim Or Suit (continued)**

B.  If a claim is made or **suit** is brought against any **insured**, you must:

   1.  immediately record the specifics of the claim or **suit** and the date received; and

   2.  notify us in writing as soon as practicable.

C.  You and any other involved **insured** must:

   1.  immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or suit;

   2.  authorize us to obtain records and other information;

   3.  cooperate with us in the:

      a.  investigation or settlement of the claim or

      b.  defense of the **suit**; and

   4.  assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the **insured** because of injury to which this insurance may also apply.

D.  No **insureds** will, except at that **insured**'s own cost, make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

E.  Notice given by or on behalf of:

   1.  the **insured**;

   2.  the injured person; or

   3.  any other claimant;

   to any licensed agent of ours with particulars sufficient to identify the **insured** shall be deemed notice to us.

F.  Knowledge of an injury by any agent or **employee** of the **insured** will not constitute knowledge by the **insured**, unless an officer or his designee receives such notice from its agent or **employee**.

G.  Failure of an agent or **employee** of the **insured**, other than an officer or his designee, to notify us of any injury which he knows about will not affect the insurance afforded you by this contract.

**Legal Action Against Us**

No person or organization has a right under this insurance:

•  to join us as a party or otherwise bring us into a **suit** asking for damages from an **insured**; or

•  to sue us on this insurance unless all of its terms have been fully complied with.

## Conditions

**Legal Action Against Us** *(continued)*

A person or organization may sue us to recover on an **agreed settlement** or on a final judgement against an **insured** obtained after:

* an actual trial in a civil proceeding;
* an arbitration proceeding; or
* an alternative resolution proceeding,

but we will not be liable for damages that are not payable under the terms of this insurance or that are in excess of the applicable Limits of Insurance.

**Other Insurance**

When a loss covered by this insurance is also covered by other insurance or self-insurance, subject to any limits of liability that apply, all shares will be equal until the loss is paid. If any insurance or self-insurance is exhausted, the shares of all remaining insurance and self-insurance will be equal until the loss is paid.

This insurance supersedes and replaces any other similar insurance which may be found elsewhere in this policy.

**Premium Audit**

We will compute all premiums for this insurance in accordance with our rules and rates.

In accordance with the Estimated Premiums section of the Premium Summary, premiums identified by an asterisk are estimated premiums and are subject to audit. In addition to or in lieu of such designation in the Premium Summary, premiums may be designated as estimated premiums in the Liability Insurance Section of this policy. In that event, these premiums will also be subject to audit and the second paragraph of the Estimated Premiums section of the Premium Summary will apply.

**Separation Of Insureds**

Except with respect to the Limits Of Insurance and any rights or duties specifically assigned in this insurance to the first named **insured**, this insurance applies:

* as if each named **insured** were the only named **insured**; and
* separately to each **insured** against whom claim is made or **suit** is brought.

**Transfer Of Rights Of Recovery**

If the **insured** has rights to recover all or part of any payment we have made under this insurance, those rights are transferred to us. The **insured** must do nothing after loss to impair them. At our request, the **insured** will bring **suit** or transfer those rights to us and help us enforce them.

**CHUBB**

*Stop Gap - West Virginia*

## Definitions

WHEN USED WITH RESPECT TO INSURANCE UNDER THIS CONTRACT:

**Agreed Settlement**

Agreed settlement means a settlement and release of liability signed by us, the **insured** and the claimant or the claimant's legal representative.

**Bodily Injury**

Bodily injury means physical:

* injury,
* sickness, or
* disease

sustained by a person and, if arising out of the foregoing, mental anguish, mental injury, shock, humiliation or death at any time.

**Employee**

Employee includes a **leased worker** but does not include a **temporary worker**.

**Executive Officer**

Executive officer means a person holding any of the officer positions created by your charter, constitution or by-laws.

**Insured**

Insured means any person or organization qualifying as an insured under the Who Is Insured provision and against whom claim is made or **suit** is brought.

**Leased Worker**

Leased worker means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. **Leased worker** does not include a **temporary worker**.

**Suit**

Suit means a civil proceeding in which damages because of **bodily injury** to which this insurance applies are alleged. Suit also includes:

* an arbitration proceeding in which such damages are claimed and to which the **insured** must submit or does submit with our consent; or
* any other alternative dispute resolution proceeding in which such damages are claimed and to which the **insured** submits with our consent.

