1  FOLGER LEVIN & KAHN LLP
   Michael A. Kahn (CSB No. 057432, mkahn@flk.com)
2  Douglas W. Sullivan (CSB No. 088136, dsullivan@flk.com)
   David P. Barton (CSB No. 221549, dbarton@flk.com)
3  Embarcadero Center West
   275 Battery Street, 23rd Floor
4  San Francisco, CA 94111
   Telephone: (415) 986-2800
5  Facsimile: (415) 986-2827

6  Attorneys for Plaintiffs ENTERCOM
   SACRAMENTO, LLC, ENTERCOM
7  COMMUNICATIONS CORP. and
   JOHN GEARY

8

9              UNITED STATES DISTRICT COURT

10          NORTHERN DISTRICT OF CALIFORNIA

11              SAN FRANCISCO DIVISION

12

13  ENTERCOM SACRAMENTO, LLC, a          Case No.  CV 07 6493 JSW
    California Limited Liability Corporation;
14  ENTERCOM COMMUNICATIONS              **[PROPOSED] ORDER REGARDING
    CORP., a Pennsylvania Corporation; and   PLAINTIFFS' MOTION FOR SUMMARY
15  JOHN GEARY, an individual,              ADJUDICATION OF ISSUES**

16              Plaintiffs,                 Date:       April 11, 2008
                                           Time:       9:00 a.m.
17          v.                             Courtroom: 2, 17th Flr.
                                           Judge:      Honorable Jeffrey S. White
18  AMERICAN HOME ASSURANCE
    COMPANY, a New York Corporation,
19                                         Complaint Filed:   December 28, 2007
            Defendant.
20

21

22      The motion of Plaintiffs Entercom Sacramento, LLC, Entercom Communications Corp.

23  and John Geary ("Plaintiffs" or "the Entercom Parties") for an order summarily adjudicating

24  issues without controversy in the First, Second and Third Claims for Relief in their Complaint

25  duly came on for hearing on April 11, 2008 at 9:00 a.m. before this Court.  Having considered the

26  motion and all papers submitted relating thereto, and having heard the oral argument of counsel,

27      IT IS HEREBY ORDERED THAT:

28

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

[PROPOSED] ORDER REGARDING PLAINTIFFS' MOTION FOR SUMMARY ADJUDICATION OF ISSUES;
CASE NO. CV 07 6493 JSW

1       1.     The death of Jennifer Strange, which is the subject of the underlying *Strange*

2  lawsuit brought against the Entercom Parties, was an "accident" and, thus, an "occurrence" (as

3  those terms are used in Defendant American Home Assurance Company's Excess Policy), and

4  that the Entercom Parties, as insureds under the Excess Policy, are covered under the Excess

5  Policy for the *Strange* lawsuit (exclusive of any alleged punitive damages).

6       2.     The Entercom Parties may take action to settle the *Strange* lawsuit on their own

7  (with contribution from the primary carrier) and that Defendant American Home Assurance

8  Company may not raise the "no voluntary payment" or "cooperation" provisions in its Excess

9  Policy as a basis for not reimbursing the Entercom Parties for any reasonable settlement the

10  Entercom Parties might enter into in the *Strange* lawsuit.

11  Dated: _____

12

13                              HONORABLE JEFFREY S. WHITE

14  54007\2009\585535.1

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

PROPOSED] ORDER REGARDING PLAINTIFFS' MOTION FOR SUMMARY ADJUDICATION OF ISSUES;
CASE NO. CV 07 6493 JSW