**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ENTERCOM SACRAMENTO, ET AL.,

    Plaintiffs,

    v.

AMERICAN HOME ASSURANCE COMPANY,

    Defendant.
_____/

No. C 07-06493 JSW

**ORDER SETTING HEARING AND BRIEFING SCHEDULE**

    Plaintiffs have filed a motion for summary judgment and set the hearing on April 11, 2008. Due to the Court's calendar, the hearing is RESET for April 25, 2008 at 9:00 a.m. The Court HEREBY ORDERS that Defendant shall file an opposition by no later than March 7, 2008 and Plaintiffs shall file a reply by no later than March 14, 2008.

    If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

    **IT IS SO ORDERED.**

Dated: February 21, 2008

                                                  JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE