MARY P. McCURDY (SBN 116812)
McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
Telephone: (650) 618-3500
Facsimile: (650) 618-3599
E-mail: mary.mccurdy@mccurdylawyers.com

Attorney for Defendant
AMERICAN HOME ASSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| ENTERCOM SACRAMENTO, LLC, a Delaware Limited Liability Corporation; ENTERCOM COMMUNICATIONS CORP., a Pennsylvania Corporation; and JOHN GEARY, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HOME ASSURANCE COMPANY, a New York Corporation,<br><br>Defendant. | CASE NO. CV 07-06493<br><br>**SUBSTITUTION OF ATTORNEYS** |

PLEASE TAKE NOTICE that defendant AMERICAN HOME ASSURANCE COMPANY substitutes the firm of McCurdy & Fuller, LLP for previous counsel Sedgwick, Detert, Moran & Arnold LLP.

I consent to this substitution.

Dated: February 25th, 2008

AMERICAN HOME ASSURANCE COMPANY

By _/s/ Megan Watt_
MEGAN WATT

27204

- 1 -

**SUBSTITUTION OF ATTORNEYS**

1  I consent to this substitution.

2  Dated: February 25, 2008          McCURDY & FULLER, LLP

3

4                                     By _____
                                         MARY P. McCURDY
5

6

7  I consent to this substitution.

8  Dated: February 25, 2008          SEDGWICK, DETERT, MORAN &
                                     ARNOLD LLP
9

10

11                                    By _____
                                         SUSAN K. SULLIVAN

12

13  SUBSTITUTION OF ATTORNEYS IS HEREBY

14  _____ Approved

15

16  _____ Denied

17  DATED: _____

18                                    _____
                                      HONORABLE JEFFREY S. WHITE
19

McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
(650) 618-3500

27204                              - 2 -
                        SUBSTITUTION OF ATTORNEYS