FOLGER LEVIN & KAHN LLP
Michael A. Kahn (CSB No. 057432, mkahn@flk.com)
Douglas W. Sullivan (CSB No. 088136, dsullivan@flk.com)
David P. Barton (CSB No. 221549, dbarton@flk.com)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

Attorneys for Plaintiffs ENTERCOM SACRAMENTO, LLC, ENTERCOM COMMUNICATIONS CORP., and JOHN GEARY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ENTERCOM SACRAMENTO, LLC, a California Limited Liability Corporation; ENTERCOM COMMUNICATIONS CORP., a Pennsylvania Corporation; JOHN GEARY, an individual; and on behalf of themselves and all other persons and entities similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HOME ASSURANCE COMPANY, a New York Corporation,<br><br>Defendant. | Case No. CV 07 6493 JSW<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION TO SHORTEN TIME FOR HEARING ON PLAINTIFFS' MOTION FOR SUMMARY ADJUDICATION OF ISSUES WITHOUT CONTROVERSY IN THE FIRST, SECOND AND THIRD CLAIMS FOR RELIEF<br><br>Current<br>Hearing Date:    April 25, 2008<br>Time:            9:00 a.m.<br>Courtroom:       2, 17th Flr.<br>Judge:           Honorable Jeffrey S. White<br><br>Complaint Filed: December 28, 2007 |

Based on the papers submitted, the Court grants Plaintiffs John Geary, Entercom Sacramento, LLC, and Entercom Communication Corp.'s *Ex Parte* Application for Order Shortening Time for Hearing on Motion for Summary Adjudication of Issues Without Controversy in the First, Second, and Third Claims for Relief as follows:

a.  Plaintiffs' Motion for Summary Adjudication of Issues Without Controversy in the First, Second, and Third Claims for Relief shall be set for hearing on March ___, 2008 at _____ in Courtroom 2, 17th Floor, of this Court;

b.  Any opposition must be filed and served by electronic mail or facsimile on _____.

c.  Any reply shall be filed and served by electronic mail or facsimile on _____.

**IT IS SO ORDERED.**

Dated: _____, 2008

_____
Honorable Jeffrey S. White
United States District Judge

54007\2009\589976.1