MARY P. McCURDY (SBN 116812)
CHRISTINA M. LAVANIER (233335)
McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
Telephone: (650) 618-3500
Facsimile: (650) 618-3599
E-mail: mary.mccurdy@mccurdylawyers.com
christina.lavanier@mccurdylawyers.com

Attorneys for Defendant
AMERICAN HOME ASSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| ENTERCOM SACRAMENTO, LLC, a California Limited Liability Corporation; ENTERCOM COMMUNICATIONS CORP., a Pennsylvania Corporation; and JOHN GEARY, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN HOME ASSURANCE COMPANY, a New York Corporation, <br><br> Defendant. | CASE NO. CV 07 6493 JSW <br><br> NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that defendant American Home Assurance Company ("American Home"), hereby appears in the above-captioned action. American Home will for all purposes in the action be represented by the law firm of McCurdy & Fuller, LLP, 4300 Bohannon Drive, Menlo Park, California 94025, telephone number (650) 618-3500, and facsimile number (650) 618-3599.

Dated: February 25, 2008                    McCURDY & FULLER, LLP

*/s/ Christina M. Lavanier*
MARY P. McCURDY
CHRISTINA M. LAVANIER
Attorneys for Defendant
AMERICAN HOME ASSURANCE COMPANY

27242
- 1 -
NOTICE OF APPEARANCE