SUSAN K. SULLIVAN (SBN 156418)
SEDGWICK, DETERT, MORAN & ARNOLD LLP
801 South Figueroa Street, 18th Floor
Los Angeles, CA 90017
Telephone: (213)-426-6900
Facsimile: (213) 426-6921
E-mail: susan.sullivan@sdma.com

MARY P. MCCURDY (SBN 116812)
CHRISTINA M. LAVANIER (233335)
McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
Telephone: (650) 618-3500
Facsimile: (650) 618-3599
E-mail: mary.mccurdy@mccurdylawyers.com
        christina.lavanier@mccurdylawyers.com

Attorneys for Defendant
AMERICAN HOME ASSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| ENTERCOM SACRAMENTO, LLC, a California Limited Liability Corporation; ENTERCOM COMMUNICATIONS CORP., a Pennsylvania Corporation; and JOHN GEARY, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HOME ASSURANCE COMPANY, a New York Corporation,<br><br>Defendant. | CASE NO. CV 07 6493 JSW<br><br>DEFENDANT AMERICAN HOME ASSURANCE COMPANY'S OPPOSITION TO PLAINTIFFS' EX PARTE APPLICATION FOR ORDER SHORTENING TIME |

American Home Assurance Company ("American Home") submits this opposition to the *Ex Parte* Application to Shorten the Time for Hearing on Plaintiffs' Motion for Summary Adjudication filed on February 25, 2008 by Entercom Sacramento, LLC, Entercom Communications Corp and John Geary (hereinafter "plaintiffs"). American Home believes that plaintiffs' ex parte application violates this Court's Civil Standing Orders directing parties who

27241                                   - 1 -

1  wish to make changes to the court's calendar file a Motion for Administrative Relief in accordance
2  with Civil Local Rule 7-11. Further, American Home will file a Motion for Administrative Relief
3  requesting that the court extend the time for hearing on plaintiffs' motion and the dates related
4  thereto. American Home requests that the court consider its Motion for Administrative Relief
5  before ruling on planitiffs' ex parte application. American Home intends to file its Motion for
6  Administrative Relief on February 25, 2008.

Dated: February 25, 2008

McCURDY & FULLER, LLP

MARY P. McCURDY
CHRISTINA M. LAVANIER
Attorneys for Defendant
AMERICAN HOME ASSURANCE
COMPANY