SUSAN K. SULLIVAN (SBN 156418)
SEDGWICK, DETERT, MORAN & ARNOLD LLP
801 South Figueroa Street, 18th Floor
Los Angeles, CA 90017
Telephone: (213)-426-6900
Facsimile: (213) 426-6921
E-mail: susan.sullivan@sdma.com

MARY P. MCCURDY (SBN 116812)
CHRISTINA M. LAVANIER (SBN 233335)
McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
Telephone: (650) 618-3500
Facsimile: (650) 618-3599
E-mail: mary.mccurdy@mccurdylawyers.com
        christina.lavanier@mccurdylawyers.com

Attorneys for Defendant
AMERICAN HOME ASSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| ENTERCOM SACRAMENTO, LLC, a California Limited Liability Corporation; ENTERCOM COMMUNICATIONS CORP., a Pennsylvania Corporation; and JOHN GEARY, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HOME ASSURANCE COMPANY, a New York Corporation,<br><br>Defendant. | CASE NO. CV 07 6493 JSW<br><br>**DECLARATION OF MARY P. McCURDY IN SUPPORT OF DEFENDANT AMERICAN HOME ASSURANCE COMPANY'S MOTION FOR ADMINISTRATIVE RELIEF** |

I, Mary P. McCurdy declare:

1. I am an attorney licensed to practice before this Court and am a member of McCurdy & Fuller, attorneys for defendant American Home Assurance Company ("American Home"). I have personal knowledge of the following facts and could competently testify thereto if

27238

- 1 -

**Declaration of Mary P. McCurdy In Support of Motion for Administrative Relief**

1  called upon to do so.

2      2.    This office was recently retained by American Home as defense counsel.

3      3.    On February 25, 2008, I placed a telephone call to Douglas W. Sullivan of Folger, Levin & Kahn, counsel for Entercom Sacramento, LLC, Entercom Communications Corp. and John Geary (hereinafter "plaintiffs"). During my conversation with Mr. Sullivan, I asked that plaintiffs agree to dismiss or stay their lawsuit while the underlying liability action is ongoing or, in the alternative, continue the hearing on plaintiffs' Motion for Summary Adjudication and the dates related thereto. Mr. Sullivan and advised that he would call me back with an answer. Later that day, Mr. Sullivan called me and advised that plaintiffs would not agree to dismiss, stay or continue the hearing and the dates related thereto.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 25, 2008

McCURDY & FULLER, LLP

/s/ Mary P. McCurdy
MARY P. McCURDY
Attorneys for Defendant
AMERICAN HOME ASSURANCE COMPANY

27238

- 2 -

**Declaration of Mary P. McCurdy In Support of Motion for Administrative Relief**