MARY P. MCCURDY (SBN 116812)
CHRISTINA M. LAVANIER (SBN 233335)
McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
Telephone: (650) 618-3500
Facsimile: (650) 618-3599
E-mail: mary.mccurdy@mccurdylawyers.com
       will.rutland@mccurdylawyers.com

Attorneys for Defendant
AMERICAN HOME ASSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| ENTERCOM SACRAMENTO, LLC, a California Limited Liability Corporation; ENTERCOM COMMUNICATIONS CORP., a Pennsylvania Corporation; and JOHN GEARY, an individual,<br><br>    Plaintiffs,<br><br>v.<br><br>AMERICAN HOME ASSURANCE COMPANY, a New York Corporation,<br><br>    Defendant. | CASE NO. CV 07 6493 JSW<br><br>[Proposed] ORDER GRANTING DEFENDANT AMERICAN HOME ASSURANCE COMPANY'S MOTION FOR ADMINISTRATIVE RELIEIF<br><br>Hon. Judge Jeffrey S. White |

The Court having considered all papers submitted in connection with the motion for administrative relief and good cause appearing therefore:

Pursuant to Local Rule 7-11, the Court hereby grants defendant American Home Assurance Company's ("American Home") motion for administrative relief and vacates the Order Setting Hearing and Briefing Schedule dated February 21, 2008. The Court hereby orders the hearing and briefing schedule on Plaintiffs' Motion for Summary Adjudication continued until the underlying liability action filed in Sacramento Superior Court, styled *Strange et al. v. Entercom et al.,* case no. 07 A S 00377 is resolved.

IT IS SO ORDERED.

1  Dated: _____, 2008

2  _____
   Honorable Jeffrey S. White
3  United States District Judge

McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
(650) 618-3500

27246

- 2 -

**[Proposed] Order Granting American Home Assurance Company's Motion For Administrative Relief**