SUSAN K. SULLIVAN (SBN 156418)
SEDGWICK, DETERT, MORAN & ARNOLD LLP
801 South Figueroa Street, 18th Floor
Los Angeles, CA 90017
Telephone: (213)-426-6900
Facsimile: (213) 426-6921
E-mail: susan.sullivan@sdma.com

MARY P. McCURDY (SBN 116812)
CHRISTINA M. LAVANIER (233335)
McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
Telephone: (650) 618-3500
Facsimile: (650) 618-3599
E-mail: mary.mccurdy@mccurdylawyers.com
        christina.lavanier@mccurdylawyers.com

Attorneys for Defendant
AMERICAN HOME ASSURANCE COMPANY

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| ENTERCOM SACRAMENTO, LLC, a Delaware Limited Liability Corporation; ENTERCOM COMMUNICATIONS CORP., a Pennsylvania Corporation; and JOHN GEARY, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HOME ASSURANCE COMPANY, a New York Corporation,<br><br>Defendant. | CASE NO. CV 07-06493 JSW<br><br>**DEFENDANT AMERICAN HOME ASSURANCE COMPANY'S NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO F.R.C.P. RULE 12(b)(6), OR IN THE ALTERNATIVE, MOTION TO STAY**<br><br>Hearing Date: April 25, 2008<br>Hearing Time: 9:00 a.m.<br>Courtroom: 2, 17th Floor<br>Hon. Judge Jeffrey S. White |

**TO THE COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that on April 25, 2008 in the above-captioned Court, or as soon thereafter as the matter may be heard, defendant American Home Assurance Company ("American Home") shall move this Court for an order dismissing without prejudice, or in the alternative,

staying the complaint of Entercom Sacramento, LLC, Entercom Communications Corp., and John Geary (collectively, "Plaintiffs").

This motion is made pursuant to Rule 12(b) of the Federal Rules of Civil Procedure on the ground that the aforementioned complaint fails to state a claim upon which relief may be granted. This motion is based on this notice and the accompanying memorandum of points and authorities, all pleadings and papers on file in this action, and any other matter of which the Court may take notice at the hearing of this motion. This motion is made following the conference of counsel pursuant to Local Rule 7.3 which took place on February 25, 2008.

Dated: February 28, 2008          McCURDY & FULLER, LLP

*/s/ Christina M. Lavanier*
MARY P. McCURDY
CHRISTINA M. LAVANIER
Attorneys for Defendant
AMERICAN HOME ASSURANCE COMPANY