SUSAN K. SULLIVAN (SBN 156418)
SEDGWICK, DETERT, MORAN & ARNOLD LLP
801 South Figueroa Street, 18th Floor
Los Angeles, CA 90017
Telephone: (213)-426-6900
Facsimile: (213) 426-6921
E-mail: susan.sullivan@sdma.com

MARY P. McCURDY (SBN 116812)
CHRISTINA M. LAVANIER (SBN 233335)
McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
Telephone: (650) 618-3500
Facsimile: (650) 618-3599
E-mail: mary.mccurdy@mccurdylawyers.com
         christina.lavanier@mccurdylawyers.com

Attorneys for Defendant
AMERICAN HOME ASSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| ENTERCOM SACRAMENTO, LLC, a Delaware Limited Liability Corporation; ENTERCOM COMMUNICATIONS CORP., a Pennsylvania Corporation; and JOHN GEARY, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HOME ASSURANCE COMPANY, a New York Corporation,<br><br>Defendant. | CASE NO. CV 07-06493 JSW<br><br>**[Proposed] ORDER GRANTING DEFENDANT AMERICAN HOME ASSURANCE COMPANY'S MOTION TO DISMISS**<br><br>Hearing Date: April 25, 2008<br>Hearing Time: 9:00 a.m.<br>Courtroom: 2, 17th Floor<br>Hon. Judge Jeffrey S. White |

The Court having considered the arguments of counsel and all papers submitted in connection with the motion to dismiss and good cause appearing therefore:

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, the Court finds that plaintiffs in the above referenced action have failed to state a claim upon which relief may be granted. Plaintiffs' breach of contract and breach of implied duty claims are defective because plaintiffs do not allege facts establishing that an excess judgment or settlement has been reached in

this matter, therefore plaintiffs have not established a valid or justiciable claim. *LensCrafters, Inc., et al. v. Liberty Mutual Fire Insurance Company, et al.* (N.D.Cal. 2008 slip op.), 2008 WL 410243; *Hamilton v. Maryland Cas. Co.* (2002) 27 Cal.4th 718. Plaintiffs' declaratory relief action fails because plaintiffs do not allege facts sufficient to establish an immediate controversy. *Societe de Conditionnement en Aluminum v Hunter Engineering*, (C.A. Cal. 1981) 655 F.2d 938. Finally, plaintiffs' claim for injunctive relief must also fail because plaintiffs do not allege facts sufficient to show that American Home has engaged in, and will continue to engage in, misconduct. *See*, *ReadyLink Healthcare v. Cotton* (2005) 126 Cal.App.4th 1006; *Meridian, Ltd. v. City and County of San Francisco* (1939) 13 Cal.2d 424; *Madrid v. Perot Systems Corporation, et al.* (2005) 130 Cal.App.4th 440.

Accordingly, the Court herby GRANTS American Home Assurance Company's motion to:

\_\_\_\_\_ dismiss without prejudice the complaint filed in the above referenced action.

\_\_\_\_\_ stay the complaint filed in the above referenced action pending resolution of the underlying *Strange* action.

DATED: _____, 2008

_____
HONORABLE JEFFREY S. WHITE
United States District Judge

McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
(650) 618-3500

27168

- 2 -

[Proposed] Order Granting American Home Assurance Company's Motion To Dismiss Plaintiffs' Complaint
CV 07-06493 JSW