IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTERCOM SACRAMENTO, LLC, et al.<br><br>    Plaintiffs,<br><br>  v.<br><br>AMERICAN HOME ASSURANCE,<br><br>    Defendant.<br>_____ / | No. C 07-06493 JSW<br><br>**ORDER DENYING MOTIONS FOR ADMINISTRATIVE RELIEF AND SETTING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS OR STAY** |

This matter comes before the Court upon consideration of Plaintiffs' *Ex Parte* Application for An Order Shortening Time for Hearing On Plaintiffs' Motion for Summary Adjudication of Issues Without Controversy in the First, Second, and Third Claim for Relief and upon consideration of Defendant's Motion for Administrative Relief to Extend Time to Respond to Plaintiffs' Motion for Summary Adjudication.

The Court concludes that Plaintiffs have not demonstrated good cause for expediting the hearing on the motion for summary adjudication. Having considered Plaintiffs' opposition to Defendant's motion, the Court also concludes that Defendant has not demonstrated good cause to extend the briefing schedule set by this Court. Accordingly, the briefing schedule on Plaintiffs' motion for summary adjudication shall not be modified.

On February 28, 2008, Defendant filed a motion to dismiss or, in the alternative, to stay this action and noticed it for hearing on April 25, 2008. Plaintiffs' opposition to that motion shall be due on March 14, 2008, and Defendant's reply shall be due on March 21, 2008. If the parties seek to modify this briefing schedule, they may submit a motion for administrative relief

demonstrating good cause for such a request. If the Court determines that the matter is suitable for disposition without oral argument, it shall advise the parties in advance of the hearing date.

**IT IS SO ORDERED.**

Dated: February 29, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2