SUSAN K. SULLIVAN (SBN 156418)
SEDGWICK, DETERT, MORAN & ARNOLD LLP
801 South Figueroa Street, 18th Floor
Los Angeles, CA 90017
Telephone: (213)-426-6900
Facsimile: (213) 426-6921
E-mail: susan.sullivan@sdma.com

MARY P. McCURDY (SBN 116812)
CHRISTINA M. LAVANIER (SBN 233335)
McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, California 94025
Telephone: (650) 618-3500
Facsimile: (650) 618-3599
E-mail: mary.mccurdy@mccurdylawyers.com
         christina.lavanier@mccurdylawyers.com

Attorneys for Defendant
AMERICAN HOME ASSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ENTERCOM SACRAMENTO, LLC, a California Limited Liability Corporation; ENTERCOM COMMUNICATIONS CORP., a Pennsylvania Corporation; and JOHN GEARY, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HOME ASSURANCE COMPANY, a New York Corporation,<br><br>Defendant. | CASE NO. CV 07 6493 JSW<br><br>STIPULATION FOR ADMINISTRATIVE RELIEF TO EXTEND TIME TO FILE OPPOSITION AND REPLY BRIEFS IN RESPONSE TO DEFENDANT'S MOTION TO DISMISS OR STAY<br><br>Hon. Judge Jeffrey S. White |
|---|---|

Defendant American Home Assurance Company ("American Home") and plaintiffs, Entercom Sacramento, LLC, Entercom Communications Corp. and John Geary (collectively "Entercom") stipulate for administrative relief pursuant to Civil Standing Rule 3. Specifically, the parties stipulate to continue the dates set by this Court's Order Denying Motions For

- 1 -

1  Administrative Relief And Setting Briefing Schedule On Defendant's Motion To Dismiss Or Stay
2  dated February 29, 2008 which set the dates for filing the opposition and reply to American
3  Home's motion to dismiss, or in the alternative, to stay.
4      The parties stipulate that Entercom's opposition to American Home's motion to dismiss, or in
5  the alternative, to stay, shall be due on March 21, 2008 and American Home's reply shall be due on
6  March 28, 2008.
7      Good cause exists to change the briefing deadlines because American Home's lead counsel,
8  Mary P. McCurdy, has a long scheduled vacation, out of the country, scheduled for March 16, 2008 to
9  March 21, 2008 and will not be available to respond to any opposition filed by Entercom.

DATED: March 4, 2008

McCURDY & FULLER LLP

By: /s/ Mary P. McCurdy
MARY P. McCURDY
Attorneys for Defendant
AMERICAN HOME ASSURANCE
COMPANY

DATED: March 4, 2008

FOLGER LEVIN & KAHN LLP

By: /s/ Douglas W. Sullivan
DOUGLAS W. SULLIVAN
Attorneys for Plaintiffs
ENTERCOM SACRAMENTO, LLC,
ENTERCOM COMMUNICATIONS CORP.
and JOHN GEARY