SUSAN K. SULLIVAN (SBN 156418)
SEDGWICK, DETERT, MORAN & ARNOLD LLP
801 South Figueroa Street, 18th Floor
Los Angeles, CA 90017
Telephone: (213)-426-6900
Facsimile: (213) 426-6921
E-mail: susan.sullivan@sdma.com

MARY P. McCURDY (SBN 116812)
CHRISTINA M. LAVANIER (SBN 233335)
McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, California 94025
Telephone: (650) 618-3500
Facsimile: (650) 618-3599
E-mail: mary.mccurdy@mccurdylawyers.com
    christina.lavanier@mccurdylawyers.com

Attorneys for Defendant
AMERICAN HOME ASSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ENTERCOM SACRAMENTO, LLC, a California Limited Liability Corporation; ENTERCOM COMMUNICATIONS CORP., a Pennsylvania Corporation; and JOHN GEARY, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HOME ASSURANCE COMPANY, a New York Corporation,<br><br>Defendant. | CASE NO. CV 07 6493 JSW<br><br>[PROPOSED] ORDER EXTENDING TIME TO FILE OPPOSITION AND REPLY BRIEFS IN RESPONSE TO DEFENDANT'S MOTION TO DISMISS OR STAY<br><br>Hon. Judge Jeffrey S. White |

The Court has considered the Stipulation filed herewith, and for good cause appearing therefore, IT IS HEREBY ORDERED that Plaintiffs' opposition to Defendant's motion to dismiss, or in the alternative, to stay, shall be due on March 21, 2008. Defendant's reply shall be due on March 28, 2008.

27407

- 1 -

1  PURSUANT TO STIPULATION, IT IS SO ORDERED

3  Dated: _____, 2008

_____
Honorable Jeffrey S. White
United States District Judge