SUSAN K. SULLIVAN (SBN 156418)
SEDGWICK, DETERT, MORAN & ARNOLD LLP
801 South Figueroa Street, 18th Floor
Los Angeles, CA 90017
Telephone: (213)-426-6900
Facsimile: (213) 426-6921
E-mail: susan.sullivan@sdma.com

MARY P. McCURDY (SBN 116812)
CHRISTINA M. LAVANIER (233335)
McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
Telephone: (650) 618-3500
Facsimile: (650) 618-3599
E-mail: mary.mccurdy@mccurdylawyers.com
        christina.lavanier@mccurdylawyers.com

Attorneys for Defendant
AMERICAN HOME ASSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| ENTERCOM SACRAMENTO, LLC, a California Limited Liability Corporation; ENTERCOM COMMUNICATIONS CORP., a Pennsylvania Corporation; and JOHN GEARY, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HOME ASSURANCE COMPANY, a New York Corporation,<br><br>Defendant. | **CASE NO. CV 07-06493 JSW**<br><br>**SUMMARY OF ARGUMENT IN COMPLAINCE WITH CIVIL STANDING ORDER NO. 6** |

27470

- 1 -

Summary of Argument in Compliance with Civil Standing Order No. 6
CV 07-06493 JSW

The request for summary adjudication of plaintiffs Entercom Sacramento LLC, Entercom Communications Corp. and John Geary ("Entercom") is premature, has no basis in the law or policy language and seeks relief this Court cannot grant at this time. Entercom's motion must be denied for the following reasons:

- This action is premature because there is no justiciable case or controversy between Entercom and defendant American Home Assurance Company ("American Home") unless and until there is a settlement or judgment in excess of the primary policy limits. *LensCrafters, inc., et al. v. Liberty Mutual Fire Insurance Company, et al.* (N.D.Cal. 2008 slip op.), 2008 WL 410243.

- Entercom cannot obtain any rulings relevant to the duty to indemnify, including a ruling that there has been an occurrence, because Entercom's liability, and the basis therefore, has not been established in the underlying action. *Aerojet-General Corp. v. Transport Indemnity* (1997) 17 Cal.4th 38.

- Entercom's current request, if granted, might result in inconsistent rulings leading to a situation in which Entercom could be held liable for intentional conduct in the underlying action, but claim coverage nonetheless due to the premature rulings it seeks here. *David Kleis, Inc. v. Superior Court* (1995) 37 Cal.App.4th 1035.

- American Home is entitled to conduct discovery before the Court hears Entercom's motion as no discovery has been conducted in this case. *In re Deep vein Thrombosis* (N.D.Cal. 2005) 356 F.Supp.2d 1055.

- Even assuming Entercom's request was not premature, Entercom has not sustained its burden of demonstrating that any alleged bodily injury was caused by an occurrence as the underlying claimants allege Entercom acted intentionally. *Quan v. Truck Ins. Exchange* (1998) 67 Cal.App.4th 583.

- Entercom is not entitled to a ruling that would eliminate the no voluntary payment provision from the policy because American Home is participating in Entercom's defense and American Home has not breached any policy provisions. *Pruyn v Agricultural Ins. Co.* (1995) 36 Cal.App.4th 500

Dated: March 7, 2008

McCURDY & FULLER LLP

By _____
MARY P. McCURDY
CHRISTINA M. LAVANIER
Attorneys for Defendant AMERICAN HOME
ASSURANCE COMPANY

McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
(650) 618-3500

27470

- 3 -

Summary of Argument in Compliance with Civil Standing Order No. 6
CV 07-06493 JSW