SUSAN K. SULLIVAN (SBN 156418)
SEDGWICK, DETERT, MORAN & ARNOLD LLP
801 South Figueroa Street, 18th Floor
Los Angeles, CA 90017
Telephone: (213)-426-6900
Facsimile: (213) 426-6921
E-mail: susan.sullivan@sdma.com

MARY P. MCCURDY (SBN 116812)
CHRISTINA M. LAVANIER (SBN 233335)
McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
Telephone: (650) 618-3500
Facsimile: (650) 618-3599
E-mail: mary.mccurdy@mccurdylawyers.com
        christina.lavanier@mccurdylawyers.com

Attorneys for Defendant
AMERICAN HOME ASSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| ENTERCOM SACRAMENTO, LLC, a California Limited Liability Corporation; ENTERCOM COMMUNICATIONS CORP., a Pennsylvania Corporation; and JOHN GEARY, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HOME ASSURANCE COMPANY, a New York Corporation,<br><br>Defendant. | CASE NO. CV 07-06493 JSW<br><br>DECLARATION OF MARY P. McCURDY IN SUPPORT OF DEFENDANT AMERICAN HOME ASSURANCE COMPANY'S OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY ADJUDICATION AND RULE 56(f) REQUEST |

I, Mary P. McCurdy declare:

1.  I am an attorney licensed to practice before this Court and am a member of McCurdy & Fuller, attorneys for defendant American Home Assurance Company ("American Home"). I have personal knowledge of the following facts and could competently testify thereto if

27383

- 1 -

1  called upon to do so. I submit this declaration, pursuant to Rule 56(f) of the Federal Rules of Civil
2  Procedure, in support of American Home's opposition to plaintiffs' (hereinafter "Entercom")
3  motion for summary adjudication ("Motion").
4      2.  On or about February 28, 2008, American Home filed a motion to dismiss or stay
5  the action. The current hearing date on American Home's motion to dismiss or stay the action is
6  April 25, 2008. The parties' initial disclosures and joint case management conference statement
7  are due on April 4, 2008 and the initial case management conference is on April 11, 2008.
8      3.  On or about February 28, 2008, our firm attempted to obtain copies of court
9  documents filed in the Sacramento Superior Court action styled, *Strange, et al. v. Entercom
10 Sacramento LLC, et al.*, case no. 07AS00377 ("*Strange* action"). We were advised that a complete
11 copy of the file was unavailable at the time. We repeatedly tried to obtain copies but were advised
12 that the files continued to be unavailable because "the file was with the Judge, for a matter under
13 submission". Despite our diligent efforts, we have been unable to obtain a complete copy of the
14 court file in the *Strange* action. The portion of the *Strange* action court file that we were able to
15 obtain contained only limited information.
16     4.  On or about March 6, 2008, Entercom's counsel advised me that they intend on
17 filing a motion for summary adjudication seeking a declaration that punitive damages are not
18 available under any of the causes of action alleged against Entercom and that Entercom
19 Communication Corp. and John Geary have no liability because they were not involved with the
20 contest.
21     5.  In light of Entercom's allegations and the current record, I believe that, to present a
22 full and complete defense to the Motion, American Home needs to conduct additional discovery.
23 In particular, discovery is necessary for American Home to determine:
24     a.  the basis for the allegations made in Entercom's motion that hyponotremia
25         is a "yet another unforeseen causal link in [Strange's] death".
26     b.  the support for the statements made in the declaration of Juan Carlos Ayus,
27         M.D. ("Ayus") in support of plaintiffs' motion for summary adjudication.

27383                                    - 2 -
**Declaration of Mary P. McCurdy In Support of Motion for Administrative Relief
CV 07-06493 JSW**

American Home has not deposed Ayus nor has it had the opportunity to retain its own experts.

    c.    whether those witnesses who already provided deposition testimony in the *Strange* action have information relevant to coverage for Entercom under the American Home policy, specifically American Home needs to cross-examine the witnesses as to whether Entercom and/or the third-party decedent knew of the potential dangers associated with the "Hold Your Wee For A Wii" contest ("Contest"). American Home was not given the opportunity to ask questions, nor to cross-examine such witnesses.

    d.    whether any of the following individuals, who were not already deposed regarding their knowledge of the facts underlying Strange's death, have information regarding Entercom's potential liability:

        i.    employees and/or former employees of Entercom who have not already been deposed, including:

- Jack Dunlevy, Entercom General Counsel
- Michael E. Dash, Jr., Entercom Associate General Counsel
- Matt Carter, Entercom On-Air Talent
- Peter Inzerillo, Entercom On-Air Talent also known as "Fester"
- Elena Michel, Promotions Assistant for KDND
- Teresa, (Last Name Unknown), KDND Receptionist
- Interns working at KDND on January 12, 2007
- Michelle Hiller, KDND Sales Associate
- Alecia (Last Name Unknown), title unknown

        ii.    nine contestants in the "Hold Your Wee For A Wii" contest. American Home's files indicate only eight contestants have

27383     - 3 -
Declaration of Mary P. McCurdy In Support of Motion for Administrative Relief
CV 07-06493 JSW

been deposed regarding their knowledge of the facts underlying Strange's death. However, Entercom alleges that there were approximately eighteen contestants, including the third-party decedent.

    iii.    Strange's co-workers and friends who have not already been deposed, including without limitation:

- Michelle Dixie
- Lisa Heinz

    iv.    those individuals identified by other parties to the *Strange* action who have not already been deposed, including without limitation:

- Josh Pusateri – Promotions associate for KDND
- Butch Mitchell – Position unknown
- Tommy Godfrey – Position unknown
- Matt Wheeler – Position unknown
- Elena Michel – Promotions assistant for KDND
- Deborah Krane

e. the Sacramento County sheriff's office and/or district attorney's office. Based on information and belief, the Sacramento county sheriff's office and district attorney investigated Entercom's potential criminal liability for the victim's death.

f. Federal Communications Commission's ("FCC") regarding any investigation of Entercom.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 7 day of March 2008, in Menlo Park, California.

McCURDY & FULLER, LLP

*/s/ Mary P. McCurdy*
MARY P. McCURDY
Attorneys for Defendant
AMERICAN HOME ASSURANCE COMPANY