UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ENTERCOM SACRAMENTO, LLC, a
California Limited Liability
Corporation, et al.,

        Plaintiff(s),

CASE NO. CV 07 6493 JSW

v.

AMERICAN HOME ASSURANCE
COMPANY, a New York Corporation,

        Defendant(s).
_____/

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

   X   have not yet reached an agreement to an ADR process
        request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference    April 11, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Douglas W. Sullivan | Plaintiffs | 415-986-2800 | dsullivan@flk.com |
| | | | |
| | | | |
| | | | |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 3/21/08

                                  Attorney for Plaintiff

Dated: _____

                                  Attorney for Defendant

Rev 12.05