UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ENTERCOM SACRAMENTO, LLC, a
California Limited Liability
Corporation, et al.

          Plaintiff(s),

v.

AMERICAN HOME ASSURANCE
COMPANY, a New York Corporation,
          Defendant(s).

Case No. CV 07 6493 JSW

ADR CERTIFICATION BY PARTIES
AND COUNSEL

    Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

    (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

    (2) Discussed the available dispute resolution options provided by the Court and private entities; and

    (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 3/20/08

Dated: 3/21/08

ENTERCOM SACRAMENTO, LLC,
JOHN GEARY

*[signature]*
[Party]

*[signature]*
[Counsel]