UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ENTERCOM SACRAMENTO

        Plaintiff(s),                          No. C 07-06493 JSW

   v.                                    **CLERK'S NOTICE**

AMERICAN HOME ASSURANCE

        Defendant(s).

_____/

    YOU ARE HEREBY NOTIFIED that on April 25, 2008, at 9:00 a.m., immediately following the hearing on the motions, in Courtroom 2 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE JEFFREY S. WHITE will conduct the Case Management Conference **previously noticed for** April 11, 2008, in this matter. The joint case management statement shall be due on or before April 18, 2008.

Richard W. Wieking
Clerk, United States District Court

By:_____
Jennifer Ottolini, Deputy Clerk
Honorable Jeffrey S. White
(415) 522-4173

Dated:  March 21, 2008