SUSAN K. SULLIVAN (SBN 156418)
SEDGWICK, DETERT, MORAN & ARNOLD LLP
801 South Figueroa Street, 18th Floor
Los Angeles, CA 90017
Telephone: (213)-426-6900
Facsimile: (213) 426-6921
E-mail: susan.sullivan@sdma.com

MARY P. McCURDY (SBN 116812)
CHRISTINA M. LAVANIER (233335)
McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
Telephone: (650) 618-3500
Facsimile: (650) 618-3599
E-mail: mary.mccurdy@mccurdylawyers.com
        christina.lavanier@mccurdylawyers.com

Attorneys for Defendant
AMERICAN HOME ASSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| ENTERCOM SACRAMENTO, LLC, a California Limited Liability Corporation; ENTERCOM COMMUNICATIONS CORP., a Pennsylvania Corporation; and JOHN GEARY, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HOME ASSURANCE COMPANY, a New York Corporation,<br><br>Defendant. | CASE NO. CV 07-06493 JSW<br><br>**SUMMARY OF REPLY IN SUPPORT OF MOTION TO DISMISS OR IN THE ALTERNATIVE TO STAY**<br><br>**Hearing Date: April 25, 2008**<br>**Hearing Time: 9:00 a.m.**<br>**Courtroom: 2, 17th Floor**<br>**Hon. Judge Jeffrey S. White**<br><br>**Complaint Filed: December 28, 2007** |

Entercom's complaint should be dismissed for the following reasons: **(1)** Entercom fails to state a claim for declaratory relief, because Entercom fails to establish that a ripe, immediate controversy exists between the parties, resulting from an excess settlement or judgment. *Hamilton v. Maryland Cas. Co.* (2002) 27 Cal.4th 718; **(2)** Entercom fails to state a claim for breach of contract or the implied covenant, because Entercom fails to establish both that there is a present duty owed to Entercom under the American Home policy, and that Entercom has been damaged by

27752                                      - 1 -

1  American Home's alleged non-performance of such duty. *Gribaldo, Jacobs, Jones & Assocs. v.
2  Agrippina Versicherunges A.G.* (1970) 3 Cal.3d 434; **(3)** Entercom fails to state a claim for
3  injunctive relief, because Entercom fails to establish that American Home has violated, and will
4  continue to violate, Entercom's rights, resulting in irreparable damage to Entercom that can only
5  be addressed by an injunction. *Madrid v. Perot Systems Corporation, et al.* (2005) 130
6  Cal.App.4th 440; *Rondeau v. Mosinee Paper Corp.* (1975) 422 U.S. 49.

Dated:  March 28, 2008                    McCURDY & FULLER, LLP

                                          */Mary P. McCurdy/*
                                          MARY P. McCURDY
                                          CHRISTINA M. LAVANIER
                                          Attorneys for Defendant
                                          AMERICAN HOME ASSURANCE
                                          COMPANY

McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
(650) 618-3500

27752                        - 2 -
**Summary of Reply in Support of Motion to Dismiss for Judge White**
**CV 07-06493 JSW**