UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Entercom Sacramento, LLC, a California
Limited Liability Corporation, et al.,

            Plaintiff(s),

            v.

American Home Assurance Company, a New
York Corporation,

            Defendant(s).
_____/

CASE NO. CV 07 6493 JSW

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓    have not yet reached an agreement to an ADR process
     request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference April 25, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Mary P. McCurdy | Defendants | 650-618-3500 | mary.mccurdy@mccurdylawyers.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated:_____

                                      Attorney for Plaintiff

Dated: 04/04/08

                                      */s/ Mary McCurdy*
                                      Attorney for Defendant

Rev 12.05