UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Entercom Sacramento, LLC, et al.

　　　　　　　　　　　　　　　　　　　　　　CASE NO. CV 07 6493 JSW
　　　　　　Plaintiff(s),

　　v.　　　　　　　　　　　　　　　　　　　STIPULATION AND [PROPOSED]
American Home Assurance Company　　　　　　 ORDER SELECTING ADR PROCESS

　　　　　　Defendant(s).
_____/

　　　　Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
　　　　Non-binding Arbitration (ADR L.R. 4)
　　　　Early Neutral Evaluation (ENE)　(ADR L.R. 5)
　✓　Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
　✓　Private ADR *(please identify process and provider)* _____

The parties have discussed mediation as part of mediation in the underlying Strange v. Entercom matter. The parties are discussing potential mediation in June with Jerry Spolter of JAMS.

The parties agree to hold the ADR session by:
　　　　the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

　　　　other requested deadline _____

Dated: 4/7/08

　　　　　　　　　　　　　　　　　　　　　Douglas W. Sullivan
　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Dated: 4/4/08

　　　　　　　　　　　　　　　　　　　　　Mary P. McCurdy
　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　American Home
　　　　　　　　　　　　　　　　　　　　　Assurance Company

When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
Non-binding Arbitration
Early Neutral Evaluation (ENE)
Mediation
(Private ADR) [circled]

Deadline for ADR session
(90 days from the date of this order) [circled]
other

IT IS SO ORDERED.

Dated: April 7, 2008

_____
Jeffrey S. White
UNITED STATES ~~MAGISTRATE~~ JUDGE
DISTRICT