FOLGER LEVIN & KAHN LLP
Michael A. Kahn (CSB No. 057432, mkahn@flk.com)
Douglas W. Sullivan (CSB No. 088136, dsullivan@flk.com)
David P. Barton (CSB No. 221549, dbarton@flk.com)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

Attorneys for Plaintiffs ENTERCOM SACRAMENTO, LLC, ENTERCOM COMMUNICATIONS CORP., and JOHN GEARY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ENTERCOM SACRAMENTO, LLC, a California Limited Liability Corporation; ENTERCOM COMMUNICATIONS CORP., a Pennsylvania Corporation; JOHN GEARY, an individual; and on behalf of themselves and all other persons and entities similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HOME ASSURANCE COMPANY, a New York Corporation,<br><br>Defendant. | Case No. CV 07 6493 JSW<br><br>**[PROPOSED] Order Granting Motion for Administrative Relief Seeking Leave To File Brief In Opposition To Motion To Dismiss In Excess Of 15 Pages Or, In The Alternative, To Substitute Attached Memorandum For Previously Filed Brief**<br><br>Hearing Date:   April 25, 2008<br>Time:           9:00 a.m.<br>Courtroom:      2, 17th Flr.<br>Judge:          Honorable Jeffrey S. White<br><br>Complaint Filed:   December 28, 2007 |

Based on the papers submitted

IT IS HEREBY ORDERED that:

1.  The Entercom Parties request for retroactive leave to file their March 21, 2008 Opposition to Defendant's Motion to Dismiss in excess of 15 pages is granted.

2.  In the alternative, the Entercom Parties may file the opposition attached hereto as

1  Exhibit A to replace the opposition previously filed on March 21, 2008.

2

3  **IT IS SO ORDERED.**

4

5  Dated: _____, 2008

   _____
   Honorable Jeffrey S. White
6  United States District Judge

7

8  54007\2009\598217.1