1   FOLGER LEVIN & KAHN LLP
Michael A. Kahn (CSB No. 057432, mkahn@flk.com)
2   Douglas W. Sullivan (CSB No. 088136, dsullivan@flk.com)
David P. Barton (CSB No. 221549, dbarton@flk.com)
3   Embarcadero Center West
275 Battery Street, 23rd Floor
4   San Francisco, CA  94111
Telephone: (415) 986-2800
5   Facsimile: (415) 986-2827

6   Attorneys for Plaintiffs ENTERCOM
SACRAMENTO, LLC, ENTERCOM
7   COMMUNICATIONS CORP., and
JOHN GEARY

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12

13   ENTERCOM SACRAMENTO, LLC, a          Case No. CV 07 6493 JSW
     California Limited Liability Corporation;
14   ENTERCOM COMMUNICATIONS              **Declaration of Douglas W. Sullivan**
     CORP., a Pennsylvania Corporation;    **Regarding American Home's Non-**
15   JOHN GEARY, an individual; and on     **Opposition To The Entercom Parties'**
     behalf of themselves and all other persons **Motion for Administrative Relief Seeking**
16   and entities similarly situated,      **Leave To File A Substitute Opposition Brief**

17                  Plaintiffs,            Date:       April 25, 2008
                                           Time:       9:00 a.m.
18        v.                               Courtroom:  2, 17th Floor
                                           Judge:      Honorable Jeffrey S. White
19   AMERICAN HOME ASSURANCE
     COMPANY, a New York Corporation,      Complaint Filed   December 28, 2007
20
                    Defendant.
21

22

23

24

25

26

27

28

**DECLARATION OF DOUGLAS W. SULLIVAN**

I, Douglas W. Sullivan, declare:

1.      I am a partner with the law firm of Folger Levin & Kahn LLP, counsel of record for Plaintiffs Entercom Sacramento LLC, Entercom Communications Corp., and John Geary ("the Entercom Parties"). I have personal knowledge of the matters discussed in this declaration, and could, if called upon, competently testify to them.

2.      On April 23, 2008, the Entercom Parties filed a Motion for Administrative Relief, by which they requested retroactive leave to file the Entercom Parties' original March 21, 2008 opposition to the motion of Defendant American Home Assurance Company ("American Home") which mistakenly exceeded this Court's 15 page limit, or, in the alternative, leave to file a substitute brief that complies with the fifteen page limit. Prior to filing that motion, I contacted counsel for American Home, Mary McCurdy, informing her of our intent to file the motion for administrative relief, and asking her to advise whether she would stipulate to either alternative.

3.      This morning, Ms. McCurdy, sent me the email attached hereto as Exhibit A, in which she states that "We do not oppose the filing of the new 15 page opposition."

I declare under penalty or perjury under the laws of the State of California and the United States that the foregoing is true and correct. Executed this 24th day of April, 2008 at San Francisco, California.

_____
Douglas W. Sullivan

54007\2009\598389.1

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

-1-

DECLARATION OF DOUGLAS W. SULLIVAN
REGARDING MOTION FOR ADMINISTRATIVE
RELIEF; CASE NO. CV 07 6493 JSW

**Drew Davis - RE: Entercom v. American Home**

| | |
|---|---|
| **From:** | "Mary McCurdy" <Mary.McCurdy@mccurdylawyers.com> |
| **To:** | "Douglas Sullivan" <dsullivan@flk.com> |
| **Date:** | 4/24/2008 9:14 AM |
| **Subject:** | RE: Entercom v. American Home |
| **CC:** | "Drew Davis" <ddavis@flk.com> |

We do not oppose the filing of the new 15 page opposition.


*Mary P. McCurdy, Esq.*

*McCurdy & Fuller, LLP*

*4300 Bohannon Drive*

*Suite 240*

*Menlo Park, CA 94025*


*650 618 3501 - direct dial*

*650 618 3599 - fax*


**From:** Douglas Sullivan [mailto:dsullivan@flk.com]
**Sent:** Wednesday, April 23, 2008 1:11 PM
**To:** Mary McCurdy
**Cc:** Drew Davis
**Subject:** Re: Entercom v. American Home


Dear Mary:

This e-mail is to advise you that we are filing a motion for administrative relief (1) to allow for our current opposition to the motion to dismiss to be 18 pages, or alternatively (2) to permit the filing of an opposition of 15 pages (which includes only deletion of language without any changes of language and without elimination any arguments). The proposed 15-page opposition is attached. We discovered the fact that we exceeded the 15-page limit in the Court's standing order when we reviewed the footnote in your reply. Please advise if you will

stipulate to either of these alternatives. Thank you for your attention to this issue. Your prompt response will be greatly appreciated.

Douglas W. Sullivan
Attorney
Folger Levin & Kahn LLP
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Tel: (415) 986-2800
Fax: (415) 986-2827
E-Mail: dsullivan@flk.com