FOLGER LEVIN & KAHN LLP
Michael A. Kahn (CSB No. 057432, mkahn@flk.com)
Douglas W. Sullivan (CSB No. 088136, dsullivan@flk.com)
David P. Barton (CSB No. 221549, dbarton@flk.com)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

Attorneys for Plaintiffs ENTERCOM SACRAMENTO, LLC, ENTERCOM COMMUNICATIONS CORP., and JOHN GEARY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ENTERCOM SACRAMENTO, LLC, a California Limited Liability Corporation; ENTERCOM COMMUNICATIONS CORP., a Pennsylvania Corporation; JOHN GEARY, an individual; and on behalf of themselves and all other persons and entities similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HOME ASSURANCE COMPANY, a New York Corporation,<br><br>Defendant. | Case No. CV 07 6493 JSW<br><br>[PROPOSED] Order Granting Motion for Administrative Relief Seeking Leave To File Brief In Opposition To Motion To Dismiss In Excess Of 15 Pages ~~Or, In The Alternative, To Substitute Attached Memorandum For Previously Filed Brief~~<br><br>Hearing Date: April 25, 2008<br>Time: 9:00 a.m.<br>Courtroom: 2, 17th Flr.<br>Judge: Honorable Jeffrey S. White<br><br>Complaint Filed: December 28, 2007 |

Based on the papers submitted

IT IS HEREBY ORDERED that:

1. The Entercom Parties request for retroactive leave to file their March 21, 2008 Opposition to Defendant's Motion to Dismiss in excess of 15 pages is granted.

2. ~~In the alternative, the Entercom Parties may file the opposition attached hereto as~~

1  ~~Exhibit A to replace the opposition previously filed on March 21, 2008.~~
2  American Home's briefs violate N.D. Civ. L.R. 3-4(c)(2), with respect to footnote font. The parties are HEREBY ADVISED that failure to comply with this Court's standing orders or the Local Rules shall result in sanctions.
3  **IT IS SO ORDERED.**

Dated: April 24, 2008

_____
Honorable Jeffrey S. White
United States District Judge

54007\2009\598217.1