# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**                **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: April 25, 2008                **Court Reporter:** Sylvia Russo**:**

**CASE NO.: C-07-6493 JSW**

**TITLE:** Entercom Sacramento, et al., v. American Home Assurance Company

**COUNSEL FOR PLAINTIFF:**                **COUNSEL FOR DEFENDANT:**

**Douglas Sullivan**                **Mary McCurdy**

**PROCEEDINGS:**    1) Plaintiff's Motion for Summary Judgment
2) Motion to Dismiss, or in the alternative, Motion to Stay
3) Initial CMC

**RESULTS:**    *The Court **tentatively grants American Home's motion to dismiss the Entercom Parties' first and second claims for relief** and **tentatively denies the motion to dismiss the third and fourth claims for relief**.  The court **tentatively denies without prejudice** the motion for summary adjudication of issues**.**  The court reserves issuing a tentative ruling on the request to stay.*

The Court heard argument from counsel.
The motions are taken under submission.
A written ruling shall issue.

Initial CMC is not held and will be rescheduled by the Court, if needed.