1  FOLGER LEVIN & KAHN LLP
   Michael A. Kahn (CSB No. 057432, mkahn@flk.com)
2  Douglas W. Sullivan (CSB No. 088136, dsullivan@flk.com)
   David P. Barton (CSB No. 221549, dbarton@flk.com)
3  Embarcadero Center West
   275 Battery Street, 23rd Floor
4  San Francisco, CA 94111
   Telephone: (415) 986-2800
5  Facsimile: (415) 986-2827

6  Attorneys for Plaintiffs ENTERCOM
   SACRAMENTO, LLC, ENTERCOM
7  COMMUNICATIONS CORP., and
   JOHN GEARY

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12

13 ENTERCOM SACRAMENTO, LLC, a           Case No. CV 07 6493 JSW
   California Limited Liability Corporation;
14 ENTERCOM COMMUNICATIONS              **JOINT STATUS REPORT**
   CORP., a Pennsylvania Corporation;
15 JOHN GEARY, an individual; and on     Judge:   Honorable Jeffrey S. White
   behalf of themselves and all other persons
16 and entities similarly situated,       Complaint Filed December 28, 2007

17                 Plaintiffs,

18          v.

19 AMERICAN HOME ASSURANCE
   COMPANY, a New York Corporation,
20
                   Defendant.
21

22
         Defendant American Home Assurance Co. ("American Home") and Plaintiffs Entercom
23
   Sacramento, LLC, Entercom Communications Corp., and John Geary ("the Entercom Parties"),
24
   by and through their undersigned counsel of record, submit this Joint Status Report to the Court.
25
   This Joint Status Report is submitted in accordance with the Court's May 8, 2008 Order, which
26
   directed that "The third and fourth claims for relief shall be stayed, and the parties shall file joint
27
   status reports with the Court every ninety (90) days addressing the status of the *Strange*
28

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW                                    JOINT STATUS REPORT; CASE NO. CV 07 6493 JSW

litigation." May 8, 2008 Order, p. 10.

### A. The *Strange* Litigation

In the *Strange* litigation, in response to the Entercom Parties' motion for summary adjudication, the Strange Plaintiffs dismissed the intentional tort and punitive damage claims against the Entercom Parties, with prejudice. The *Strange* litigation was consolidated with another case, *Davidson, et al. v. Entercom Sacramento, LLC, et al.*, California Superior Court, County of Sacramento, Case No. 07AS02328, in which the three plaintiffs (who were participants in the "Hold Your Wee for a Wii" Contest) claim that they have suffered emotional distress as a result of the Contest.

There was a mediation with the Strange Plaintiffs on June 9, 2008. No settlement was reached. Discovery in the consolidated underlying action continues. A trial setting conference is currently scheduled for September 2, 2008.

### B. This Coverage Lawsuit

American Home and the Entercom Parties have reached an agreement to settle this coverage lawsuit, and are in the process of documenting the settlement, which would include the dismissal of this lawsuit. The Parties will report on the status of the settlement on or before August 15, 2008.

Dated: August 6, 2008

FOLGER LEVIN & KAHN LLP

Douglas W. Sullivan
Attorneys for Plaintiffs
ENTERCOM SACRAMENTO, LLC, ENTERCOM COMMUNICATIONS CORP., and JOHN GEARY

Dated: August 6, 2008

MCCURDY & FULLER LLP

Mary P. McCurdy
Attorneys for Defendant
AMERICAN HOME ASSURANCE COMPANY

54007\2009\612536.1