FOLGER LEVIN & KAHN LLP
Michael A. Kahn (CSB No. 057432, mkahn@flk.com)
Douglas W. Sullivan (CSB No. 088136, dsullivan@flk.com)
David P. Barton (CSB No. 221549, dbarton@flk.com)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

Attorneys for Plaintiffs ENTERCOM SACRAMENTO, LLC, ENTERCOM COMMUNICATIONS CORP., and JOHN GEARY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ENTERCOM SACRAMENTO, LLC, a California Limited Liability Corporation; ENTERCOM COMMUNICATIONS CORP., a Pennsylvania Corporation; JOHN GEARY, an individual; and on behalf of themselves and all other persons and entities similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HOME ASSURANCE COMPANY, a New York Corporation,<br><br>Defendant. | Case No. CV 07 6493 JSW<br><br>**JOINT STATUS REPORT**<br><br>Judge:   Honorable Jeffrey S. White<br><br>Complaint Filed December 28, 2007 |

Defendant American Home Assurance Co. ("American Home") and Plaintiffs Entercom Sacramento, LLC, Entercom Communications Corp., and John Geary ("the Entercom Parties"), by and through their undersigned counsel of record, submit this Joint Status Report to the Court.

American Home and the Entercom Parties are in the process of signing a Settlement Agreement that provides for the dismissal of this lawsuit within ten (10) days of the execution of the Agreement. Accordingly, the Parties anticipate that the lawsuit will be dismissed within the

1 | next two weeks.

2 | Dated: August 15, 2008

FOLGER LEVIN & KAHN LLP

Douglas W. Sullivan
Attorneys for Plaintiffs
ENTERCOM SACRAMENTO, LLC, ENTERCOM
COMMUNICATIONS CORP., and JOHN GEARY

7 | Dated: August 15, 2008

MCCURDY & FULLER LLP

Mary P. McCurdy
(Per concurrence authorization) DWS
Mary P. McCurdy
Attorneys for Defendant
AMERICAN HOME ASSURANCE COMPANY

54007\2009\612536.1