MARY P. McCURDY (SBN 116812)
WILL S. RUTLAND (SBN 249105)
McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, California 94025
Telephone: (650) 618-3500
Facsimile: (650) 618-3599

Attorneys for Defendant
AMERICAN HOME ASSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| ENTERCOM SACRAMENTO, LLC, a Delaware Limited Liability Corporation; ENTERCOM COMMUNICATIONS CORP., a Pennsylvania Corporation; and JOHN GEARY, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HOME ASSURANCE COMPANY, a New York Corporation,<br><br>Defendant. | CASE NO. CV 07-06493 JSW<br><br>STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF COMPLAINT AGAINST AMERICAN HOME ASSURANCE COMPANY<br><br>Complaint Filed: December 28, 2007 |

Plaintiffs, Entercom Sacramento, LLC, Entercom Communications Corporation, and John Geary (collectively "the Entercom Parties"), and defendant, American Home Assurance Company ("American Home"), through their undersigned counsel, stipulate that Plaintiffs' complaint against American Home shall be dismissed, with prejudice as to claims of the Entercom Parties against American Home arising on or before August 15, 2008, with each party to

///
///
///
///

29783

- 1 -

Stipulation and [Proposed] Order For Dismissal of Complaint Against American Home Assurance Company

bear its own costs and fees.

Dated: August 19, 2008

McCURDY & FULLER LLP

By _____
MARY P. McCURDY
Attorneys for Defendant
AMERICAN HOME ASSURANCE COMPANY

Dated: August 19, 2008

FOLGER LEVIN & KAHN LLP

By _____
DOUGLAS W. SULLIVAN
Attorneys for Plaintiffs
ENTERCOM SACRAMENTO, LLC,
ENTERCOM COMMUNICATIONS CORP.,
and JOHN GEARY

**ORDER**

The complaint against American Home shall be dismissed, with prejudice as to claims of the Entercom Parties against American Home arising on or before August 15, 2008, with each party to bear its own costs and fees.

IT IS SO ORDERED:

Date: August 19, 2008

_____
Honorable Jeffrey S. White
United States District Court Judge

54007\2009\614483.1

29783

- 2 -

Stipulation and [Proposed] Order For Dismissal of Complaint Against American Home Assurance Company