**Temporary Worker**

Temporary worker means a person who is furnished to you for a finite time period to support or supplement your work force in special work situations such as **employee** absences, temporary skill shortages and seasonal workloads.

*Liability Insurance Section*

*Endorsements*

**CHUBB**

*Liability Insurance*

*Endorsement*

| | |
|---|---|
| Policy Period | MARCH 7, 2006 TO MARCH 7, 2007 |
| Effective Date | MARCH 7, 2006 |
| Policy Number | 3579-67-25 PHL |
| Insured | ENTERCOM COMMUNICATIONS CORPORATION |
| Name of Company | VIGILANT INSURANCE COMPANY |
| Date Issued | MAY 3, 2006 |

This Endorsement applies to the following forms:

EMPLOYEE BENEFITS ERRORS OR OMISSIONS
GENERAL LIABILITY
STOP GAP
STOP GAP - OHIO
STOP GAP - WEST VIRGINIA

**Exclusion Endorsement**

The following exclusion is added to this policy and replaces any similar exclusion contained therein. The use of the words damages, loss, cost or expense in any exclusion does not expand any coverage(s) under this contract.

**Information Distribution Laws**

With respect to all coverages under this contract, this insurance does not apply to any damages, loss, cost or expense arising out of any actual or alleged violation of:

- the United States of America CAN-SPAM Act of 2003 or any law amendatory thereof;

- the United States of America Telephone Consumer Protection Act (TCPA) of 1991 or any law amendatory thereof; or

- any other ordinance, regulation or statute relating to communicating, distribution, publication, sending or transmitting of content, information or material.

**Liability Endorsement**
(continued)

All other terms and conditions remain unchanged.

Authorized Representative _____ *Robert Hamburger* _____



**Liability Insurance**

Endorsement

Policy Period          MARCH 7, 2006   TO   MARCH 7, 2007

Effective Date         MARCH 7, 2006

Policy Number          3579-67-25 PHL

Insured                ENTERCOM COMMUNICATIONS CORPORATION

Name of Company        VIGILANT INSURANCE COMPANY

Date Issued            MAY 3, 2006

This Endorsement applies to the following forms:

EMPLOYEE BENEFITS ERRORS OR OMISSIONS
GENERAL LIABILITY
STOP GAP
STOP GAP - OHIO
STOP GAP - WEST VIRGINIA

**Terrorism Provisions**

A new section titled Terrorism Provisions is added to the end of this contract.

Cap On Certified
Terrorism Losses

With respect to any one, or more than one, **certified act of terrorism** under the **terrorism law**, we will not pay any amount for which we are not responsible pursuant to the terms of the **terrorism law** (including any subsequent action of Congress pursuant to the **terrorism law**) due to the application of any clause which results in a cap on our liability for payments for terrorism losses.

**Terrorism Definitions**

A new section titled Terrorism Definitions is added.

Certified Act Of Terrorism   **Certified act of terrorism** means any act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act:

A.   of terrorism, a violent act or an act that is dangerous to human life, property or infrastructure; and

B.   that results in damage:

    I.   within the **United States**; or

**Liability Insurance**
*(continued)*

2.  outside of the **United States** in the case of:

a.  an air carrier or vessel as described in the **terrorism law**; or

b.  the premises of a mission of the United States of America,

which was committed by an individual or individuals acting on behalf of any foreign person or foreign interest as part of an effort to:

- coerce the civilian population; or

- influence the policy or affect the conduct of the Government,

of the **United States**.

**Certified act of terrorism** does not include an act that:

- is committed as part of the course of a war declared by the Congress of the **United States**; or

- does not result in property and casualty insurance losses that exceed $5 million in the aggregate.

| | |
|---|---|
| **State** | **State** means any state of the United States of America, the District of Columbia, the Commonwealth of Puerto Rico, the Commonwealth of the Northern Mariana Islands, American Samoa, Guam, each of the United States Virgin Islands, and any territory or possession of the United States of America. |
| **Terrorism Law** | **Terrorism law** means the "Terrorism Risk Insurance Act of 2002" (Pub.L. 107-297) of the United States of America. |
| **United States** | **United States** means: |

- a state; and

- the territorial sea and the continental shelf of the United States of America, as described in the **terrorism law**.

All other terms and conditions remain unchanged.

*Authorized Representative*     Robert Hamburger

**CHUBB**

*Liability Insurance*

---

*Endorsement*

| | |
|---|---|
| Policy Period | MARCH 7, 2006  TO  MARCH 7, 2007 |
| Effective Date | MARCH 7, 2006 |
| Policy Number | 3579-67-25 PHL |
| Insured | ENTERCOM COMMUNICATIONS CORPORATION |
| Name of Company | VIGILANT INSURANCE COMPANY |
| Date Issued | MAY 3, 2006 |

---

This Endorsement applies to the following forms:

GENERAL LIABILITY

---

**Who Is An Insured**

Under Who Is An Insured, the provision titled Subsidiary Or Newly Acquired Or Formed Organizations is deleted and replaced by the following:

*Subsidiary Or Newly Acquired Or Formed Organizations*

If there is no other similar insurance available, the following will qualify to be a named **insured**:

- an organization (other than a partnership, joint venture or limited liability company) in which you maintain majority financial interest at the beginning of the policy period; and

- an organization (other than a partnership, joint venture or limited liability company) that you acquire or form during the policy period, but only if you maintain majority financial interest in such an organization.

---

**Advertising Injury/Personal Injury Exclusions**

Under Advertising Injury/Personal Injury Exclusions, the exclusion titled Media Type Businesses is deleted and replaced by the following:

Media Type Businesses

This insurance does not apply to **advertising injury** or **personal injury** arising out of an offense committed by an **insured** whose business is advertising, cablecasting, publishing, telecasting or telemarketing.

This exclusion does not apply to offenses A., B. or C. under the definition of **personal injury**.

**Policy Exclusions**

Under Policy Exclusions, the following exclusion is added:

Broadcast Communications

This insurance does not apply to **bodily injury**, **property damage**, **advertising injury** or **personal injury** arising out of broadcasting of matter over radio, television, cable, computer or other broadcasting facilities.

All other terms and conditions remain unchanged.

Authorized Representative _____ *Robert Hamburger*

**CHUBB**

*Liability Insurance*

## Endorsement

| | |
|---|---|
| *Policy Period* | MARCH 7, 2006  TO  MARCH 7, 2007 |
| *Effective Date* | MARCH 7, 2006 |
| *Policy Number* | 3579-67-25 PHL |
| *Insured* | ENTERCOM COMMUNICATIONS CORPORATION |
| *Name of Company* | VIGILANT INSURANCE COMPANY |
| *Date Issued* | JUNE 9, 2006 |

This Endorsement applies to the following forms:

GENERAL LIABILITY

**COMPOSITE
RATE
ENDORSEMENT**

The premium shown below is a deposit premium. At the conclusion
of the policy period, the earned premium for the period shall be
computed by applying the rate shown below to the actual revenue
for that policy period:

| RATE | REVENUE | PREMIUM |
|---|---|---|
| 0.633 per $1,000. | $140,697,473. | $89,118. |

All other terms and conditions remain unchanged.

*Authorized Representative*    Robert Hamburger

*Liability Insurance*
Form 80-02-2373 (Ed. 4-94)

COMPOSITE RATE ENDORSEMENT
Endorsement

last page
Page 1


**CHUBB**

**Liability Insurance**

## Endorsement

| | |
|---|---|
| Policy Period | MARCH 7, 2006  TO  MARCH 7, 2007 |
| Effective Date | MARCH 7, 2006 |
| Policy Number | 3579-67-25 PHL |
| Insured | ENTERCOM COMMUNICATIONS CORPORATION |
| Name of Company | VIGILANT INSURANCE COMPANY |
| Date Issued | MAY 3, 2006 |

This Endorsement applies to the following forms:

GENERAL LIABILITY

**LIABILITY
DEDUCTIBLE
AMENDMENT**

It is hereby agreed that the liability deductible for all lines of coverage for this policy will be $500,000 per occurrence, and the aggregate is combined with the Automobile Liability coverage and will be $1,000,000.

All other terms and conditions remain unchanged.

Authorized Representative _____ *Robert Hamburger* _____


**CHUBB**

*Liability Insurance*

*Endorsement*

| | |
|---|---|
| *Policy Period* | 03/07/2006 to 03/07/2007 |
| *Effective Date* | 03/07/2006 |
| *Policy Number* | 3579-67-25 |
| *Insured* | ENTERCOM COMMUNICATIONS CORPORATION |
| *Name of Company* | VIGILANT INSURANCE COMPANY |
| *Date Issued* | JUNE 9, 2006 |

This endorsement applies to the following forms:

GENERAL LIABILITY
STOP GAP
STOP GAP – OHIO
STOP GAP – WEST VIRGINIA
LIQUOR LIABILITY

**Deductible**

The following section, titled Deductible, is added to the forms described above and replaces any deductible provisions contained therein.

*Deductible Payment And Reimbursement*

A. The provisions of this Deductible section apply to the Coverages as indicated in the Schedule.

B. Subject to all of the terms and conditions of the applicable Coverages, we will pay amounts, to which such Coverages apply, until our obligations have ended by using up the applicable Limits Of Insurance.

C. You must promptly reimburse us for any:

1. "Damages/Loss" we pay, up to the Deductible as described in the Schedule; and

2. allocated loss adjustment expenses (ALAE), according to the ALAE Basis as indicated in the Schedule.

D. The rules below describe the operation of Deductibles on an:

1. Each Claim basis.

2. Each "Event" basis.

Only one of such bases of operation applies to this insurance. The basis of operation of the Deductible applicable to this insurance is the one as indicated in the Schedule.

Liability Insurance
Form 80-02-2373 (Ed. 04-94)

Deductible – Risk Management
Endorsement

continued
Page 1

## *Liability Insurance*

### Endorsement

| | |
|---|---|
| *Effective Date* | 03/07/2006 |
| *Policy Number* | 3579-67-25 |

If the Deductible is indicated to operate on an:

- Each Claim basis, then the Deductible applies separately to the sum of amounts described in paragraph C. above, in accordance with the Coverage descriptions in the Schedule, in connection with loss sustained by any one person or organization that is caused by any one "Event."

  With respect to any amounts described in paragraph C. above, in connection with claims for care, loss of services or death resulting from bodily injury, separate Deductibles will be applied to the sums of such amounts applicable to each person or organization making such claims.

**Deductible**

*Deductible Payment And Reimbursement (continued)*

- Each "Event" basis, then the Deductible applies separately to the sums of amounts described in paragraph C. above, in accordance with the Coverage descriptions in the Schedule, in connection with loss that is caused by any one "Event."

E. If an amount is shown in the Schedule for the Aggregate Deductible, then that is the amount, in the aggregate, you must promptly reimburse us for all amounts described in paragraph C. above, subject to the following:

1. The Aggregate Deductible described in the Schedule is an estimated amount (based on the Estimated Basis and Rate shown in the Schedule) and is subject to audit. The amount of the actual Aggregate Deductible will be determined at the end of the policy period by using such Rate and the actual amount of the Basis. But, the actual Aggregate Deductible will not be less than the Minimum Aggregate Deductible shown in the Schedule.

2. You must promptly reimburse us for any additional amounts of the actual Aggregate Deductible as determined by audit. The first named insured must keep records of the information we need for determining the amount of the actual Aggregate Deductible and promptly send us copies at such times as we may request.

   If no amount is shown in the Schedule for the Aggregate Deductible, then there is no aggregate limit applicable to your reimbursement obligations, and you must promptly reimburse us for all amounts described in paragraph C. above, regardless of the number of losses.

F. Deductibles will not be reduced, regardless of whether this insurance (or this endorsement) is issued for a policy period of less than twelve (12) months or this insurance (or this endorsement) is terminated before the end of the policy period shown in the Declarations, for any reason.

*Liability Insurance*
Form 80-02-2373 (Ed. 04-94)

*Deductible – Risk Management*
*Endorsement*

*continued*
Page 2

### *Liability Insurance*

*Endorsement*

*Effective Date*        03/07/2006

*Policy Number*       3579-67-25

*Deductible Conditions*    A.   Rights and Duties

     1.   The terms and conditions of the applicable Coverages, including those with respect to:

        a.   our right and duty to defend the insured;

        b.   our rights to investigate any "Event" and to make any settlements; and

*Deductible*

*Deductible Conditions (continued)*

        c.   the insured's duties in the event of any "Event," claim or suit;

        continue to apply, regardless of the application of any Deductible.

     2.   The first named insured shown in the Declarations agrees, and is authorized, to promptly reimburse us for any and all reimbursable amounts under this insurance, any other insurance issued by us or an affiliate of ours or any antecedent insurance.

     3.   Each named insured is jointly and severally liable for any and all reimbursable amounts under this insurance, any other insurance issued by us or an affiliate of ours or any antecedent insurance.

     4.   Regardless of the application of any Deductible, we may, at our discretion, initiate or participate in an appeal of a judgment, if such judgment may result in a payment under this insurance.

     5.   Our rights of recovery against others continue to apply, regardless of the application of any Deductible. Any amount recovered will be apportioned as follows:

        a.   first, we shall receive all amounts recovered until we have been fully reimbursed for all amounts we have incurred (including costs or expenses of such recovery proceedings) in connection with amounts that exceed the Deductible;

        b.   then, remaining amounts recovered will be applied to reimburse you and us, in accordance with our respective rights and obligations in connection with amounts that are within the Deductible (including costs or expenses of such recovery proceedings); and

        c.   then, you may claim the further remaining amounts recovered.

## Liability Insurance

### Endorsement

| | |
|---|---|
| Effective Date | 03/07/2006 |
| Policy Number | 3579-67-25 |

6. Failure to promptly reimburse us under the provisions of this insurance, any other insurance issued by us or an affiliate of ours or any antecedent insurance shall be deemed an event of nonpayment of premium.

B. Working Fund Deposit

In addition to the premium for this insurance, you must promptly pay us in cash the amount of any Working Fund Deposit (or any amount necessary to maintain such Working Fund Deposit) that we may require.

**Deductible**

**Deductible Conditions (continued)**

C. Security Interest

You must promptly deliver to us any Security Interest that we may require, in the types and the amounts acceptable to us.

D. Working Fund Deposit And Security Interest Maintenance

We may apply any Working Fund Deposit and any Security Interest to any insured's obligations under this insurance, any other insurance issued by us or an affiliate of ours or any antecedent insurance.

We may review any Working Fund Deposit and any Security Interest (relative to this insurance, any other insurance issued by us or an affiliate of ours or any antecedent insurance) at any time. If we determine that an increase in any Working Fund Deposit or Security Interest is required, you must promptly provide us such increase.

If you fail to comply with any of the provisions of this Deductible section, we may liquidate any Working Fund Deposit or Security Interest and take ownership of the proceeds to the extent of any and all insureds' debts to us or affiliates of ours. The surplus of such proceeds in excess of such debts will remain in our possession as security interest until the termination of all insureds' reimbursement obligations, as determined by us.

Failure to promptly deliver (or maintain) any Working Fund Deposit or Security Interest to us under the provisions of this insurance, any other insurance issued by us or an affiliate of ours or any antecedent insurance shall be deemed an event of nonpayment of premium.

Under the Limits Of Insurance section (of the Contracts to which the provisions of the Deductible section apply), the following provision is added.

Liability Insurance
Form 80-02-2373 (Ed. 04-94)

Deductible – Risk Management
Endorsement

continued
Page 4

### Liability Insurance

*Endorsement*

*Effective Date*      03/07/2006

*Policy Number*      3579-67-25

**Limits Of Insurance**

Amounts that are:

- within the Deductible; and

- described as reducing the Limits Of Insurance;

will reduce the Limits Of Insurance.

The Limits Of Insurance will not be increased or reinstated by any Deductible or any amount that you must reimburse to us in connection with any Deductible.

Under the Definitions section (of the Contracts to which the provisions of the Deductible section apply), the following definition is added.

**Definitions**

*Allocated Loss Adjustment Expenses*

**Allocated loss adjustment expenses:**

A.   means:

    1.   reasonable attorney and paralegal fees and salaries (including those of attorneys and paralegals who are our employees).

    2.   reasonable expenses relating to a suit to which this insurance applies, including the cost of expert witnesses, transcripts, court reporters, research reports and depositions.

    3.   the cost of:

        a.   bail bonds; or

        b.   bonds required to:

            1)   appeal judgements; or

            2)   release attachments;

        but only for:

        - bonds in connection with a suit to which this insurance applies; and

        - bond amounts within the available Limits Of Insurance.

    We do not have to furnish these bonds.

    4.   costs taxed against the insured in a suit to which this insurance applies.

    5.   the reasonable cost and expense of any investigation that we undertake, at our discretion, after receiving notice from you or any other person or organization, regardless of whether such notice constitutes a claim or suit.

    6.   other reasonable expenses that we allocate to a specific claim or suit.

## *Liability Insurance*

### *Endorsement*

| | |
|---|---|
| *Effective Date* | *03/07/2006* |
| *Policy Number* | 3579-67-25 |

    B.   does not include:

      1.  a. any attorney fees or litigation expenses; or

          b. any other loss, cost or expense;

          in connection with any injunction or other equitable relief (unless expressly provided for under the applicable Coverage).

**Definitions**

*Allocated Loss Adjustment Expenses (continued)*

    2.  any fine or other penalty.

    3.  the salaries or expenses of our employees (other than those described in subparagraphs A.1. or A.6. above) or any salaries or expenses of any insured's employees or directors, managers, members, officers, partners or workers (whether or not an employee).

### SCHEDULE

**Coverages To And Bases Upon Which Deductibles Apply**

These Deductible provisions apply to the Coverages, and on the Bases, as indicated.

| Coverages | Deductible |
|---|---|
| **GENERAL LIABILITY** | |
| *Bodily Injury / Property Damage* | |
| Combined Bodily Injury/Property Damage | $ 500,000. |
| | |
| **STOP GAP LIABILITY** | |
| Deductible | $ 500,000. |
| | |
| LIQUOR LIABILITY | |
| Combined Bodily Injury/Property Damage | $ 500,000. |

*Liability Insurance*

Endorsement

Effective Date       03/07/2006

Policy Number     3579-67-25

### SCHEDULE (continued)

**Deductible Basis**

☐ Each Claim.

X  Each "Event."

**ALAE Basis**

X  all allocated loss adjustment expenses, up to the amount by which the applicable Deductible exceeds the amount you must reimburse us for "Damages/Loss" we pay. If we pay no "Damages/Loss," you must reimburse us for all allocated loss adjustment expenses up to the applicable Deductible.

☐ all allocated loss adjustment expenses, in addition to the amount you must reimburse us for "Damages/Loss" we pay.

**Additional Deductible Provisions**

- Words that appear in "quotation marks" are subject to the rules described below.

- "Damages/Loss" refers to amounts of damages or other indemnity under the applicable Coverages, but does not include allocated loss adjustment expenses.

- "Event" basis, "Event" refers to an occurrence or other cause of loss under the applicable Coverage.

- Each Deductible shown above applies separately from and in addition to any other Deductible shown.

- Bodily Injury Deductibles include damages and any medical expenses, combined.

Each Claim and Each "Event" Deductibles apply separately to each consecutive annual period and to any remaining period of less than twelve (12) months, starting with the beginning of the policy period shown in the Declarations.

## Liability Insurance

### Endorsement

| | |
|---|---|
| Effective Date | 03/07/2006 |
| Policy Number | 3579-67-25 |

### SCHEDULE (continued)

| Aggregate Deductible | | |
|---|---|---|
| Estimated Basis | Rate | Minimum Aggregate Deductible |
| $ 140,697,473. (Payroll) | $ .71 per $100 of Audited Payroll | $1,000,000. |
| | | |

All other terms and conditions remain unchanged.

*Robert Hamburger*

Authorized Representative

Liability Insurance
Form 80-02-2373 (Ed. 04-94)

Deductible – Risk Management
Endorsement

continued
Page 8

## Liability Insurance

### Endorsement

Effective Date     03/07/2006

Policy Number     3579-67-25

**Deductible Conditions**

A.  Rights and Duties

1.  The terms and conditions of the applicable Coverages, including those with respect to:

    a.  our right and duty to defend the insured;

    b.  our rights to investigate any "Event" and to make any settlements; and

**Deductible**

**Deductible Conditions (continued)**

    c.  the insured's duties in the event of any "Event," claim or suit;

continue to apply, regardless of the application of any Deductible.

2.  The first named insured shown in the Declarations agrees, and is authorized, to promptly reimburse us for any and all reimbursable amounts under this insurance, any other insurance issued by us or an affiliate of ours or any antecedent insurance.

3.  Each named insured is jointly and severally liable for any and all reimbursable amounts under this insurance, any other insurance issued by us or an affiliate of ours or any antecedent insurance.

4.  Regardless of the application of any Deductible, we may, at our discretion, initiate or participate in an appeal of a judgment, if such judgment may result in a payment under this insurance.

5.  Our rights of recovery against others continue to apply, regardless of the application of any Deductible. Any amount recovered will be apportioned as follows:

    a.  first, we shall receive all amounts recovered until we have been fully reimbursed for all amounts we have incurred (including costs or expenses of such recovery proceedings) in connection with amounts that exceed the Deductible;

    b.  then, remaining amounts recovered will be applied to reimburse you and us, in accordance with our respective rights and obligations in connection with amounts that are within the Deductible (including costs or expenses of such recovery proceedings); and

    c.  then, you may claim the further remaining amounts recovered.

## *Liability Insurance*

### *Endorsement*

| | |
|---|---|
| *Effective Date* | *03/07/2006* |
| *Policy Number* | *3579-67-25* |

6. Failure to promptly reimburse us under the provisions of this insurance, any other insurance issued by us or an affiliate of ours or any antecedent insurance shall be deemed an event of nonpayment of premium.

B. Working Fund Deposit

In addition to the premium for this insurance, you must promptly pay us in cash the amount of any Working Fund Deposit (or any amount necessary to maintain such Working Fund Deposit) that we may require.

**Deductible**

**Deductible Conditions (continued)**

C. Security Interest

You must promptly deliver to us any Security Interest that we may require, in the types and the amounts acceptable to us.

D. Working Fund Deposit And Security Interest Maintenance

We may apply any Working Fund Deposit and any Security Interest to any insured's obligations under this insurance, any other insurance issued by us or an affiliate of ours or any antecedent insurance.

We may review any Working Fund Deposit and any Security Interest (relative to this insurance, any other insurance issued by us or an affiliate of ours or any antecedent insurance) at any time. If we determine that an increase in any Working Fund Deposit or Security Interest is required, you must promptly provide us such increase.

If you fail to comply with any of the provisions of this Deductible section, we may liquidate any Working Fund Deposit or Security Interest and take ownership of the proceeds to the extent of any and all insureds' debts to us or affiliates of ours. The surplus of such proceeds in excess of such debts will remain in our possession as security interest until the termination of all insureds' reimbursement obligations, as determined by us.

Failure to promptly deliver (or maintain) any Working Fund Deposit or Security Interest to us under the provisions of this insurance, any other insurance issued by us or an affiliate of ours or any antecedent insurance shall be deemed an event of nonpayment of premium.

Under the Limits Of Insurance section (of the Contracts to which the provisions of the Deductible section apply), the following provision is added.

Liability Insurance
Form 80-02-2373 (Ed. 04-94)

Deductible – Risk Management
Endorsement

continued
Page 4

## Liability Insurance

### Endorsement

| | |
|---|---|
| Effective Date | 03/07/2006 |
| Policy Number | 3579-67-25 |

**Limits Of Insurance**

Amounts that are:

- within the Deductible; and

- described as reducing the Limits Of Insurance;

will reduce the Limits Of Insurance.

The Limits Of Insurance will not be increased or reinstated by any Deductible or any amount that you must reimburse to us in connection with any Deductible.

Under the Definitions section (of the Contracts to which the provisions of the Deductible section apply), the following definition is added.

**Definitions**

**Allocated Loss Adjustment Expenses**

Allocated loss adjustment expenses:

A.  means:

1.  reasonable attorney and paralegal fees and salaries (including those of attorneys and paralegals who are our employees).

2.  reasonable expenses relating to a suit to which this insurance applies, including the cost of expert witnesses, transcripts, court reporters, research reports and depositions.

3.  the cost of:

   a.  bail bonds; or

   b.  bonds required to:

      1)  appeal judgements; or

      2)  release attachments;

   but only for:

   - bonds in connection with a suit to which this insurance applies; and

   - bond amounts within the available Limits Of Insurance.

   We do not have to furnish these bonds.

4.  costs taxed against the insured in a suit to which this insurance applies.

5.  the reasonable cost and expense of any investigation that we undertake, at our discretion, after receiving notice from you or any other person or organization, regardless of whether such notice constitutes a claim or suit.

6.  other reasonable expenses that we allocate to a specific claim or suit.

Liability Insurance
Form 80-02-2373 (Ed. 04-94)

Deductible – Risk Management
Endorsement

continued
Page 5

*Liability Insurance*

*Endorsement*

Effective Date          03/07/2006

Policy Number          3579-67-25

**B.**    does not include:

    1.    a. any attorney fees or litigation expenses; or

      b. any other loss, cost or expense;

      in connection with any injunction or other equitable relief (unless expressly provided for under the applicable Coverage).

**Definitions**

*Allocated Loss Adjustment Expenses (continued)*

    2.    any fine or other penalty.

    3.    the salaries or expenses of our employees (other than those described in subparagraphs A.1. or A.6. above) or any salaries or expenses of any insured's employees or directors, managers, members, officers, partners or workers (whether or not an employee).

**SCHEDULE**

**Coverages To And Bases Upon Which Deductibles Apply**

These Deductible provisions apply to the Coverages, and on the Bases, as indicated.

**Coverages**

| Coverages | Deductible |
|---|---|
| **GENERAL LIABILITY** | |
| *Bodily Injury / Property Damage* | |
| Combined Bodily Injury/Property Damage | $ 500,000. |
| **STOP GAP LIABILITY** | |
| Deductible | $ 500,000. |

## Liability Insurance

### Endorsement

| | |
|---|---|
| Effective Date | 03/07/2006 |
| Policy Number | 3579-67-25 |

SCHEDULE (continued)

**Deductible Basis**

☐ Each Claim.

X  Each "Event."

**ALAE Basis**

X  all allocated loss adjustment expenses, up to the amount by which the applicable Deductible exceeds the amount you must reimburse us for "Damages/Loss" we pay. If we pay no "Damages/Loss," you must reimburse us for all allocated loss adjustment expenses up to the applicable Deductible.

☐ all allocated loss adjustment expenses, in addition to the amount you must reimburse us for "Damages/Loss" we pay.

**Additional Deductible Provisions**

* Words that appear in "quotation marks" are subject to the rules described below.

* "Damages/Loss" refers to amounts of damages or other indemnity under the applicable Coverages, but does not include allocated loss adjustment expenses.

* "Event" basis, "Event" refers to an occurrence or other cause of loss under the applicable Coverage.

* Each Deductible shown above applies separately from and in addition to any other Deductible shown.

* Bodily Injury Deductibles include damages and any medical expenses, combined.

Each Claim and Each "Event" Deductibles apply separately to each consecutive annual period and to any remaining period of less than twelve (12) months, starting with the beginning of the policy period shown in the Declarations.

## Liability Insurance

*Endorsement*

*Effective Date*  03/07/2006

*Policy Number*  3579-67-25

### SCHEDULE *(continued)*

| Aggregate Deductible | | |
|---|---|---|
| Estimated Basis | Rate | Minimum Aggregate Deductible |
| $ 140,697,473. (Payroll) | $ .71 per $100 of Audited Payroll | $1,000,000. |
| | | |

All other terms and conditions remain unchanged.

*Authorized Representative* _Robert Hamburger_

**CHUBB**

*Liability Insurance*

*Endorsement*

| | |
|---|---|
| *Policy Period* | MARCH 7, 2006  TO  MARCH 7, 2007 |
| *Effective Date* | MARCH 7, 2006 |
| *Policy Number* | 3579-67-25 PHL |
| *Insured* | ENTERCOM COMMUNICATIONS CORPORATION |
| *Name of Company* | VIGILANT INSURANCE COMPANY |
| *Date Issued* | MAY 3, 2006 |

This Endorsement applies to the following forms:

GENERAL LIABILITY

**GENERAL
LIABILITY
CONTRACT
AMENDMENT**

It is agreed that the General Liability Contract, form 80-02-2000,
page 10 of 32, Bodily Injury/Property Damage Exclusions - Aircraft
Autos or Watercraft, Section B.1 is amended to read as follows:

B.  a watercraft you do not own, provided that it:

1.  is less then one hundred and twenty five (125) feet long;

All other terms and conditions remain unchanged.

*Authorized Representative*                 Robert Hamburger

*Common Policy Conditions Section*

C O M M O N

P O L I C Y

C O N D I T I O N S